UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:
DUKE PARK,
    Debtor.
Case No.: 25-12285-abl
Chapter 7

**EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER
AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**

## I. INTRODUCTION

Debtor Duke Park respectfully moves this Court for an immediate Temporary Restraining Order ("TRO") and an Order to Show Cause why a Preliminary Injunction should not issue, enjoining any further acts of eviction, lockout, denial of access, or interference with occupancy at 33 Stonemark Drive, Henderson, Nevada 89052 ("Property") until the hearing scheduled for September 10, 2025, in this Court.

## II. FACTUAL BACKGROUND

1. Debtor's son is the lawful occupant of the Property.
2. On August 7, 2025, the Henderson Constable's Office executed a lockout at the Property under Justice Court Case No. 25H000015, despite the federal bankruptcy discharge injunction in this case.
3. Access to the Property was denied, preventing retrieval of personal belongings and residence.
4. The federal discharge order under 11 U.S.C. § 524(a) prohibits any act to collect or recover discharged debts or to exercise control over property of the debtor or the estate.

## III. ARGUMENT

1. **Irreparable Harm** – Ongoing lockout deprives lawful occupancy, causes loss of residence, and disrupts daily life.
2. **Likelihood of Success** – Respondents' actions are in clear violation of the discharge injunction.
3. **Balance of Equities** – Harm to Debtor and family outweighs any hardship to Respondents.

1/3

4. **Public Interest** – Enforcing bankruptcy orders upholds judicial integrity.

## IV. REQUEST FOR RELIEF

Debtor requests that the Court:

1. Order immediate restoration of full access to the Property;
2. Prohibit eviction, lockout, or interference with occupancy until September 10, 2025;
3. Set a hearing for Respondents to show cause why a preliminary injunction should not issue.

Respectfully submitted,
Dated: August 8, 2025

**DUKE PARK, Pro Se**
Debtor
1392 Via Merano Street
Henderson, NV 89052
(408) 318-3700
dukpark@me.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:
**DUKE PARK,**
    Debtor.

Case No.: 25-12285-abl
Chapter 7

**[PROPOSED] ORDER GRANTING TEMPORARY RESTRAINING ORDER**

Upon consideration of the Motion for Temporary Restraining Order ("TRO Motion") filed by Movant, and good cause appearing,

IT IS HEREBY ORDERED that:

1. Respondents, and all persons acting in concert with them, are immediately restrained and enjoined from removing, disposing of, occupying, or otherwise interfering with the personal property and premises located at **33 Stonemark Dr, Henderson, NV 89052**, until further order of this Court.
2. Movant and his agents shall have **immediate and continuous access to, and lawful possession of, the property**, including the right to enter, secure, and occupy the premises for the purpose of safeguarding and retrieving personal belongings, documents, and other effects.
3. Respondents and any persons acting in concert with them are prohibited from entering, occupying, or exercising control over the property without prior order of this Court.
4. This Order shall remain in effect until **September 10, 2025**, unless otherwise modified or extended by the Court.

DATED: August 8, 2025

_____
Hon. August B. Landis
United States Bankruptcy Judge



**Exhibit 1**

7:26

+1 (602) 515-7082

iMessage
Today 10:16 AM

> Hi Steve, this is Zaydee on behalf of the Swindle Family Trust. I spoke with my client and we will provide a schedule for you to come pick up your property after noon today. You may not be able to pick up your property today but we will provide the schedule today.

> Hi Zaydee, thanks for the info. It would be greatly appreciated if we can at least squeeze in 30 minutes any time today so my wife and I can grab bare necessities. We both work and have not been able to attend our jobs today, so it would be helpful for us to grab what we need to properly work. We don't need to pick up everything today, just the bare necessities until we can properly pack per the schedule your team provides.

Today 5:03 PM

> Hi Zaydee, wanted to check in as we have yet to receive the schedule.

Delivered

The sender is not in your contact list.
Report Junk

iMessage

EXHIBIT 2

United States Bankruptcy Court
District of Nevada

In re:  
DUKE PARK  
    Debtor

Case No. 25-12285-abl  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0978-2      User: admin      Page 1 of 3  
Date Rcvd: Jul 22, 2025      Form ID: 318      Total Noticed: 19

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**  
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | DUKE PARK, 1392 VIA MERANO ST, HENDERSON, NV 89052-4094 |
| aty | + | AKKE LEVIN, GREENBERG TRAURIG, LLP, 10845 GRIFFITH PEAK DRIVE, STE 600, LAS VEGAS, NV 89135-1557 |
| aty | + | BENJAMIN B. CHILDS, SR., 318 S. MARYLAND PARKWAY, LAS VEGAS, NV 89101-5321 |
| aty | + | KARA B. HENDRICKS, GREENBERG TRAURIG, LLP, 10845 GRIFFITH PEACH DR, STE 600, LAS VEGAS, NV 89135-1557 |
| aty | + | KAREN M. AYARBE, LEACH KERN GRUCHOW ANDERSON SONG, 5421 KIETZKE LANE, STE. 200, RENO, NV 89511-1025 |
| aty | + | MATTHEW I KNEPPER, NEVADA BANKRUPTCY ATTORNEYS, 5940 S. RAINBOW BLVD, STE 400, PMB 99721, LAS VEGAS, NV 89118-2507 |
| aty | + | OGONNA M. BROWN, WOMBLE BOND DICKINSON (US) LLP, 3993 HOWARD HUGHES PARKWAY, SUITE 600, LAS VEGAS, NV 89169-5996 |
| cr | + | BENJAMIN B. CHILDS, LTD, 318 South Maryland Parkway, Las Vegas, Ne 89101-5321 |
| cr | + | BOK HYUN EUM, GREENBERG TRAURIG, LLP, C/O KARA B. HANDRICKS, ESQ., C/O AKKE LEVIN, ESQ., 10845 GRIFFITH PEAK DRIVE, SUITE 600 LAS VEGAS, NV 89135-1557 |
| cr | + | LEE SOO AHN, GREENBERG TRAURIG, LLP, C/O KARA B. HANDRICKS, ESQ., C/O AKKE LEVIN, ESQ., 10845 GRIFFITH PEAK DRIVE, SUITE 600 LAS VEGAS, NV 89135-1557 |
| cr | + | Villagio Property Owners Association, 3077 E. Warm Springs Rd., Las Vegas, NV 89120-3751 |
| 12656248 | + | ALS Property Holdings, LLC, c/o Greenberg Traurig, LLP, 10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135-1557 |
| 12592429 | + | BENJAMIN B. CHILDS, LTD., 318 South Maryland Parkway, Las Vegas, Nevada 89101-5321 |
| 12656302 | + | EBH Management Co., LLC, c/o Greenberg Traurig, LLP, 10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135-1557 |
| 12658865 | | Kum Park, 6850 Spring Mountain Rd U-11, Las Vegas, NV 89146-8825 |
| 12648420 | + | Zions Bancorporation, NA dba Nevada State Bank, Legal Services UT ZB11 0877, PO Box 30709, Salt Lake City, UT 84130-0709 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | Email/Text: robert.atkinson@txitrustee.com | Jul 23 2025 00:31:00 | ROBERT E. ATKINSON, 376 E WARM SPRINGS RD STE 130, LAS VEGAS, NV 89119-4262 |
| ust | + | Email/Text: USTPRegion17.LV.ECF@usdoj.gov | Jul 23 2025 00:32:00 | U.S. TRUSTEE - LV - 7, 300 LAS VEGAS BOULEVARD, SO., SUITE 4300, LAS VEGAS, NV 89101-5803 |
| 12607988 | + | Email/Text: Trbank@clarkcountynv.gov | Jul 23 2025 00:32:00 | Clark County Treasurer, 500 S Grand Central Pkwy, Box 551220, Las Vegas, NV 89155-4502 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Bok Hyun Eum |
| intp | | Lee Soo Ahn |
| cr | | The Swindle Family Trust dated October 20, 1999 |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

| District/off: 0978-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 22, 2025 | Form ID: 318 | Total Noticed: 19 |

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 24, 2025         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| AKKE LEVIN | on behalf of Plaintiff LEE SOO AHN akke.levin@gtlaw.com flintza@gtlaw.com;akke-levin-0887@ecf.pacerpro.com |
| AKKE LEVIN | on behalf of Plaintiff EBH MANAGEMENT CO. LLC akke.levin@gtlaw.com, flintza@gtlaw.com;akke-levin-0887@ecf.pacerpro.com |
| AKKE LEVIN | on behalf of Creditor BOK HYUN EUM akke.levin@gtlaw.com flintza@gtlaw.com;akke-levin-0887@ecf.pacerpro.com |
| AKKE LEVIN | on behalf of Interested Party Lee Soo Ahn akke.levin@gtlaw.com flintza@gtlaw.com;akke-levin-0887@ecf.pacerpro.com |
| AKKE LEVIN | on behalf of Creditor LEE SOO AHN akke.levin@gtlaw.com flintza@gtlaw.com;akke-levin-0887@ecf.pacerpro.com |
| AKKE LEVIN | on behalf of Plaintiff ALS PROPERTY HOLDINGS LLC akke.levin@gtlaw.com, flintza@gtlaw.com;akke-levin-0887@ecf.pacerpro.com |
| AKKE LEVIN | on behalf of Plaintiff SEA FOX MANAGEMENT LLC akke.levin@gtlaw.com, flintza@gtlaw.com;akke-levin-0887@ecf.pacerpro.com |
| AKKE LEVIN | on behalf of Interested Party Bok Hyun Eum akke.levin@gtlaw.com flintza@gtlaw.com;akke-levin-0887@ecf.pacerpro.com |
| AKKE LEVIN | on behalf of Plaintiff BOK HYUN EYM akke.levin@gtlaw.com flintza@gtlaw.com;akke-levin-0887@ecf.pacerpro.com |
| BENJAMIN B. CHILDS, SR. | on behalf of Interested Party BENJAMIN B. CHILDS LTD ben@benchilds.com, sandy@benchilds.com;childsbb@gmail.com;anahuac@benchilds.com |
| BENJAMIN B. CHILDS, SR. | on behalf of Creditor BENJAMIN B. CHILDS LTD ben@benchilds.com, sandy@benchilds.com;childsbb@gmail.com;anahuac@benchilds.com |
| KARA B. HENDRICKS | on behalf of Interested Party Lee Soo Ahn hendricksk@gtlaw.com escobargaddie@gtlaw.com;kara-hendricks-7977@ecf.pacerpro.com;flintza@gtlaw.com |
| KARA B. HENDRICKS | on behalf of Interested Party Bok Hyun Eum hendricksk@gtlaw.com escobargaddie@gtlaw.com;kara-hendricks-7977@ecf.pacerpro.com;flintza@gtlaw.com |
| KAREN M. AYARBE | on behalf of Creditor Villagio Property Owners Association kayarbe@lkglawfirm.com gakltd@kernltd.com;ncooper@lkglawfirm.com |
| MATTHEW I KNEPPER | on behalf of Debtor DUKE PARK mknepper@nvbankruptcyattorneys.com ecf@nvbankruptcyattorneys.com;fhqxmnna@mailparser.io;NevadaBankruptcyAttorneysLLC@jubileebk.net;ign@nvbankruptcyattorneys.com;lu@nvbankruptcyattorneys.com;dkrieger@nvbankruptcyattorneys.com;8076479420@filings.docketbird |

| | | |
|---|---|---|
| District/off: 0978-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jul 22, 2025 | Form ID: 318 | Total Noticed: 19 |

OGONNA M. BROWN
    on behalf of Creditor The Swindle Family Trust dated October 20  1999 Ogonna.Brown@wbd-us.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;klopez@lewisroca.com,Renee.Creswell@wbd-us.com

ROBERT E. ATKINSON
    Robert@ch7.vegas TrusteeECF@ch7.vegas;ecf.alert+atkinson@titlexi.com

U.S. TRUSTEE - LV - 7
    USTPRegion17.LV.ECF@usdoj.gov

TOTAL: 18

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | DUKE PARK | Social Security number or ITIN  xxx–xx–3694 |
|  | First Name    Middle Name    Last Name | EIN  __–_____ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  ____ EIN  __–_____ |
| United States Bankruptcy Court    District of Nevada | | |
| Case number:  25-12285-abl | | |

# Order of Discharge                                                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

DUKE PARK

<u>7/22/25</u>                                              **By the court:**  <u>AUGUST B. LANDIS</u>
                                                                                 United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

For more information, see page 2 >

Official Form 318                          Order of Discharge                              page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

**Exhibit 3**
**Declaration of Steve Park**

I, **Steve Park**, declare under penalty of perjury:

1. I currently occupy the property located at **33 Stonemark Drive, Henderson, NV 89052**.
2. On **August 7, 2025**, I discovered that the locks to the property had been changed by **The Swindle Family Trust** or its agents, and I was denied access.
3. On **August 7, 2025**, I personally requested access to retrieve my work-related belongings but received no response.
4. Without access to my belongings, I will be unable to attend work on **August 8, 2025**.
5. I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 8, 2025, in Henderson, Nevada.


*[signature]*
**Steve Park**