UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:

DUKE PARK, Debtor.

Case No.: 25-12285-abl

Chapter 7

EX PARTE APPLICATION FOR LIMITED ACCESS TO RETRIEVE ESSENTIAL PERSONAL PROPERTY OF STEVE PARK PRIOR TO SEPTEMBER 15, 2025 HEARING

Debtor, Duke Park ("Debtor"), respectfully requests on an ex parte basis that this Court enter an order permitting limited and temporary access to the real property located at 33 Stonemark Dr, Henderson, NV 89052 for the sole purpose of retrieving essential personal property belonging to Steve Park, the Debtor's son and lawful occupant, prior to the scheduled hearing on September 15, 2025.

I. URGENCY AND LIMITED NATURE OF REQUEST

1. Steve Park resides at the subject property and must retrieve essential personal items, including work clothing, identification, tools, and other necessary items for his employment and daily living.

2. Access to the property has been restricted by Respondents, preventing Steve Park from obtaining these necessary items.

3. This request is strictly limited to essential personal property of Steve Park and does not seek to alter, remove, or affect any fixtures, non-essential items, or real property.

4. The access will occur in the presence of Respondents or a neutral observer, including law enforcement if necessary, to ensure compliance.

II. LEGAL BASIS

- 11 U.S.C. § 105(a) – Authorizes the Court to issue any order necessary to carry out the provisions of the Bankruptcy Code.

- 11 U.S.C. § 524(a) – Discharge injunction prohibits interference with the Debtor's property rights.

- FRBP 7065 – Permits interim relief to prevent immediate and irreparable harm.

III. RELIEF REQUESTED

Debtor respectfully requests that the Court:

- Authorize one-time, limited access to the property prior to September 15, 2025;

- Limit the access strictly to the retrieval of essential personal property belonging to Steve Park;

- Allow law enforcement or another neutral observer to be present to ensure compliance and prevent any disputes.

DATED: August 08, 2025

Respectfully submitted,

*[signature]*

Duke Park

1392 Via Merano St

Henderson, NV 89052

408-318-3700

Pro Se Debtor