Duke Park, Debtor – Pro Se

1392 Via Merano St.

Henderson, NV 89052

408-318-3700

dukepark@me.com

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:

DUKE PARK,

Debtor.

Case No.: 25-12285-abl

Chapter 7

SUPPLEMENTAL EXHIBIT TO DOC. 48 – DECLARATION REGARDING TEMPORARY REMOVAL OF PERSONAL PROPERTY FOR SAFEKEEPING

I, Duke Park, declare as follows:

1. I am the Debtor in this Chapter 7 case. My son, Steve Park, was residing at the property located at 33 Stonemark Dr., Henderson, Nevada, at the time of the events described herein.
2. Due to the ongoing legal proceedings in the Henderson Justice Court, and the related federal Bankruptcy Court hearings scheduled for September 10, 2025 and September 15, 2025, there has been a delay in resolving the possession dispute.
3. On August 12, 2025, my son, Steve Park, sent a text message to the Plaintiff confirming his intent to move all belongings out of the property on Saturday, August 16, 2025, in order to prevent them from being forcibly removed and to avoid incurring thousands of dollars in alleged fees for "noncompliance." (See **Exhibit A – Text Message from Steve Park dated August 12, 2025**.)
4. This temporary removal of belongings is solely for the purpose of protecting the property from potential damage or loss during the pending proceedings. It does **not** constitute abandonment, surrender, or waiver of any possessory rights, ownership claims, or legal interests in the premises or its contents.
5. All items will remain securely stored and under my control and that of my son, Steve Park, until further order of this Court or the Henderson Justice Court.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: August 13, 2025

Respectfully submitted,

_____
Duke Park, Debtor – Pro Se

**Exhibit A**

Text Message Conversation dated August 12–13, 2025 between Steve Park and Chris

