Duke Park, Debtor – Pro Se

1392 Via Merano St.

Henderson, NV 89052

408-318-3700

dukepark@me.com

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:

DUKE PARK,

Debtor.

Case No.: 25-12285-abl

Chapter 7

**SUPPLEMENTAL EVIDENCE IN SUPPORT OF MOTION TO ENFORCE DISCHARGE INJUNCTION (DOC. 45)**

**(Property Address: 1392 Via Merano St., Henderson, NV 89052)**

---

**I. INTRODUCTION**

Debtor, Duke Park, respectfully submits this Supplemental Evidence in further support of his pending **Motion to Enforce Discharge Injunction (Doc. 45)** concerning the property located at **1392 Via Merano St., Henderson, Nevada.**

On **July 22, 2025**, this Court entered the **Order of Discharge** (Doc. 42). On **July 24, 2025**, the Bankruptcy Noticing Center ("BNC") served the **Certificate of Notice** to all listed creditors and parties in interest, expressly prohibiting any further collection actions or contact with the Debtor.

Nevertheless, on **August 16, 2025 (Saturday)**, a process server unlawfully attempted service at the Debtor's residence in Henderson. This act was undertaken despite the discharge order and BNC notice and constitutes a direct violation of the discharge injunction pursuant to **11 U.S.C. § 524(a)(2).**

## II. EXHIBITS

The following exhibits are attached hereto and incorporated by reference:

- **Exhibit A – BNC Certificate of Notice**
  (Creditor list including Swindle Trust and its counsel, Oganna Brown. Notice of discharge prohibition.)
- **Exhibit B – Order of Discharge (Doc 42)**
  (Entered July 22, 2025. Prohibits any collection act against the Debtor.)
- **Exhibit C – Process Server Document (Received 08/16/2025)**
  (Copy of court papers delivered unlawfully to Debtor's residence.)
- **Exhibit D – Timestamped Photo (Taken 08/16/2025)**
  (Mobile phone screenshot showing actual service occurred on Saturday.)

---

## III. CONCLUSION

This supplemental filing establishes that creditors and/or their agents, notwithstanding the clear directives of this Court, engaged in an improper service attempt against the Debtor on August 16, 2025.

Debtor respectfully requests that this Court take notice of this violation and consider this supplemental evidence in connection with the pending **Motion to Enforce Discharge Injunction (Doc. 45)**, currently scheduled for hearing on **September 15, 2025, at 9:30 AM.**

DATED: August 18, 2025

Respectfully submitted,

_____
Duke Park, Debtor – Pro Se

1392 Via Merano St.
Henderson, NV 89052
408-318-3700
dukepark@me.com

**EXHIBIT A**

BNC Certificate of Notice

(Creditor list including Swindle Trust and counsel Oganna Brown)

United States Bankruptcy Court
District of Nevada

In re:  
DUKE PARK  
    Debtor

Case No. 25-12285-abl  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0978-2      User: admin      Page 1 of 3  
Date Rcvd: Jul 22, 2025      Form ID: 318      Total Noticed: 19

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**  
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2025:

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | DUKE PARK, 1392 VIA MERANO ST, HENDERSON, NV 89052-4094 |
| aty | + | AKKE LEVIN, GREENBERG TRAURIG, LLP, 10845 GRIFFITH PEAK DRIVE, STE 600, LAS VEGAS, NV 89135-1557 |
| aty | + | BENJAMIN B. CHILDS, SR., 318 S. MARYLAND PARKWAY, LAS VEGAS, NV 89101-5321 |
| aty | + | KARA B. HENDRICKS, GREENBERG TRAURIG, LLP, 10845 GRIFFITH PEACH DR, STE 600, LAS VEGAS, NV 89135-1557 |
| aty | + | KAREN M. AYARBE, LEACH KERN GRUCHOW ANDERSON SONG, 5421 KIETZKE LANE, STE. 200, RENO, NV 89511-1025 |
| aty | + | MATTHEW I KNEPPER, NEVADA BANKRUPTCY ATTORNEYS, 5940 S. RAINBOW BLVD, STE 400, PMB 99721, LAS VEGAS, NV 89118-2507 |
| aty | + | OGONNA M. BROWN, WOMBLE BOND DICKINSON (US) LLP, 3993 HOWARD HUGHES PARKWAY, SUITE 600, LAS VEGAS, NV 89169-5996 |
| cr | + | BENJAMIN B. CHILDS, LTD, 318 South Maryland Parkway, Las Vegas, Ne 89101-5321 |
| cr | + | BOK HYUN EUM, GREENBERG TRAURIG, LLP, C/O KARA B. HANDRICKS, ESQ., C/O AKKE LEVIN, ESQ., 10845 GRIFFITH PEAK DRIVE, SUITE 600 LAS VEGAS, NV 89135-1557 |
| cr | + | LEE SOO AHN, GREENBERG TRAURIG, LLP, C/O KARA B. HANDRICKS, ESQ., C/O AKKE LEVIN, ESQ., 10845 GRIFFITH PEAK DRIVE, SUITE 600 LAS VEGAS, NV 89135-1557 |
| cr | + | Villagio Property Owners Association, 3077 E. Warm Springs Rd., Las Vegas, NV 89120-3751 |
| 12656248 | + | ALS Property Holdings, LLC, c/o Greenberg Traurig, LLP, 10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135-1557 |
| 12592429 | + | BENJAMIN B. CHILDS, LTD., 318 South Maryland Parkway, Las Vegas, Nevada 89101-5321 |
| 12656302 | + | EBH Management Co., LLC, c/o Greenberg Traurig, LLP, 10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135-1557 |
| 12658865 | | Kum Park, 6850 Spring Mountain Rd U-11, Las Vegas, NV 89146-8825 |
| 12648420 | + | Zions Bancorporation, NA dba Nevada State Bank, Legal Services UT ZB11 0877, PO Box 30709, Salt Lake City, UT 84130-0709 |

TOTAL: 16

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | Email/Text: robert.atkinson@txitrustee.com | Jul 23 2025 00:31:00 | ROBERT E. ATKINSON, 376 E WARM SPRINGS RD STE 130, LAS VEGAS, NV 89119-4262 |
| ust | | + Email/Text: USTPRegion17.LV.ECF@usdoj.gov | Jul 23 2025 00:32:00 | U.S. TRUSTEE - LV - 7, 300 LAS VEGAS BOULEVARD, SO., SUITE 4300, LAS VEGAS, NV 89101-5803 |
| 12607988 | | + Email/Text: Trbank@clarkcountynv.gov | Jul 23 2025 00:32:00 | Clark County Treasurer, 500 S Grand Central Pkwy, Box 551220, Las Vegas, NV 89155-4502 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Bok Hyun Eum |
| intp | | Lee Soo Ahn |
| cr | | The Swindle Family Trust dated October 20, 1999 |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

**EXHIBIT B**

Order of Discharge (Doc. 42)

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | DUKE PARK<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3694<br>EIN __-_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN __-_____ |
| United States Bankruptcy Court   District of Nevada | | |
| Case number:   25-12285-abl | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

DUKE PARK

7/22/25

By the court:   <u>AUGUST B. LANDIS</u>
United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

For more information, see page 2 >

Official Form 318                    Order of Discharge                    page 1

**EXHIBIT C**

Process Server Document (Received August 16, 2025)



**EXHIBIT D**

Timestamped Photo (Taken August 16, 2025)

