Duke Park, Debtor – Pro Se

1392 Via Merano St.

Henderson, NV 89052

408-318-3700

dukepark@me.com

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:

DUKE PARK,

Debtor.

Case No.: 25-12285-abl

Chapter 7

**SUPPLEMENTAL DECLARATION OF DUKE PARK IN SUPPORT OF DOCUMENTS 60, 62, AND 64 (FILED AUGUST 21, 2025)**

I, Duke Park, declare as follows:

1. On August 21, 2025, I filed Document 64 in the above-captioned case, which included my Declaration and supporting exhibits.

2. Due to inadvertence, the perjury declaration language required under 28 U.S.C. §1746 was omitted from my Declaration in Document 64.

3. I now submit this Supplemental Declaration solely to cure that omission. All statements contained in my prior Declaration remain true and correct.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: August 25, 2025

Respectfully submitted,

_____
Duke Park, Debtor – Pro Se

CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2025, I caused a true and correct copy of the SUPPLEMENTAL DECLARATION OF DUKE PARK IN SUPPORT OF DOCUMENT 64, together with all referenced exhibits and prior supplemental statements (Documents 60 and 62), to be served via the Court's CM/ECF electronic filing system upon all parties registered to receive electronic notice in this case.

Dated: August 25, 2025

_____
Duke Park, Debtor – Pro Se
1392 Via Merano St.
Henderson, NV 89052
(408) 318-3700
dukepark@me.com