# EXHIBIT 11

[to Declaration in Support of Objection to Motion to Enforce Discharge Injunction]

# EXHIBIT 11



**Steve**

iMessage
Thu, Aug 7 at 10:16 AM

> Hi Steve, this is Zaydee on behalf of the Swindle Family Trust. I spoke with my client and we will provide a schedule for you to come pick up your property after noon today. You may not be able to pick up your property today but we will provide the schedule today.

Hi Zaydee, thanks for the info. It would be greatly appreciated if we can at least squeeze in 30 minutes any time today so my wife and I can grab bare necessities. We both work and have not been able to attend our jobs today, so it would be helpful for us to grab what we need to properly work. We don't need to pick up everything today, just the bare necessities until we can properly pack per



**Steve**

> may not be able to pick up your property today but we will provide the schedule today.

Hi Zaydee, thanks for the info. It would be greatly appreciated if we can at least squeeze in 30 minutes any time today so my wife and I can grab bare necessities. We both work and have not been able to attend our jobs today, so it would be helpful for us to grab what we need to properly work. We don't need to pick up everything today, just the bare necessities until we can properly pack per the schedule your team provides.

Thu, Aug 7 at 5:03 PM

Hi Zaydee, wanted to check in as we have yet to receive the schedule.

  

Steve

wife and I can grab bare necessities. We both work and have not been able to attend our jobs today, so it would be helpful for us to grab what we need to properly work. We don't need to pick up everything today, just the bare necessities until we can properly pack per the schedule your team provides.

Thu, Aug 7 at 5:03 PM

Hi Zaydee, wanted to check in as we have yet to receive the schedule.

Tue, Aug 12 at 3:43 PM

Hello Steve, I am texting to let you know that we are planning on filing a motion for extension to respond to your motion to reopen. Thank you!

Delivered

iMessage

| | |
|---|---|
| **From:** | Stemmons, Zaydee |
| **To:** | dukepark@me.com |
| **Cc:** | mknepper@nvbankruptcyattorneys.com; Brown, Ogonna; Team OMB; Garbutt, Kimara |
| **Subject:** | Filings in Justice Court Case No. 25CH004165 |
| **Date:** | Friday, August 8, 2025 4:50:47 PM |
| **Attachments:** | 2025.07.30 Summons.pdf |
| | 2025.07.30 Complaint.pdf |
| | 2025.07.30 Ex Parte Application with Exhibits.pdf |
| | 2025.08.05 Order to Show Cause Why A Temporary Writ of Restitution Should Not Issue, and Order Shortening Time to Answer Complaint.pdf |
| | image391277.png |
| | image857155.png |
| | image937763.png |
| | image052571.png |

Hello,

I hope this email finds you well. Please see attached the recently filed documents in Case No. 25CH004165 in the Henderson Justice Court. The hearing regarding why the Court should not issue a Temporary Writ of Restitution is scheduled for September 2, 2025 at 10:30 am in Department No.1.

Thank you and have a great weekend.

**Zaydee Stemmons**
Associate
Womble Bond Dickinson (US) LLP

**d:** 702-474-2645
**e:** Zaydee.Stemmons@wbd-us.com

3993 Howard Hughes Parkway
Suite 600
Las Vegas, NV 89169



**womblebonddickinson.com**

  

| | |
|---|---|
| **From:** | Matthew Knepper |
| **To:** | Stemmons, Zaydee |
| **Cc:** | dukepark@me.com; Brown, Ogonna; Team OMB; Garbutt, Kimara |
| **Subject:** | Re: Filings in Justice Court Case No. 25CH004165 |
| **Date:** | Friday, August 8, 2025 4:54:07 PM |
| **Attachments:** | image048091.png |
| | image086540.png |
| | image589793.png |
| | image095304.png |

**Caution**: External (mknepper@nvbankruptcyattorneys.com)

First-Time Sender   Details

Report This Email  FAQ

Zaydee:

Thanks for this. We have not, nor will we be retained to represent Mr. Park in this action. I will, however, forward these to him as a courtesy, via email. This does not constitute our acceptance of service on his behalf.

On Fri, Aug 8, 2025 at 4:51 PM Stemmons, Zaydee <Zaydee.Stemmons@wbd-us.com> wrote:

> Hello,
>
> I hope this email finds you well. Please see attached the recently filed documents in Case No. 25CH004165 in the Henderson Justice Court. The hearing regarding why the Court should not issue a Temporary Writ of Restitution is scheduled for September 2, 2025 at 10:30 am in Department No.1.
>
> Thank you and have a great weekend.
>
> **Zaydee Stemmons**
> Associate
> Womble Bond Dickinson (US) LLP
>
> **d:** 702-474-2645
> **e:** Zaydee.Stemmons@wbd-us.com
>
> 3993 Howard Hughes Parkway
> Suite 600
> Las Vegas, NV 89169
>
> 
>
> womblebonddickinson.com
>
>   

This email is sent for and on behalf of Womble Bond Dickinson (US) LLP. Womble Bond Dickinson (US) LLP is a member of Womble Bond Dickinson (International) Limited, which consists of independent and autonomous law firms providing services in the US, the UK, and elsewhere around the world. Each Womble Bond Dickinson entity is a separate legal entity and is not responsible for the acts or omissions of, nor can bind or obligate, another Womble Bond Dickinson entity. Womble Bond Dickinson (International) Limited does not practice law. Please see www.womblebonddickinson.com/us/legal-notice for further details.

| | |
|---|---|
| **From:** | Stemmons, Zaydee |
| **To:** | Matthew Knepper |
| **Cc:** | dukepark@me.com; Team OMB; Brown, Ogonna |
| **Subject:** | RE: Opposition to Reopen Case in Case No. 25RH000015 |
| **Date:** | Monday, August 18, 2025 5:17:11 PM |
| **Attachments:** | image001.png<br>image002.png<br>image003.png<br>image004.png |

Thank you!

**From:** Matthew Knepper <mknepper@nvbankruptcyattorneys.com>
**Sent:** Monday, August 18, 2025 5:15 PM
**To:** Stemmons, Zaydee <Zaydee.Stemmons@wbd-us.com>
**Cc:** dukepark@me.com; Team OMB <TeamOMB@wbd-us.com>; Brown, Ogonna <Ogonna.Brown@wbd-us.com>
**Subject:** Re: Opposition to Reopen Case in Case No. 25RH000015

> External (mknepper@nvbankruptcyattorneys.com)
>
> Report This Email  FAQ

No problem.  I'll forward to him.

On Mon, Aug 18, 2025 at 5:04 PM Stemmons, Zaydee <Zaydee.Stemmons@wbd-us.com> wrote:

> Hello,
>
> See attached for the opposition filed by Swindle Family Trust against the Motion to Reopen filed by Duke Park in Case No. 25RH000015 (Swindle Trust v. Steve Park). Matt, I realize that you are not counsel for this matter, but the motion to reopen did concern bankruptcy matters and we wanted to do our best to make sure Duke received the opposition. Thank you.
>
> Sincerely,
> Zaydee
>
> **Zaydee Stemmons**
> Associate
> Womble Bond Dickinson (US) LLP
>
> **d:** 702-474-2645
> **e:** Zaydee.Stemmons@wbd-us.com
>
> 3993 Howard Hughes Parkway
> Suite 600
> Las Vegas, NV 89169
>
> 
>
> **womblebonddickinson.com**
>   

This email is sent for and on behalf of Womble Bond Dickinson (US) LLP. Womble Bond Dickinson (US) LLP is a member of Womble Bond Dickinson (International) Limited, which consists of independent and autonomous law firms providing services in the US, the UK, and elsewhere around the world. Each Womble Bond Dickinson entity is a separate legal entity and is not responsible for the acts or omissions of, nor can bind or obligate, another Womble Bond Dickinson entity. Womble Bond Dickinson (International) Limited does not practice law. Please see [www.womblebonddickinson.com/us/legal-notice](www.womblebonddickinson.com/us/legal-notice) for further details.

**Exhibit A**

Text Message Conversation dated August 12–13, 2025 between Steve Park and Chris

