Ogonna Brown, Bar No. 7589
Ogonna.Brown@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tel:   702.949.8200
Fax:   702.949.8398

*Attorneys for Secured Creditor The Swindle Family Trust dated October 20, 1999*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. 25-12285-ABL |
| DUKE PARK, | Chapter 7 |
| Debtor. | **DECLARATION OF ZAYDEE STEMMONS IN SUPPORT OF OBJECTION TO EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION** |
| | Hearing Date:   September 15, 2025<br>Hearing Time:   9:30 a.m. |
| | Judge Hon. August B. Landis |

I, ZAYDEE STEMMONS, ESQ., declare the following under penalty of perjury of the laws of the United States:

1. I am over the age of 18 and mentally competent. Except where stated on information and belief, I have personal knowledge of the facts in this matter, and if called upon to testify, could and would do so.

2. I am one of the attorneys for Secured Creditor The Swindle Family Trust dated October 20, 1999 ("the Swindle Trust").

3. I make this Declaration in Support of the Objection to Emergency Motion for Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction ("Objection")[1].

---

[1] Any capitalized term not otherwise defined herein shall have the meaning ascribed to it in the Motion.

4934-8438-5890.1

4. On July 3, 2024, the Swindle Trust executed a deed of trust with Duke Park ("Debtor") on the property located at 33 Stonemark Dr., Henderson, Nevada (the "Property"). A true and correct copy of the Deed of Trust is attached hereto as **Exhibit "1".**

5. Duke Park ("Debtor") defaulted on a deed of trust, and on January 2, 2025, the Swindle Trust scheduled a foreclosure sale.

6. On April 22, 2025, one day before the scheduled foreclosure sale, Debtor filed for bankruptcy.

7. Pursuant to the Order Approving Stipulation for Relief from Stay re Real Property Located At 33 Stonemark Dr., Henderson, NV 89052 and 1392 Via Merano St., Henderson, NV 89052 and Waiver of the 14-Day Stay under FRBP 4001(a)(3) (ECF No. 16), Swindle proceeded with the foreclosure of the property located at 33 Stonemark Dr., Henderson, NV 89052 (the "Property") and recorded a Trustee's Deed Upon Sale on July 7, 2025. A true and correct copy of the Trustee's Deed Upon Sale is attached hereto as **Exhibit "2".**

8. As the Swindle Trust is now the owner of the Property, the Swindle Trust served Steve Park ("S. Park") and the other occupants who were squatting on the Property rent-free with a Notice to Surrender on July 14, 2025. A true and correct copy of the Notice to Surrender is attached hereto as **Exhibit "3".**

9. After the Notice to Surrender expired and S. Park did not leave the property or exercise his right to file an Affidavit of Answer with the Henderson Justice Court (thereby waiving the right to answer), the Swindle Trust filed an Affidavit of Complaint with the Henderson Justice Court requesting the removal of the unauthorized occupants. A true and correct copy of the Complaint filed with the Henderson Justice Court on July 30, 2025 is attached hereto as **Exhibit "4".**

10. The court granted the Removal Order on August 4, 2025. A true and correct copy of the Email re Granting of Removal Order is attached hereto as **Exhibit "5".**

11. On August 4, 2025, I delivered the instructions for the lockout to the Henderson constable.

4934-8438-5890, v. 1

1    12.    On August 7, 2025, the constable executed the lockout at the Property, after posting the lockout notice pursuant to Nevada law.

13.    On August 7, 2025, S. Park reached out to me, requesting the opportunity to reenter the property and retrieve certain items.

14.    Though not obligated to do so pursuant to NRS 40.414, I, with the Swindle Trust and lead counsel Ogonna Brown, immediately began coordinating S. Park's retrieval of his items and updated S. Park about what was going on. A true and correct copy of the Text Messages from Steve Park to Attorney Stemmons is attached hereto as **Exhibit "6".**

15.    After S. Park notified me that he had not received instructions about retrieving his items, I confirmed that the coordination of the pickup of the abandoned personal property was still in process.

16.    On August 11, 2025, Debtor filed a Motion to Reopen in the removal action against S. Park, in which case Debtor was a nonparty. A true and correct copy of the Motion to Reopen is attached hereto as **Exhibit "7".**

17.    Though the Motion to Reopen was not served on the Swindle Trust, on August 18, 2025, Swindle Trust filed an Opposition to the Motion to Reopen. A true and correct copy of the Opposition to the Motion to Reopen is attached hereto as **Exhibit "8".**

18.    On August 18, 2028, the Henderson Justice Court issued an Order Denying the Motion to Reopen Case. *See* Order Denying the Motion to Reopen Case, attached to Stemmons Decl. as **Exhibit "9".**

DATED this 29th day of August, 2025.

                                        */s/ Zaydee Stemmons*
                                        Zaydee Stemmons



3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169



WOMBLE BOND DICKINSON

- 3 -

4934-8438-5890, v. 1

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Womble Bond Dickinson (US) LLP, and that on the 29th day of August, 2025, I caused to be served a true and correct copy of **DECLARATION OF ZAYDEE STEMMONS IN SUPPORT OF OBJECTION TO EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION** in the following manner:

☒ (ELECTRONIC SERVICE) Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

☐ (UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the United States Mail on May 8, 2025, first class postage prepaid, at Las Vegas, Nevada, to the parties listed on the Court's attached creditor's matrix with additions and edits, at their last known mailing addresses, on the date above written.

☐ (OVERNIGHT COURIER) By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date above written.

☐ (FACSIMILE) That I served a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those persons listed on the attached service list, on the date above written.

/s/ Renee L. Creswell
An employee of Womble Bond Dickinson (US) LLP



- 4 -

4934-8438-5890, v. 1