# EXHIBIT 2

Inst #: 20250707-0000168
Fees: $42.00
RPTT: $6709.05  Ex #:
07/07/2025 08:03:00 AM
Receipt #: 5936921
Requestor:
Nevada Trust Deed Service
Recorded By: KVHO   Pgs: 4
**Debbie Conway**
CLARK COUNTY RECORDER
Src: ERECORD
Ofc: ERECORD

APN:  190-08-414-017

R.P.T.T.:  $6,709.05

RETURN/MAIL TAX STATEMENTS TO:
Carolie Swindle or Sandra Swindle, as Trustees of
the Swindle Family Trust dated October 20, 1999
4039 Renate Dr
Las Vegas, NV 89103

## TRUSTEE'S DEED UPON SALE

FILE NO. 24-11-019-FCL

THIS INDENTURE, made June 24, 2025 between NEVADA TRUST DEED SERVICES, as Trustee as hereinafter stated, herein called Trustee under the Deed of Trust, Assignment of Rents, Security Agreement and Fixture Filing (the "Deed of Trust") (as defined below), and

Carolie Swindle or Sandra Swindle, as Trustees of the Swindle Family Trust dated October 20, 1999, herein called Grantee

WITNESSETH:

WHEREAS, Duke Park, an unmarried man, by Deed of Trust recorded on July 12, 2023, as Instrument No. 20230712-0000943, in the Office of the County Recorder of CLARK County, State of Nevada as modified or amended, if applicable (the "Deed of Trust"), did grant and convey to said Trustee, upon the trusts therein expressed, the property hereinafter described, among other uses and purposes to secure the payment of that certain obligation and interest according to the terms thereof, and other sums of money advanced, with interest thereon, to which reference is hereby made; and,

WHEREAS, pursuant to that certain Substitution of Trustee recorded January 2, 2025 as Instrument No. 20250102-0000434, of Official Records, Beneficiary did substitute in place and stead of Original or Successor Trustee, NEVADA TRUST DEED SERVICES,

WHEREAS, breach and default was made under the terms of said Deed of Trust in the particulars set forth in the Notice of Breach and Election to Sell Under Deed of Trust hereinafter referred to, to which reference is hereby made; and,

WHEREAS, the Beneficiary or holder of said obligation did execute and deliver to the Trustee written Declaration of Default and Demand for Sale and thereafter there was filed for record on January 2, 2025 in the Office of the County Recorder of Clark County, Nevada, a Notice of Breach and Election to Sell Under Deed of Trust to cause the Trustee to sell said property to satisfy the obligations secured by said Deed of Trust, which said Notice was recorded as Instrument No. 20250102-0000435, in the Office of the County Recorder of CLARK County, Nevada; and,

WHEREAS, Trustee, in consequence of said election, declaration of default, and demand for sale, and in compliance with said Deed of Trust and with the statutes in such cases made and provided, made and published three (3) times, once each week for three (3) consecutive weeks, before the date of sale therein

fixed in a newspaper of general circulation in the county and state in which the premises to be sold are situated, Notice of Sale as required by law, containing a correct description of the property to be sold and stating that the Trustee would under the provisions of said Deed of Trust sell the property therein and herein described at public auction to the highest bidder for cash in lawful money of the United States on June 24, 2025, at the hour of 09:30 AM of said day, at the front entrance to Nevada Legal News, 930 S. Fourth Street, Las Vegas, NV 89101, County of Clark, State of Nevada; and,

WHEREAS, a similar copy of said Notice of Sale was posted in a public place in the county where the property is situated twenty (20) days successively before the date of sale therein fixed; and,

WHEREAS, compliance having been made with all of the statutory provisions of the State of Nevada and with all of the provisions of said Deed of Trust as to the acts to be performed and notices to be given, and in particular, full compliance having been made with all requirements of law regarding the service of notices required by statutes, and with the Servicemembers Civil Relief Act (108 P.L. 189; 117 Stat. 2835; 2003 Enacted H.R. 100), said Trustee, at such time and place did then and there at public auction sell the property hereinafter described to said Grantee for the sum of ONE MILLION THREE HUNDRED FIFTEEN THOUSAND THIRTY-NINE AND THIRTY-NINE HUNDREDTHS ($1,315,039.39) dollars, in partial satisfaction of the indebtedness secured by said Deed of Trust, said Grantee being the highest and best bidder therefore. There may be a deficiency of the proceeds of the sale and a balance remaining due to the Beneficiary of said Deed of Trust, and said Beneficiary reserves all rights with respect to such deficiency and remaining balance, including, without limitation, all rights under NRS 40.451 thru 40.459.

NOW, THEREFORE, Trustee, in consideration of the premises recited and the sum herein mentioned bid and paid by the Grantee, the receipt of which is hereby acknowledged, and by virtue of these premises, does GRANT AND CONVEY, but without warranty or covenants, express or implied, unto said Grantee all right, title and interest under said Deed of Trust in that certain property situated in the County of Clark, State of Nevada, described as follows:

LOT 17 IN BLOCK 2 OF ANTHEM COUNTRY CLUB PARCEL 12 AS SHOWN BY MAP THEREOF ON FILE IN BOOK 105 OF PLATS, PAGE 50 IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

Together with any and all improvements, personal property and fixtures located thereon or otherwise described in the Deed of Trust and in any other instruments in favor of the Beneficiary, and all singular tenements, hereditaments and appurtenances thereunto belonging or appertaining, rents, issues and profits thereof.

IN WITNESS WHEREOF said Nevada Trust Deed Services, as duly appointed Trustee, has this day, caused its corporate name to be affixed hereto and this instrument to be executed by its Manager.

Nevada Trust Deed Services

By: _____
Michael F. Bohn, Manager

STATE OF NEVADA
COUNTY OF CLARK

This instrument was acknowledged before me on ___June 24, 2025___ by Michael F. Bohn, Manager of Nevada Trust Deed Services, whose name is subscribed to the above instrument and acknowledged that he executed it.

Signature _____
(Notary Public)

N. M. DOBAR
Notary Public-State of Nevada
Appointment No. 99-50932-1
My Appointment Expires Nov. 7, 2026

**State of Nevada**
**Declaration of Value Form**

1. Assessor Parcel Number(s)
   a) 190-08-414-017
   b) _____
   c) _____
   d) _____

2. Type of Property:
   a. ☐ Vacant Land       b. ☒ Sgl. Fam. Residence
   c. ☐ Condo/Twnhse   d. ☐ 2-4 Plex
   e. ☐ Apt. Bldg.         f. ☐ Comm'l/Ind'l
   g. ☐ Agricultural       h. ☐ Mobile Home
   ☐ Other: _____

| FOR RECORDER'S OPTIONAL USE ONLY |
| --- |
| Book: _____ Page: _____ |
| Date of Recording: _____ |
| Notes: |

3. a. Total Value/Sale Price of Property:           $1,315,039.39
   b. Deed in Lieu of Foreclosure Only (value of property)  $0.00
   c. Transfer Tax Value:                            $1,315,039.39
   d. Real Property Transfer Tax Due:                $6,709.05

4. **If Exemption Claimed:**
   a. Transfer Tax Exemption, per NRS 375.090, Section:
   b. Explain Reason for Exemption:

5. Partial Interest: Percentage Being Transferred: 100.00%

The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060 and NRS 375.110, that the information provided is correct to the best of their information and belief, and can be supported by documentation if called upon to substantiate the information provided herein. Furthermore, the parties agree the disallowance of any claimed exemption, or other determination of additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. **Pursuant to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.**

Signature: _/s/ Michele Dobar_    Capacity: TRUSTEE SALE OFFICER
Signature: _____       Capacity: Foreclosing Beneficiary

| SELLER (GRANTOR) INFORMATION (REQUIRED) | BUYER (GRANTEE) INFORMATION (REQUIRED) |
| --- | --- |
| Print Name: Nevada Trust Deed Services | Print Name: Carolie Swindle or Sandra Swindle, as Trustees of the Swindle Family Trust dated October 20, 1999 |
| Address: 10161 Park Run Drive, Suite 150 | Address: 4039 Renate Dr |
| City: Las Vegas | City: Las Vegas |
| State: NV   Zip: 89145 | State: NV   Zip: 89103 |

**COMPANY/PERSON REQUESTING RECORDING (required if not seller or buyer)**

Print Name: Nevada Trust Deed Services     File #: 24-11-019-FCL
Address: 10161 Park Run Drive, Suite 150
City: Las Vegas    State: NV    Zip: 89145

(AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED)