# EXHIBIT 3

# NOTICE TO SURRENDER
## (NRS 40)

TO: Steve Park (and all other occupants)
*Unlawful/Unauthorized Occupant Name(s)*
33 Stonemark Dr.
*Street Address of Occupied Dwelling Property*
Henderson, Nevada 89052
*City, State, Zip Code*

FROM: Swindle Family Trust
*Owner's Name*
33 Stonemark Dr.
*Owner Address Where Service Will Be Made*
Henderson, Nevada 89052
*City, State, Zip Code*

[Verification of ownership can be obtained through the Clark County Assessor. www.clarkcountynv.gov/assessor]

**PLEASE TAKE NOTICE** that you are guilty of forcible entry or detainer and you are hereby required to vacate the property within four (4) judicial days[1] following the Date of Service of this Notice. Your failure to vacate the property may result in the Court issuing a summary order for your removal or an order providing for your nonadmittance, directing the sheriff or constable of the county to remove you within twenty-four (24) hours after receipt of the order from the court.

**YOU ARE HEREBY ADVISED OF YOUR RIGHTS** to (1) surrender the real property to the Owner of the real property or Owner's authorized representative; and/or (2) request that the court stay the execution of a summary order for removal, stating the reasons why a stay is warranted; or (3) contest this Notice by filing an affidavit, no later than the fourth full judicial day[1] following the Date of Service of this Notice, with the Justice Court for the Township of (*insert name of township where property is located*) Henderson, stating the reasons why you are not guilty of a forcible entry or forcible detainer, and by serving the affidavit by mail upon the issuer of this Notice. The Justice Court is located at (*insert Justice Court's address*): 243 S. Water St., Henderson, NV

Owner or Owner's authorized representative shall provide safe storage of any of your personal property remaining on the property for 21 days after your compliance with this Notice or after the execution of the order for removal, whichever comes first. You must pay Owner or Owner's representative for the reasonable and actual costs of inventory, moving and storage of the personal property before the personal property will be released to you. If you dispute these costs, you can file a motion with the court within 14 days after the surrender of the property or after the execution of the order for removal. The Neighborhood Justice Center is a free service in Clark County that may be able to help you resolve disputes regarding the time, place, and manner of the turnover of personal property. For more information, visit www.lasvegasjusticecourt.us/services/neighborhood_justice_center.

**YOU CAN OBTAIN AN AFFIDAVIT AND INFORMATION** at the Civil Law Self-Help Center, located at the Regional Justice Center in downtown Las Vegas, or at www.CivilLawSelfHelpCenter.org.

## DECLARATION OF SERVICE

On (*insert date of service*) _____, I served this Notice in the following manner (*check only one*):

☐ By delivering a copy to the Occupant(s) personally, in the presence of a witness (*server, witness, and occupant must all sign Owner's copy of Notice. If service is made by the sheriff, constable or a licensed process server pursuant to NRS Chapter 648, the presence of a witness is not required*):

_____        _____        _____
(Date)              (Type or print name of witness)    (Signature of witness)

_____
(Occupant's signature)
— OR —

☐ Because the Occupant(s) was absent from the dwelling, by leaving a copy with (*insert name*) _____, a person of suitable age and discretion, AND mailing[2] a copy to the Occupant(s)[3] at the place where the property is situated;
— OR —

☐ Because Occupant or a person of suitable age or discretion could not be found there, by posting a copy in a conspicuous place on the property, delivering a copy to a person there residing, if the person could be found, AND mailing[2] a copy to the Occupant(s)[3] at the place where the property is situated.

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

_____        _____        _____
(Date)              (Type or print server's name; include badge and/or license #)    (Server's signature)

---

[1] Judicial days do not include the date of service, weekends, or certain legal holidays.
[2] If this manner of service is used, Owner must file with the court a "certificate of mailing" issued by the United States Post Office per NRS 40.280.
[3] If the occupant is unknown, the notice must be addressed to "Current Occupant."

NOTICE OF SURRENDER (Rev. 2, 6/21/16)
© 2016 – Civil Law Self-Help Center, Clark County, Nevada

APN: 190-08-414-017

R.P.T.T.: $6,709.05

RETURN/MAIL TAX STATEMENTS TO:
Carolie Swindle or Sandra Swindle, as Trustees of
the Swindle Family Trust dated October 20, 1999
4039 Renate Dr
Las Vegas, NV 89103

Inst #: 20250707-0000168
Fees: $42.00
RPTT: $6709.05  Ex #:
07/07/2025 08:03:00 AM
Receipt #: 5936921
Requestor:
Nevada Trust Deed Service
Recorded By: KVHO   Pgs: 4
Debbie Conway
CLARK COUNTY RECORDER
Src: ERECORD
Ofc: ERECORD

# TRUSTEE'S DEED UPON SALE

FILE NO. 24-11-019-FCL

THIS INDENTURE, made June 24, 2025 between NEVADA TRUST DEED SERVICES, as Trustee as hereinafter stated, herein called Trustee under the Deed of Trust, Assignment of Rents, Security Agreement and Fixture Filing (the "Deed of Trust") (as defined below), and

Carolie Swindle or Sandra Swindle, as Trustees of the Swindle Family Trust dated October 20, 1999, herein called Grantee

## WITNESSETH:

WHEREAS, Duke Park, an unmarried man, by Deed of Trust recorded on July 12, 2023, as Instrument No. 20230712-0000943, in the Office of the County Recorder of CLARK County, State of Nevada as modified or amended, if applicable (the "Deed of Trust"), did grant and convey to said Trustee, upon the trusts therein expressed, the property hereinafter described, among other uses and purposes to secure the payment of that certain obligation and interest according to the terms thereof, and other sums of money advanced, with interest thereon, to which reference is hereby made; and,

WHEREAS, pursuant to that certain Substitution of Trustee recorded January 2, 2025 as Instrument No. 20250102-0000434,  of Official Records, Beneficiary did substitute in place and stead of Original or Successor Trustee, NEVADA TRUST DEED SERVICES,

WHEREAS, breach and default was made under the terms of said Deed of Trust in the particulars set forth in the Notice of Breach and Election to Sell Under Deed of Trust hereinafter referred to, to which reference is hereby made; and,

WHEREAS, the Beneficiary or holder of said obligation did execute and deliver to the Trustee written Declaration of Default and Demand for Sale and thereafter there was filed for record on January 2, 2025 in the Office of the County Recorder of Clark County, Nevada, a Notice of Breach and Election to Sell Under Deed of Trust to cause the Trustee to sell said property to satisfy the obligations secured by said Deed of Trust, which said Notice was recorded as Instrument No. 20250102-0000435, in the Office of the County Recorder of CLARK County, Nevada; and,

WHEREAS, Trustee, in consequence of said election, declaration of default, and demand for sale, and in compliance with said Deed of Trust and with the statutes in such cases made and provided, made and published three (3) times, once each week for three (3) consecutive weeks, before the date of sale therein

fixed in a newspaper of general circulation in the county and state in which the premises to be sold are situated, Notice of Sale as required by law, containing a correct description of the property to be sold and stating that the Trustee would under the provisions of said Deed of Trust sell the property therein and herein described at public auction to the highest bidder for cash in lawful money of the United States on June 24, 2025, at the hour of 09:30 AM of said day, at the front entrance to Nevada Legal News, 930 S. Fourth Street, Las Vegas, NV 89101, County of Clark, State of Nevada; and,

WHEREAS, a similar copy of said Notice of Sale was posted in a public place in the county where the property is situated twenty (20) days successively before the date of sale therein fixed; and,

WHEREAS, compliance having been made with all of the statutory provisions of the State of Nevada and with all of the provisions of said Deed of Trust as to the acts to be performed and notices to be given, and in particular, full compliance having been made with all requirements of law regarding the service of notices required by statutes, and with the Servicemembers Civil Relief Act (108 P.L. 189; 117 Stat. 2835; 2003 Enacted H.R. 100), said Trustee, at such time and place did then and there at public auction sell the property hereinafter described to said Grantee for the sum of ONE MILLION THREE HUNDRED FIFTEEN THOUSAND THIRTY-NINE AND THIRTY-NINE HUNDREDTHS ($1,315,039.39) dollars, in partial satisfaction of the indebtedness secured by said Deed of Trust, said Grantee being the highest and best bidder therefore. There may be a deficiency of the proceeds of the sale and a balance remaining due to the Beneficiary of said Deed of Trust, and said Beneficiary reserves all rights with respect to such deficiency and remaining balance, including, without limitation, all rights under NRS 40.451 thru 40.459.

NOW, THEREFORE, Trustee, in consideration of the premises recited and the sum herein mentioned bid and paid by the Grantee, the receipt of which is hereby acknowledged, and by virtue of these premises, does GRANT AND CONVEY, but without warranty or covenants, express or implied, unto said Grantee all right, title and interest under said Deed of Trust in that certain property situated in the County of Clark, State of Nevada, described as follows:

LOT 17 IN BLOCK 2 OF ANTHEM COUNTRY CLUB PARCEL 12 AS SHOWN BY MAP THEREOF ON FILE IN BOOK 105 OF PLATS, PAGE 50 IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

Together with any and all improvements, personal property and fixtures located thereon or otherwise described in the Deed of Trust and in any other instruments in favor of the Beneficiary, and all singular tenements, hereditaments and appurtenances thereunto belonging or appertaining, rents, issues and profits thereof.

IN WITNESS WHEREOF said Nevada Trust Deed Services, as duly appointed Trustee, has this day, caused its corporate name to be affixed hereto and this instrument to be executed by its Manager.

Nevada Trust Deed Services

By: _____
Michael F. Bohn, Manager

STATE OF NEVADA
COUNTY OF CLARK

This instrument was acknowledged before me on ___June 24, 2025___ by Michael F. Bohn, Manager of Nevada Trust Deed Services, whose name is subscribed to the above instrument and acknowledged that he executed it.

Signature _____
(Notary Public)

N. M. DOBAR
Notary Public-State of Nevada
Appointment No. 99-50932-1
My Appointment Expires Nov. 7, 2026

**State of Nevada**
**Declaration of Value Form**

1. Assessor Parcel Number(s)
   a) 190-08-414-017
   b) _____
   c) _____
   d) _____

2. Type of Property:
   a. ☐ Vacant Land     b. ☒ Sgl. Fam. Residence
   c. ☐ Condo/Twnhse    d. ☐ 2-4 Plex
   e. ☐ Apt. Bldg.      f. ☐ Comm'l/Ind'l
   g. ☐ Agricultural    h. ☐ Mobile Home
   ☐ Other: _____

| FOR RECORDER'S OPTIONAL USE ONLY |
| --- |
| Book: _____ Page: _____ |
| Date of Recording: _____ |
| Notes: |

3. a. Total Value/Sale Price of Property:            $1,315,039.39
   b. Deed in Lieu of Foreclosure Only (value of property)  $0.00
   c. Transfer Tax Value:                            $1,315,039.39
   d. Real Property Transfer Tax Due:                $6,709.05

4. **If Exemption Claimed:**
   a. Transfer Tax Exemption, per NRS 375.090, Section:
   b. Explain Reason for Exemption:

5. Partial Interest: Percentage Being Transferred: 100.00%

The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060 and NRS 375.110, that the information provided is correct to the best of their information and belief, and can be supported by documentation if called upon to substantiate the information provided herein. Furthermore, the parties agree the disallowance of any claimed exemption, or other determination of additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. **Pursuant to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.**

Signature: _/s/ Michele Dobar_____   Capacity: TRUSTEE SALE OFFICER
Signature _____   Capacity: Foreclosing Beneficiary

| SELLER (GRANTOR) INFORMATION (REQUIRED) | BUYER (GRANTEE) INFORMATION (REQUIRED) |
| --- | --- |
| Print Name: Nevada Trust Deed Services | Print Name: Carolie Swindle or Sandra Swindle, as Trustees of the Swindle Family Trust dated October 20, 1999 |
| Address: 10161 Park Run Drive, Suite 150 | Address: 4039 Renate Dr |
| City: Las Vegas | City: Las Vegas |
| State: NV    Zip: 89145 | State: NV    Zip: 89103 |

**COMPANY/PERSON REQUESTING RECORDING (required if not seller or buyer)**

Print Name: Nevada Trust Deed Services      File #: 24-11-019-FCL
Address: 10161 Park Run Drive, Suite 150
City  Las Vegas            State: NV      Zip: 89145

(AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED)

| | |
|---|---|
| STATE OF NEVADA | ) |
| | ) SS |
| COUNTY OF CLARK | ) |

AFFIDAVIT OF SERVICE

I, **Bradford Cameron Nielsen**, being first duly sworn say: That at all times herein Affiant was and is a citizen of the United States, over 18 years of age, licensed to serve civil process and not a party to nor interested in the proceeding in which this affidavit is made. The Affiant served the **Notice to Surrender (NRS 40); Trustee's Deed Upon Sale** on the **14th** day of **July, 2025** at **5:25 PM** per NRS **40.280** Because Occupant's usual place of **residence**, could not be ascertained, or a person of suitable age or discretion could not be found there, by posting a copy in a conspicuous place on the property for the occupants, **Steve Park (and all other occupants)**, at **33 Stonemark Dr., Henderson, NV 89052**, AND by mailing a copy thereto first-class postage prepaid addressed to **Steve Park (and all other occupants), 33 Stonemark Dr., Henderson, NV 89052** on the **14th**, day of **July, 2025**.

Affiant affirms under penalty of perjury that the affirmations of this affidavit are true.

Pursuant to NRS 239B.030 this document does not contain the social security number of any person.

I declare under penalty of perjury under the law
of the state of Nevada that the foregoing is true and correct.
Executed this 18th day of July 2025

_____
Bradford Cameron Nielsen #:R-2022-16918
Legal Process Service    License # 604

WorkOrderNo 2504010

**UNITED STATES POSTAL SERVICE**

This Certificate of Mailing provides evidence that mail has been pre
This form may be used for domestic and international mail.

From:

L.P.S.
P.O. Box 72065
Las Vegas, NV 89170-2065

To: Steve Park (and all other occupants)
33 Stonemark Dr.
Henderson, NV 89052

PS Form **3817**, April 2007  PSN 7530-02-000-9065

U.S. POSTA
LAS VEGAS
89101
JUL 14, 25
AMOUNT
$2.
S2322H5

0000

2504010