# EXHIBIT 5

**Stemmons, Zaydee**

| | |
|---|---|
| **From:** | Samantha Meroni <MeroS@ClarkCountyNV.gov> |
| **Sent:** | Monday, August 4, 2025 8:00 AM |
| **To:** | Stemmons, Zaydee |
| **Subject:** | 25RH000015 |

**Caution**: External (meros@clarkcountynv.gov)

First-Time Sender  Details

Report This Email  FAQ

Please be advised that the Removal Order has been Granted. The order has been sent to the Henderson Constables Office.

25RH000015          THE SWINDLE FAMILY TRUST VS  PARK, STEVE


STEVE PARK and all other occupants
33 STONEMARK DR.
HENDERSON, NV 89052