# EXHIBIT 6




**Steve**

iMessage
Thu, Aug 7 at 10:16 AM

> Hi Steve, this is Zaydee on behalf of the Swindle Family Trust. I spoke with my client and we will provide a schedule for you to come pick up your property after noon today. You may not be able to pick up your property today but we will provide the schedule today.

Hi Zaydee, thanks for the info. It would be greatly appreciated if we can at least squeeze in 30 minutes any time today so my wife and I can grab bare necessities. We both work and have not been able to attend our jobs today, so it would be helpful for us to grab what we need to properly work. We don't need to pick up everything today, just the bare necessities until we can properly pack per



**Steve**

> may not be able to pick up your property today but we will provide the schedule today.

> Hi Zaydee, thanks for the info. It would be greatly appreciated if we can at least squeeze in 30 minutes any time today so my wife and I can grab bare necessities. We both work and have not been able to attend our jobs today, so it would be helpful for us to grab what we need to properly work. We don't need to pick up everything today, just the bare necessities until we can properly pack per the schedule your team provides.

Thu, Aug 7 at 5:03 PM

> Hi Zaydee, wanted to check in as we have yet to receive the schedule.