# EXHIBIT 9

## JUSTICE COURT OF HENDERSON TOWNSHIP
## CLARK COUNTY, STATE OF NEVADA

HENDERSON JC - FILED
2025 AUG 18 PM 5:23
SM

THE SWINDLE FAMILY TRUST,
    Owner,

vs.

STEVE PARK,
    Occupant.

Case No.: 25RH000015
Department No. 3

**ORDER DENYING MOTION TO REOPEN CASE**

On August 11, 2025, Duke Park, a non-party to the proceeding, filed a Motion to Reopen Case. On August 12, 2025, the Court received documents from Duke Park, a non-party to the proceeding, entitled "Urgent request for Immediate Restoration of Possession." On August 14, 2025, the Court received documents from Duke Park, a non-party to the proceeding, submitted documents entitled "Declaration Regarding Temporary Removal or Personal Property for Safekeeping." On August 18, 2025, the Court received documents from Duke Park, a non-party to the proceeding, submitted documents entitled "Certificate of Notice" and "Notice of Filing Supplemental Evidence." Thereafter, on August 18, 2025, the Owner filed an Owner's Opposition to Nonparty Motion to Reopen.

After review of all of the paperwork on file herein, the Court hereby DENIES Duke Park's Motion to Reopen Case. To the extent Duke Park intended all other documents to be reviewed as motions, the Court also hereby DENIES those. The Order Regarding Owner's Affidavit of Complaint for Removal of Unlawful/Unauthorized Occupant Stands as issued on August 4, 2025.

**IT IS SO ORDERED** this 18th day of August, 2025.

*Barbara Schifalacqua*
CHIEF JUDGE BARBARA SCHIFALACQUA
JUSTICE OF THE PEACE, DEPT. 3
HENDERSON TOWNSHIP

## CERTIFICATE OF MAILING

I hereby certify that service of the <u>ORDER DENYING MOTION TO REOPEN CASE</u> was made this 18th day of August 2025, pursuant to JRCP RULE 5(b) by depositing a copy of the same in the U.S. Mail at Henderson, Nevada, postage prepaid, addressed to:

| | |
|---|---|
| Oganna M. Brown, Esq.<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, NV 89169 | Duke Park<br>1392 Via Merano St.<br>Henderson, NV 89052 |

**DATED** this 18th day of August, 2025.

_____
Judicial Assistant