1  Ogonna Brown, Bar No. 7589
   Ogonna.Brown@wbd-us.com
2  WOMBLE BOND DICKINSON (US) LLP
   3993 Howard Hughes Parkway, Suite 600
3  Las Vegas, NV 89169
   Tel:    702.949.8200
4  Fax:    702.949.8398

5  *Attorneys for Secured Creditor The Swindle Family*
   *Trust dated October 20, 1999*

6

                    UNITED STATES BANKRUPTCY COURT
7                          DISTRICT OF NEVADA

8  In re:                                    Case No. 25-12285-ABL

9  DUKE PARK,                                Chapter 7

10                                           **DECLARATION OF CHRIS KOLTES**
                         Debtor.             **IN SUPPORT OF OBJECTION TO**
11                                           **EMERGENCY MOTION FOR**
                                             **TEMPORARY RESTRAINING ORDER**
12                                           **AND ORDER TO SHOW CAUSE RE:**
                                             **PRELIMINARY INJUNCTION**
13

14                                           Hearing Date:    September 15, 2025
15                                           Hearing Time:    9:30 a.m.

16                                           Judge: Hon. August B. Landis

17        I, Chris Koltes, declare the following under penalty of perjury of the laws of the United

18  States:

19        1.      I am over the age of 18 and mentally competent. Except where stated on information

20  and belief, I have personal knowledge of the facts in this matter, and if called upon to testify, could

21  and would do so.

22        2.      I am the property manager for The Swindle Family Trust dated October 20, 1999

23  ("<u>Swindle Trust</u>").

24        3.      Unless otherwise stated, the following facts are personally known to me, and if

25  called to testify thereto, I could and would competently do so under oath. As to those facts stated

26  to be upon information and belief, I believe them to be true and correct.

27

28



3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169

WOMBLE BOND DICKINSON

4923-6155-7858.1

4.      I make this Declaration in Support of the Objection to Emergency Motion for Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction ("Objection")[1].

5.      On August 13, 2025, I reached out to S. Park to coordinate the retrieval of his items. *See* Communications between Chris Koltes and S. Park, **Exhibit "1"** to Koltes Decl.

6.      On August 16, 2025, I let S. Park into the Property to obtain certain items.

DATED this 29th day of August, 2025.

                    /s/ Chris Koltes
                    Chris Koltes

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169

WOMBLE BOND DICKINSON

---

[1] Any capitalized term not otherwise defined herein shall have the meaning ascribed to it in the Motion.

4923-6155-7858, v. 1

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Womble Bond Dickinson (US) LLP, and that on the 29th day of August, 2025, I caused to be served a true and correct copy of **DECLARATION OF CHRIS KOLTES IN SUPPORT OF OBJECTION TO EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION** in the following manner:

☒ (ELECTRONIC SERVICE)  Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

☐ (UNITED STATES MAIL)  By depositing a copy of the above-referenced document for mailing in the United States Mail on May 8, 2025, first class postage prepaid, at Las Vegas, Nevada, to the parties listed on the Court's attached creditor's matrix with additions and edits, at their last known mailing addresses, on the date above written.

☐ (OVERNIGHT COURIER)  By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date above written.

☐ (FACSIMILE)  That I served a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those persons listed on the attached service list, on the date above written.

*/s/ Renee L. Creswell*
An employee of Womble Bond Dickinson
(US) LLP



3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169

WOMBLE BOND DICKINSON

4923-6155-7858, v. 1