# EXHIBIT 1

**Exhibit A**

Text Message Conversation dated August 12–13, 2025 between Steve Park and Chris

