Duke Park, Debtor – Pro Se
1392 Via Merano St.
Henderson, NV 89052
408-318-3700
dukepark@me.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:
DUKE PARK,
Debtor.

Case No.: 25-12285-abl
Chapter 7

## REPLY DECLARATION OF DUKE PARK

IN RESPONSE TO OBJECTION FILED BY THE SWINDLE FAMILY TRUST

(DOCS. 69, 70)

IN SUPPORT OF EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER

AND PRELIMINARY INJUNCTION (DOC. 48)

I, Duke Park, declare as follows:

1. **Creditor Status Confirmed.** The Swindle Family Trust ("Swindle") has already been formally established as a **Creditor** in this bankruptcy case, as reflected in the Court's docket and the BNC Certificate of Notice (Doc.42, entered July 24, 2025).

2. **Improper Assertion of Ownership.** Despite this creditor status, Swindle asserts in its Objection (Doc.69) and Declaration (Doc.70) that it is the "Owner" of the subject properties, relying on a foreclosure deed. This claim directly contradicts the federal docket and conflates creditor rights with ownership rights.

3. **Jurisdictional Usurpation.** Under **28 U.S.C. §1334** and **11 U.S.C. §524(a)(2)**, the Bankruptcy Court retains exclusive jurisdiction over estate property and enforcement of

the discharge injunction. Nevertheless, Swindle describes in its filings that it pursued state court actions, including a Notice to Surrender, a Removal Complaint, a Removal Order, and a Constable Lockout in Henderson Justice Court. These acts constitute an impermissible **jurisdictional usurpation** and direct violations of the discharge injunction.

4. **Misidentification of Parties.** In Henderson Justice Court, Swindle proceeded against my son, **Steve Park**, as the named defendant instead of properly identifying me, the Debtor. When I later filed a Motion to Reopen, Swindle argued that "Steve Park is not the Debtor," and the motion was denied. This tactic demonstrates deliberate procedural manipulation intended to exclude the Debtor from defense and to avoid federal review.

5. **Residence and Utility Evidence (Exhibit 1).** Swindle attempts to characterize my son as a mere "squatter." In fact, my son resided in the property for **nearly two years**, and the **water utility bills remain in my name** (see **Exhibit 1**). This evidence confirms that the occupancy was long-term and connected to the Debtor's household, not unlawful squatting as Swindle suggests.

6. **Repeated Attempts Against Debtor.** Swindle has also attempted—twice unsuccessfully—to proceed against me personally as a supposed "squatter" in Henderson Justice Court. Furthermore, despite the Via Merano property already being the subject of Motion (Doc.45) in this Court, Swindle has scheduled another eviction hearing in Henderson Justice Court for **September 2, 2025 at 10:30 a.m.** This duplicative proceeding again illustrates Swindle's disregard for this Court's exclusive jurisdiction.

7. **Self-Contradiction and Admission.** While styled as an opposition, Swindle's filings (Docs.69/70) effectively **admit** that Swindle, a duly noticed creditor, acted as an owner in state court proceedings, in violation of the discharge injunction.

## CONCLUSION

Swindle's Objection (Docs.69/70) should be overruled. The filings confirm that Swindle, formally noticed and docketed as a **Creditor**, engaged in owner-like actions in state court after July 24, 2025, in violation of **11 U.S.C. §524(a)(2)** and this Court's exclusive jurisdiction. Accordingly, the Debtor respectfully requests that this Court grant the **Emergency Motion for Temporary Restraining Order and Preliminary Injunction (Doc.48)** and award such other relief as is just and proper.

I declare under penalty of perjury under the laws of the United States that the attached documents are true and correct.

DATED: August 29, 2025
Respectfully submitted,

_____
Duke Park, Debtor – Pro Se

CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2025, I caused a true and correct copy of the **Debtor's Reply Declaration in Response to Objection Filed by The Swindle Family Trust (Docs.69 and 70)**, with **Exhibit 1** to be served via the Court's CM/ECF system on all parties registered to receive electronic notice in this case, including counsel for The Swindle Family Trust and the Office of the United States Trustee.

Signature: _____
Duke Park, Debtor – Pro Se

# Exhibit 1

City of Henderson - Utility Services



**City of Henderson Utility Services**
Customer Service (702) 267-5900
Manage your account online at CityofHenderson.BillOnline.com

Page 1 of 1

| | | | |
|---|---|---|---|
| **Billing Date:** | 08/28/2024 | Previous Balance: | $0.00 |
| **Account Number:** | 430991356 | Payment Received: | -$170.00 |
| **Account Name:** | DUKE PARK | Other Credits and Charges: | $170.00 |
| **Service Address:** | 33 STONEMARK DR | BALANCE FORWARD: | $0.00 |
| **Service Period:** | 21 Days, 08/07/2024 to 08/27/2024 | **NEW CHARGES:** | **$50.07** |
| | | Pay Arrangement Amt Due: | $0.00 |
| **Due Date:** | 09/18/2024 | **TOTAL DUE:** | **$50.07** |
| | | Pay Account in Full: | $50.07 |

Thank you for your payment. Visit **cityofhenderson.billonline.com** to enroll in paperless billing or AutoPay.

### Special Message

The summer watering schedule is now in effect. See back of bill for further details.

### Account Detail

**WTR service with Fire Protection Line Charges**
2,992 gallons at $1.68 per 1000 gallons — $5.03
WTR service with Fire Protection — $11.91
**Metered Water Services Total** — **$16.94**

**Sewer - Residential Charges**
Sewer Usage Charge — $16.35
Sewer Base Service Charge — $3.79
**Sewer Services Non Metered Total** — **$20.14**

**Regional Charges**
SNWA Infrastructure Residential — $6.97
SNWA Reliability Surcharge — $0.05
SNWA Drought Protection Charge Res — $4.14
SNWA Commodity — $1.83
**Regional Charges Total** — **$12.99**

**New Charges** — **$50.07**

**Other Credits and Charges**
Water - Deposit — $150.00
Water - Processing Fee — $20.00
**Other Credits and Charges Total** — **$170.00**

### Water Usage

**Watering Group E** (Details on Reverse)

Avg Water Use Per Day This Month: 142.48 gal
Avg Water Use Per Day This Month Last Year: 0.00 gal

Chart values: 0, 29, 58, 87, 116, 145 — bar at 27 Aug '24

### Consumption Detail

| Location | Meter # | Svc Type | Meter Size | Previous Read | Current Read | Units of Consumption | 1000 Gallons |
|---|---|---|---|---|---|---|---|
| 230010638 | 22010054 | WTRFP | RFMA | 6 | 10 | 4 | 2.992 |

(QESP)10:T012:004299:001:1000: COH-100   001000  W 28

See reverse for convenient payment options. If mailing please allow 5 days.

---

City of Henderson - Utility Services
240 S Water St, MSC 126
Henderson, NV 89015-7227

ELECTRONIC SERVICE REQUESTED

ADDRESS or PHONE NUMBER CHANGE? Please check here and complete the appropriate sections on the back.

**Account Number: 430991356**
**Amount Due:** $50.07

Your payment is due 09/18/2024.
A 10% late fee will be charged on all outstanding balances.

Make Checks Payable to: City of Henderson
Please include your account number on your check.

102069084574846
DUKE PARK
1392 VIA MERANO ST
HENDERSON NV 89052-4094

CITY OF HENDERSON UTILITY SERVICES
240 S WATER ST, MSC 126
HENDERSON, NV 89015-7227

8301000004309913560918240000050076

# HENDERSON
**Department of Utility Services**
Customer Service 702-267-5900
Manage your water and sewer account online at
mywateraccount.cityofhenderson.com

Page 1 of 1

# FINAL NOTICE

| | | | |
|---|---|---|---|
| Billing Date: | 08/28/2025 | Previous Balance: | $239.52 |
| Account Number: | 430991356 | Payment Received: | $0.00 |
| Account Name: | DUKE PARK | Other Credits and Charges: | $23.96 |
| Service Address: | 33 STONEMARK DR | BALANCE FORWARD: | $263.48 |
| Service Period: | 29 Days, 07/30/2025 to 08/27/2025 | NEW CHARGES: | $112.51 |
| | | Pay Arrangement Amt Due: | $0.00 |
| Due Date: | 09/18/2025 | **TOTAL DUE:** | **$375.99** |
| ***FINAL NOTICE*** | | Pay Account in Full: | $375.99 |

Failure to pay the past due balance immediately will result in the disconnection of service without further notice.

## Special Message

Properties with Fire Sprinkler Systems: Disconnection of water service will result in the loss of fire sprinkler protection during the time water service is disconnected.

## Account Detail

**WTR service with Fire Protection Line Charges**
| | |
|---|---|
| 5,800 gallons at $1.76 per 1000 gallons | $10.21 |
| 9,667 gallons at $2.92 per 1000 gallons | $28.23 |
| 241 gallons at $4.12 per 1000 gallons | $0.99 |
| WTR service with Fire Protection | $17.90 |
| **Metered Water Services Total** | **$57.33** |

**Sewer - Residential Charges**
| | |
|---|---|
| Sewer Usage Charge | $23.66 |
| Sewer Base Service Charge | $5.49 |
| **Sewer Services Non Metered Total** | **$29.15** |

**Regional Charges**
| | |
|---|---|
| SNWA Infrastructure Residential | $9.92 |
| SNWA Reliability Surcharge | $0.17 |
| SNWA Drought Protection Charge Res | $5.89 |
| SNWA Commodity | $10.05 |
| **Regional Charges Total** | **$26.03** |

| | |
|---|---|
| **New Charges** | **$112.51** |
| Other Credits and Charges | |
| Late Charge | $23.96 |
| **Other Credits and Charges Total** | **$23.96** |

## Water Usage



**Watering Group E** (Details on Reverse)

Avg Water Use Per Day This Month: **541.66 gal**
Avg Water Use Per Day This Month Last Year: **142.48 gal**

### Consumption Detail

| Location | Meter # | Svc Type | Meter Size | Previous Read | Current Read | Units of Consumption | 1000 Gallons |
|---|---|---|---|---|---|---|---|
| 230010638 | 22010054 | WTRFP | RFMA | 150 | 171 | 21 | 15.708 |

(QESP)10:T037:016423:001:1000: COH-100   011000  W 12

See reverse for convenient payment options. If mailing please allow 5 days.

# HENDERSON
**Department of Utility Services**
240 S Water Street, MSC126
Henderson, NV 89015-7227
ELECTRONIC SERVICE REQUESTED

☐ ADDRESS or PHONE NUMBER CHANGE? Please check here and complete the appropriate sections on the back.

**Account Number: 430991356**

**Amount Due:** $375.99

Your payment is due **09/18/2025**.
*A 10% late fee will be charged on all outstanding balances.*

Make Checks Payable to: City of Henderson
Please include your account number on your check.

102069100465320
DUKE PARK
1392 VIA MERANO ST
HENDERSON NV 89052-4094

CITY OF HENDERSON UTILITY SERVICES
240 S WATER ST, MSC 126
HENDERSON, NV 89015-7227

8301000004309913560918250000375996