Duke Park, Debtor – Pro Se
1392 Via Merano St.
Henderson, NV 89052
408-318-3700
dukepark@me.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:
DUKE PARK,
Debtor.

Case No.: 25-12285-abl

Chapter 7

REPLY DECLARATION OF DUKE PARK

IN RESPONSE TO CREDITOR'S OPPOSITION (DOC.71)

IN SUPPORT OF MOTION TO ENFORCE DISCHARGE INJUNCTION

(11 U.S.C. § 524)

I, Duke Park, declare as follows:

1. **Creditor Status Confirmed.** The Swindle Family Trust has already been formally established as a **Creditor** in this bankruptcy case, as reflected in the Court docket and the BNC Certificate of Notice (Doc.42).

2. **Improper Conduct Toward Debtor's Son.** Notwithstanding its creditor status, Swindle's counsel, Zaydee Stemmons, personally sent eviction-related communications to my son, **Steve Park**, concerning the residence where eviction had already been carried out. These messages involved leftover property and belongings (see Exhibit A). In

addition, Swindle's manager, **Chris Koltes**, sent coercive text messages demanding turnover of keys and scheduling of a move-out date (see Exhibit B).

3. **Ongoing Eviction Attempt Against Debtor.** Separately, Swindle has also pursued eviction proceedings against the property where I currently reside, in Henderson Justice Court, relying on a foreclosure deed. A hearing in that matter is scheduled for **September 2, 2025.**

4. **Doc.61 Filed in Support.** My previously filed Supplemental Statement with Exhibit (Doc.61) further corroborates Swindle's unlawful acts and supports this Reply.

5. **Jurisdictional Usurpation and In Personam Violation.** Swindle's conduct constitutes not only a **jurisdictional usurpation** of this Court's exclusive authority over estate property, but also an improper **in personam coercive act** targeting my post-discharge occupancy.

6. **Violation of Discharge Injunction.** Accordingly, Swindle's actions are a clear violation of **11 U.S.C. §524(a)(2)**, and I respectfully request that this Court confirm the violation and impose appropriate sanctions.

I declare under penalty of perjury under the laws of the United States that the attached documents are true and correct.

DATED: August 29, 2025
Respectfully submitted,

_____
Duke Park, Debtor – Pro Se

Exhibit List

| Exhibit | Description | Reference |
|---|---|---|
| Exhibit A | Text messages from Swindle's counsel, Zaydee Stemmons, to Debtor's son, Steve Park, regarding eviction documents and leftover property. | Doc.48 (re-submitted as Supplemental Exhibit A) |
| Exhibit B | Text messages from Swindle's manager, Chris Koltes, coercing Steve Park to turn over keys and schedule move-out. | Doc.71, Exhibit A |
| Exhibit C | Supplemental Statement with Exhibit filed by Debtor, evidencing Swindle's unlawful conduct. | Doc.61 |

## CERTIFICATE OF SERVICE

I hereby certify that on **August 29, 2025,** I caused a true and correct copy of the **Debtor's Reply Declaration in Response to Opposition Filed by The Swindle Family Trust (Doc.71), with Exhibits A–C** to be served via the Court's CM/ECF system on all parties registered to receive electronic notice in this case, including counsel for The Swindle Family Trust and the Office of the United States Trustee.

Signature: _____

Duke Park, Debtor – Pro Se

Exhibit A

Text messages from Swindle's counsel, Zaydee Stemmons, to Debtor's son, Steve Park, regarding eviction documents and leftover property.



+1 (602) 515-7082

**Exhibit 1**

iMessage
Today 10:16 AM

> Hi Steve, this is Zaydee on behalf of the Swindle Family Trust. I spoke with my client and we will provide a schedule for you to come pick up your property after noon today. You may not be able to pick up your property today but we will provide the schedule today.

> Hi Zaydee, thanks for the info. It would be greatly appreciated if we can at least squeeze in 30 minutes any time today so my wife and I can grab bare necessities. We both work and have not been able to attend our jobs today, so it would be helpful for us to grab what we need to properly work. We don't need to pick up everything today, just the bare necessities until we can properly pack per the schedule your team provides.

Today 5:03 PM

> Hi Zaydee, wanted to check in as we have yet to receive the schedule.

Delivered

The sender is not in your contact list.
**Report Junk**

iMessage

Exhibit B

Text messages from Swindle's manager, Chris Koltes, coercing Steve Park to turn over keys and schedule move-out.

Case 25-12285-abl    Doc 76-1    Entered 08/29/25 15:56:42    Page 3 of 3

**Exhibit A**

Text Message Conversation dated August 12–13, 2025 between Steve Park and Chris



# EXHIBIT 1

Exhibit C

Supplemental Statement with Exhibit filed by Debtor, evidencing Swindle's unlawful conduct.

Duke Park, Debtor – Pro Se
1392 Via Merano St.
Henderson, NV 89052
408-318-3700
dukepark@me.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:
DUKE PARK,
Debtor.

Case No.: 25-12285-abl
Chapter 7

SUPPLEMENTAL EXHIBIT TO DOC. 48 – DECLARATION REGARDING TEMPORARY REMOVAL OF PERSONAL PROPERTY FOR SAFEKEEPING

I, Duke Park, declare as follows:

1. I am the Debtor in this Chapter 7 case. My son, Steve Park, was residing at the property located at 33 Stonemark Dr., Henderson, Nevada, at the time of the events described herein.
2. Due to the ongoing legal proceedings in the Henderson Justice Court, and the related federal Bankruptcy Court hearings scheduled for September 10, 2025 and September 15, 2025, there has been a delay in resolving the possession dispute.
3. On August 12, 2025, my son, Steve Park, sent a text message to the Plaintiff confirming his intent to move all belongings out of the property on Saturday, August 16, 2025, in order to prevent them from being forcibly removed and to avoid incurring thousands of dollars in alleged fees for "noncompliance." (See **Exhibit A – Text Message from Steve Park dated August 12, 2025**.)
4. This temporary removal of belongings is solely for the purpose of protecting the property from potential damage or loss during the pending proceedings. It does **not** constitute abandonment, surrender, or waiver of any possessory rights, ownership claims, or legal interests in the premises or its contents.
5. All items will remain securely stored and under my control and that of my son, Steve Park, until further order of this Court or the Henderson Justice Court.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: August 13, 2025

Respectfully submitted,

_____
Duke Park, Debtor – Pro Se

**Exhibit A**

Text Message Conversation dated August 12–13, 2025 between Steve Park and Chris

