Duke Park, Debtor – Pro Se
1392 Via Merano St.
Henderson, NV 89052
408-318-3700
dukepark@me.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:
DUKE PARK,
Debtor.

Case No.: 25-12285-abl

Chapter 7

ERRATA TO MOTION TO CLARIFY JURISDICTION REGARDING LLC-OWNED PROPERTY LIS PENDENS (DOC 74)

Debtor Duke Park, appearing pro se, respectfully submits this Errata to correct a typographical error contained in the **Motion to Clarify Jurisdiction Regarding LLC-Owned Property Lis Pendens (Doc 74)** filed on September 3, 2025.

1. On page 2, paragraph "Unconsummated Sale Agreement (February 2024),"

   the Motion states the property was under contract for approximately $4M.

   The correct figure is $3.9M.

2. On page 2, paragraph "Foreclosure Auction and Procedural Confusion (June 14, 2024),"

   the Motion refers to an earlier $4M contract.

   The correct figure is $3.9M.

This correction does not alter the substance of the Motion or the relief requested.

DATED: September 4, 2025

Respectfully submitted,

*[signature]*

Duke Park, Debtor – Pro Se

1392 Via Merano St

Henderson, NV 89052

Tel: (408) 318-3700

Email: dukepark@me.com

**Certificate of Service**

I hereby certify that on **September 4, 2025**, I caused a true and correct copy of the foregoing ERRATA TO MOTION TO CLARIFY JURISDICTION REGARDING LLC-OWNED PROPERTY LIS PENDENS together with the Declaration of Duke Park and attached Exhibits, to be served via CM/ECF electronic filing and/or by mail upon:

- **Allyson R. Johnson, Esq.**
  Sylvester & Polednak, Ltd.
  Counsel for MPSN Holdings No. 1, LP
- **Ogonna Brown, Esq.**
  Womble Bond Dickinson (US) LLP
  Counsel for The Swindle Family Trust
- **Akke Levin, Esq. and Kara Hendricks, Esq.**
  Greenberg Traurig, LLP
  Counsel for Ahn Parties (Adversary Proceeding)
- **Office of the U.S. Trustee**

Dated: September 4, 2025

I declare under penalty of perjury under the laws of the United States that the attached documents are true and correct.

Respectfully submitted,

*[signature]*

Duke Park, Debtor – Pro Se