Duke Park, Debtor – Pro Se

1392 Via Merano St.

Henderson, NV 89052

408-318-3700

dukepark@me.com

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:

DUKE PARK,

Debtor.

Case No.: 25-12285-abl

Chapter 7

NOTICE OF HEARING ON DEBTOR'S MOTION TO CLARIFY JURISDICTION

REGARDING LLC-OWNED PROPERTY LIS PENDENS

PLEASE TAKE NOTICE that a hearing on the **Motion to Clarify Jurisdiction Regarding LLC-Owned Property Lis Pendens** filed by Debtor Duke Park will be held as follows:

- **Date:** October 8, 2025
- **Time:** 9:30 a.m.
- **Location:** United States Bankruptcy Court, District of Nevada, Las Vegas Courtroom
- **Hearing Format:** Telephonic/Video Conference

**Conference Line:** (833) 435-1820

**Meeting ID:** 161 110 6049

**Passcode:** 154251#

**Certificate of Service**

I hereby certify that on **September 4, 2025**, I caused a true and correct copy of the foregoing MOTION TO CLARIFY JURISDICTION REGARDING LLC-OWNED PROPERTY LIS PENDENS together with the Declaration of Duke Park and attached Exhibits, to be served via CM/ECF electronic filing and/or by mail upon:

- **Allyson R. Johnson, Esq.**
  Sylvester & Polednak, Ltd.
  Counsel for MPSN Holdings No. 1, LP
- **Ogonna Brown, Esq.**
  Womble Bond Dickinson (US) LLP
  Counsel for The Swindle Family Trust
- **Akke Levin, Esq. and Kara Hendricks, Esq.**
  Greenberg Traurig, LLP
  Counsel for Ahn Parties (Adversary Proceeding)
- **Office of the U.S. Trustee**

Dated: September 4, 2025

I declare under penalty of perjury under the laws of the United States that the attached documents are true and correct.

Respectfully submitted,

_____
Duke Park, Debtor – Pro Se