Duke Park, Debtor – Pro Se
1392 Via Merano St.
Henderson, NV 89052
408-318-3700
dukepark@me.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

DUKE PARK,

Debtor.

Case No.: 25-12285-abl

Chapter 7

### NOTICE OF FILING SUPPLEMENTAL EXHIBIT

### IN SUPPORT OF MOTION TO ENFORCE DISCHARGE INJUNCTION AND FOR

### CONTEMPT SANCTIONS (DOC. 45)

**REGARDING 1392 VIA MERANO STREET PROPERTY**

Movant, Duke Park, hereby submits the attached supplemental exhibit in support of his Motion to Enforce Discharge Injunction and for Contempt Sanctions Regarding 1392 Via Merano Street Property (Doc. 45).

On September 10, 2025, the Henderson Justice Court docket (Case No. [insert case number]) reflected the following entry:

- *"Order Directing Issuance of Temporary Writ of Restitution ... Forwarded to Chambers."*

This entry demonstrates that Respondents continue to pursue eviction proceedings against the property located at 1392 Via Merano Street, Henderson, Nevada, notwithstanding this Court's jurisdiction and the protections of the discharge injunction.

Accordingly, the attached supplemental exhibit further supports Movant's request for enforcement of the discharge injunction and the imposition of contempt sanctions.

Dated: September 11, 2025

Respectfully submitted,

Signature: _____

Duke Park, Debtor – Pro Se

DECLARATION OF DUKE PARK IN SUPPORT OF SUPPLEMENTAL EXHIBIT

I, Duke Park, declare as follows:

1. I am the Movant in the above-captioned case.

2. On September 10, 2025, I personally reviewed the publicly available docket of the Henderson Justice Court concerning the property located at 1392 Via Merano Street, Henderson, Nevada.

3. A true and correct copy of the relevant docket entry, showing "Order Directing Issuance of Temporary Writ of Restitution … Forwarded to Chambers," is attached hereto as Exhibit A.

4. This docket entry demonstrates that Respondents continue to pursue eviction proceedings notwithstanding this Court's jurisdiction and the protections of the discharge injunction.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 11, 2025

Respectfully submitted,

_____

Duke Park, Debtor – Pro Se

CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2025, a true and correct copy of the foregoing *Notice of Filing Supplemental Exhibit in Support of Motion to Enforce Discharge Injunction and for Contempt Sanctions (Doc. 45)* was served via the Court's CM/ECF system on all parties registered to receive notice, including counsel for Respondents, Ogonna M. Brown, Womble Bond Dickinson (US) LLP, and the Office of the United States Trustee.

Signature: _____

Duke Park, Debtor – Pro Se

**Exhibit A** – Henderson Justice Court Docket Entries dated September 10, 2025

**Exhibit A** – Henderson Justice Court Docket Entries dated September 10, 2025

Case Type:
CIVIL HND

Case Status:
OPEN

File Date:
07/30/2025

DCM Track:

Action:
CIVIL UNLFL DTNR PROPERTY/$246 FILING

Status Date:
07/30/2025

Case Judge:
ALLRED DIGIACOMO, SANDRA

Next Event:

| All Information | Party | Event | Docket | Disposition |
| --- | --- | --- | --- | --- |

## Party Information

**THE SWINDLE FAMILY TRUST - PLAINTIFF**

Disposition

Disp Date

| Alias |
| --- |

**Party Attorney**
- Attorney
- ATAMOH, OGONNA M
- Bar Code
- 007589
- Address
- Phone
- 

More Party Information

**PARK, DUKE - DEFENDANT**

Disposition          Alias

Disp Date          Party Attorney

More Party Information

## Events

| Date/Time | Location | Type | Result | Event Judge |
| --- | --- | --- | --- | --- |
| 09/02/2025 10:30 AM | DEPARTMENT 1 | ORDER TO SHOW CAUSE HEARING | CIVIL HEARING - HEARD | ALLRED DIGIACOMO, SANDRA |
| 09/08/2025 10:30 AM | DEPARTMENT 1 | ORDER TO SHOW CAUSE HEARING | BENCH TRIAL - HELD (CIVIL) | ALLRED DIGIACOMO, SANDRA |

## Docket Information

| Date | Docket Text | Amount Owed |
| --- | --- | --- |
| 07/30/2025 | CIVIL UNLFL DTNR PROPERTY FILING FEE  Receipt: 6452456  Date: 08/04/2025 | $246.00 |
| 07/30/2025 | Issue Date: 07/30/2025<br>Service: FORMAL CIVIL SUMMONS/COMPLAINT<br>Method: SERVICE INITIATED<br>Cost Per: $<br><br>PARK, DUKE<br>1392 VIA MERANO<br>HENDERSON, NV  89052<br>Tracking No: U2003061163 | |
| 07/30/2025 | COMPLAINT FOR UNLAWFUL DETAINER (NOTICE TO QUIT SERVED PURSUANT TO NRS 40.255 FOLLOWING SALE) | |

| | |
|---|---|
| Claim Amount | 0.00 |
| Filing Fee | 246.00 |
| Interest | 0.00 |
| Attorney's Fees | 0.00 |
| Other | 0.00 |

| | |
|---|---|
| 07/30/2025 | EXPARTE APPLICATION FOR ORDER TO SHOW CAUSE WHY A TEMPORARY WRIT OF RESTITUTION SHOULD NOT ISSUE, AND ORDER SHORTENING TIME TO ANSWER COMPLAINT FILED |
| 08/04/2025 | SET FOR COURT APPEARANCE<br>Event: ORDER TO SHOW CAUSE HEARING<br>Date: 09/02/2025   Time: 10:30 am<br>Judge: ALLRED DIGIACOMO, SANDRA   Location: DEPARTMENT 1<br><br>Result: CIVIL HEARING - HEARD |
| 08/04/2025 | ORDER TO SHOW CAUSE WHY A TEMPORARY WRIT OF RESTITUTION SHOULD NOT ISSUE, AND ORDER SHORTENING TIME TO ANSWER COMPLAINT FORWARDED TO CHAMBERS |
| 08/05/2025 | ORDER TO SHOW CAUSE WHY A TEMPORARY WRIT OF RESTITUTION SHOULD NOT ISSUE, AND ORDER SHORTENING TIME TO ANSWER COMPLAINT-SIGNED AND FILED |
| 08/11/2025 | APPLICATION TO PROCEED IN FORMA PAUPERIS RECEIVED, FORWARDED TO CHAMBERS |
| 08/11/2025 | ANSWER RECEIVED |
| 08/12/2025 | JEA NOTIFIED DEFENDANT (VOICE MAIL NOT SET UP/SENT EMAIL) APPLICATION TO PROCEED IN FORMA PAUPERIS GRANTED. |
| 08/12/2025 | ANSWER FILED |
| 08/12/2025 | DOCUMENTS RECEIVED BY DEFENDANT AT FRONT COUNTER |
| 08/18/2025 | DEFENDANT'S NOTICE OF FILING SUPPLEMENTAL EVIDENCE FILED |
| 09/02/2025 | CIVIL HEARING - HELD<br>The following event: ORDER TO SHOW CAUSE HEARING scheduled for 09/02/2025 at 10:30 am has been resulted as follows:<br><br>Result: CIVIL HEARING - HEARD<br>Judge: ALLRED DIGIACOMO, SANDRA   Location: DEPARTMENT 1 |
| 09/02/2025 | SET FOR COURT APPEARANCE<br>Event: ORDER TO SHOW CAUSE HEARING<br>Date: 09/08/2025   Time: 10:30 am<br>Judge: ALLRED DIGIACOMO, SANDRA   Location: DEPARTMENT 1 |
| 09/02/2025 | COURT MINUTES<br><br>Check In:<br>  Judge: ALLRED DIGIACOMO, SANDRA<br>  Location: DEPARTMENT 1<br>  Staff:<br>   MANCINI-LOPEZ, DINA - COURT ROOM CLERK:  Present<br>  Parties:<br>   THE SWINDLE FAMILY TRUST - PLAINTIFF:  Not Present<br>   STEMMONS, ZAYDEE - Attorney for PLAINTIFF:  Present<br>   PARK, DUKE - DEFENDANT:  Present<br><br>  ORDER TO SHOW CAUSE HEARING. DEFENDANT STATES HE REQUESTED A KOREAN INTERPRETER, BUT WAS ADVISED TODAY THEY ARE NOT AVAILABLE. CONTINUED FOR DEFENDANT TO GET INTRPRETER. |
| 09/08/2025 | BENCH TRIAL - HELD<br>The following event: ORDER TO SHOW CAUSE HEARING scheduled for 09/08/2025 at 10:30 am has been resulted as follows:<br><br>Result: BENCH TRIAL - HELD (CIVIL)<br>Judge: ALLRED DIGIACOMO, SANDRA   Location: DEPARTMENT 1 |
| 09/08/2025 | COURT MINUTES<br><br>Check In:<br>  Judge: ALLRED DIGIACOMO, SANDRA<br>  Location: DEPARTMENT 1<br>  Staff:<br>   JONES, LISA - COURT ROOM CLERK:  Present<br>  Parties:<br>   THE SWINDLE FAMILY TRUST - PLAINTIFF:  Not Present<br>   STEMMONS, ZAYDEE - Attorney for PLAINTIFF:  Present<br>   PARK, DUKE - DEFENDANT:  Present<br>   LEER, JINA - KOREAN INTERPRETER |
| 09/09/2025 | SECURITY BOND  Receipt: 6454897  Date: 09/09/2025 | $1,000.00 |

| | | Owed |
|---|---|---|
| 09/10/2025 | SUPPLEMENTAL CERTIFICATE OF SERVICE FILED | |
| 09/10/2025 | WRIT OF RESTITUTION FEE  Receipt: 6455070  Date: 09/10/2025 | $75.00 |
| 09/10/2025 | WRIT OF RESTITUTION - RECEIVED, FORWARDED TO CHAMBERS | |
| 09/10/2025 | ORDER DIRECTING ISSUANCE OF TEMPORARY WRIT OF RESTITUTION (REAL PROPERTY: 1392 VIA MERANO ST., HENDERSON, NV 89052) RECEIVED, FORWARDED TO CHAMBERS | |

## Case Disposition

| Disposition | Date | Case Judge |
|---|---|---|
| UNDISPOSED | | ALLRED DIGIACOMO, SANDRA |

**From:** Garbutt, Kimara Kimara.Garbutt@wbd-us.com 📎
**Subject:** Swindle Family Trust/Duke Park
**Date:** September 9, 2025 at 1:43 PM
**To:** dukepark@me.com
**Cc:** Brown, Ogonna Ogonna.Brown@wbd-us.com, Stemmons, Zaydee Zaydee.Stemmons@wbd-us.com, Fox, Christine Christine.Fox@wbd-us.com, Team OMB TeamOMB@wbd-us.com

Dear Mr. Park,

Hope this email finds you well!

Please see the attached recently filed Notice of Posting Bond in Case No. 25CH004165 in the Henderson Justice Court.

Thank you,
Kimara

**Kimara Garbutt**
Legal Practice Assistant
Womble Bond Dickinson (US) LLP

**d:** 702-474-2666                          3993 Howard Hughes Parkway
**e:** Kimara.Garbutt@wbd-us.com          Suite 600
                                            Las Vegas, NV 89169



womblebonddickinson.com

  

This email is sent for and on behalf of Womble Bond Dickinson (US) LLP. Womble Bond Dickinson (US) LLP is a member of Womble Bond Dickinson (International) Limited, which consists of independent and autonomous law firms providing services in the US, the UK, and elsewhere around the world. Each Womble Bond Dickinson entity is a separate legal entity and is not responsible for the acts or omissions of, nor can bind or obligate, another Womble Bond Dickinson entity. Womble Bond Dickinson (International) Limited does not practice law. Please see www.womblebonddickinson.com/us/legal-notice for further details.



2025.09.09 Notice of Posting
Bond - $1,000..pdf
461 KB

HENDERSON JC - FILED
2025 SEP 9 AM 10:15  CG

1  Ogonna M. Brown, NV Bar No. 7589
   Ogonna.Brown@wbd-us.com
2  Zaydee R. Stemmons, NV Bar No. 16991
   Zaydee.Stemmons@wbd-us.com
3  WOMBLE BOND DICKINSON (US) LLP
   3993 Howard Hughes Parkway, Suite 600
4  Las Vegas, NV 89169
   Tel:   702.949.8200
5  Fax:   702.949.8398

6  *Attorneys for Plaintiff The Swindle Family Trust dated*
   *October 20, 1999*

7

8                    **JUSTICE COURT, TOWNSHIP OF HENDERSON**

9                            **CLARK COUNTY, NEVADA**

10  THE SWINDLE FAMILY TRUST DATED          Case No.: 25CH004165
    OCTOBER 20, 1999,
11                                          Dept. No.: 1
                  Plaintiff,
12                                          **NOTICE OF POSTING OF BOND**
           vs.
13                                          [Judge: Hon. Sandra Allred DiGiacomo]
    DUKE PARK, and all other occupants,
14
                  Defendants.
15
           PLEASE TAKE NOTICE, that on the 8th day of September, 2025, Plaintiff The
16
    Swindle Family Trust dated October 20, 1999 posted security for indemnification in the
17
    amount of $1,000.00, in the form of cash, as required by NRS 40.300(3)(c), to secure the
18
    issuance of the Temporary Writ of Restitution ordered by the court at the hearing held on
19
    September 8, 2025, in connection with the property located at 1392 Via Merano St.,
20
    Henderson, Nevada 89052.
21
           Dated this 8th day of September, 2025.
22
23                                          WOMBLE BOND DICKINSON (US) LLP
24
                                            By: */s/ Ogonna M. Brown*
25                                             Ogonna M. Brown, Esq. (NVB 7589)
                                               Zaydee R. Stemmons, Esq. (NVB 6064)
26                                             3993 Howard Hughes Parkway,
                                               Suite 600
27                                             Las Vegas, NV 89169

28                                          *Attorneys for Plaintiff The Swindle*
                                            *Family Trust dated October 20, 1999*

4907-7993-4823.1

## CERTIFICATE OF SERVICE

Pursuant to NEFCR 9, NRCP 5(b), and EDCR 7.26, I certify that on September 8, 2025, I served a true and copy of "NOTICE OF POSTING OF BOND" on all parties as follows:

☒ Electronic Service – By serving a copy thereof through the Court's electronic service system via the Odyssey Court e-file system:

☐ E-mail – By serving a copy thereof at the email addresses listed below; and

☐ U.S. Mail—By depositing a true copy thereof in the U.S. mail, first class postage prepaid and addressed as listed below.

Dated this 8th day of September, 2025.

/s/ Annette Jaramillo
An employee of Womble Bond Dickinson (US) LLP

4907-7993-4823.1

- 2 -

CRTR7252

**OFFICIAL RECEIPT**
**JUSTICE COURT, HENDERSON TOWNSHIP    123**
**243 WATER ST**
**HENDERSON, NV 89015**
PHONE # (702)455-7951  -  FAX # (702)455-7951    WEBSITE: http://www.clarkcountynv.gov/hjc/pay

Date:  09/09/2025       ' Citation:                    Case Number: 25CH004165              Receipt:  6454897

PLAINTIFF:     THE SWINDLE FAMILY TRUST              ID Number:
DEFENDANT:     PARK, DUKE

RECEIVED FROM:
NATIONWIDE LEGAL NEVADA LLC
1609 JAMES M. WOOD BLVD

LOS ANGELES      CA    90015

ON BEHALF OF:    THE SWINDLE FAMILY TRUST

PAYMENT FOR:                                                      AMOUNT
  SECURITY BOND                                                  1,000.00

PAYMENT TYPE:            REFERENCE NUMBER         AMOUNT PAID
COMPANY CHECK            225770                     1,000.00

RECEIPT TOTAL:                                     1,000.00
CHANGE:                                                0.00

BALANCE DUE                                            0.00

COMMENTS:

NEXT PAYMENT DATE:              NEXT PAYMENT AMOUNT:
COURT RETURN DATE: 11/10/2025

NEXT APPEARANCE DATE:                              OPERATOR:    Cgonzalez
09/08/2025 at 10:30 am                             RECEIPT LOCATION: COUNTER
JUDGE:        ALLRED DIGIACOMO, SANDRA    DEPT:   1
LOCATION:     DEPARTMENT 1

                                                      PAGE:   1
              This transaction is subject to final audit.