SYLVESTER & POLEDNAK, LTD.
ALLYSON R. JOHNSON, ESQ.
Nevada Bar No. 8286
1731 Village Center Circle
Las Vegas, Nevada 89134
Phone: (702) 952-5200
Fax: (702) 952-5205

Email: allyson@sylvesterpolednak.com

*Attorneys for Interested Party MPSN Holdings No. 1, LP*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No. BK-S-25-12285-abl |
|---|---|
| DUKE PARK, | Chapter 7 |
| Debtor(s). | **RESPONSE TO MOTION TO CLARIFY JURISDICTION REGARDING LLC-OWNED PROPERTY LIS PENDENS** |

*MPSN Holdings No. 1, LP* ("Interested Party"), by and through its attorney of record, Allyson R. Johnson, Esq., with the law firm of Sylvester & Polednak, Ltd., respectfully submits the following Response to Motion to Clarify Jurisdiction Regarding LLC-Owned Property Lis Pendens (the "Motion") [ECF No. 74] (the "Response").

This Response is based upon the attached memorandum of points and authorities, together with any additional oral and documentary evidence that this Court may entertain at the hearing on this matter.

DATED this 17th day of September, 2025.

**SYLVESTER & POLEDNAK, LTD.**

By: __/s/ Allyson R. Johnson__
Allyson R. Johnson, Esq.
1731 Village Center Circle
Las Vegas, Nevada 89134
*Attorneys for MPSN Holdings No. 1, LP*

1

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.

### STATEMENT OF FACTS

There is currently a state court case pending, Case No. A-24-889923-B, in which a Lis Pendens was recorded against 4409 Spencer Street, Las Vegas, NV (the "Subject Property") on March 28, 2024.

On June 6, 2024, MPSN Holdings No. 1, LP purchased the Subject Property at a foreclosure sale in the amount of $2,401,000.00. At the time of the foreclosure sale, upon information and belief, an interim manager, Mr. Brian Gordon, was managing the companies which held title to the Subject Property. Upon information and belief, neither Mr. Gordon, nor Debtor contested the foreclosure sale. There is no argument in Debtor's Motion [ECF No. 74] which challenges the foreclosure itself.

On April 22, 2025, Debtor filed bankruptcy. It is indisputably clear that neither the Debtor, nor the LLC's referenced in Debtor's Motion held any record interest whatsoever in the Subject Property as of the date of his bankruptcy filing. The Subject Property has never been property of the bankruptcy estate. Debtor likewise has no possessory interest in the Subject Property. Debtor was discharged on July 22, 2025.

The estate includes "all legal or equitable interests of the debtor in property as of the commencement of the case," subject to certain limited exceptions. § 541(a)(1). This provision means that any property interests that the debtor lost before filing the petition do not become part of the estate. *See Oregon v. Braker (In re Braker)*, 125 B.R. 798, 801 (9th Cir. BAP 1991) ("The code neither creates nor enhances the rights a debtor brings into the bankruptcy estate.").

///

///

///

To the extent Debtor's Motion seeks this court to determine the rights of the Debtor to the Subject Property, this court does not have the jurisdiction to do so.

DATED this 17th day of September, 2025.

**SYLVESTER & POLEDNAK, LTD.**

By: /s/ Allyson R. Johnson
Allyson R. Johnson, Esq.
1731 Village Center Circle
Las Vegas, Nevada 89134
*Attorneys for MPSN Holdings No. 1, LP*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 17th day of September, 2025, I served a copy of the above and foregoing, via ELECTRONIC SERVICE ECF System, where an email address is provided and by depositing the same in the United States Mail, first class, postage prepaid, addresses to those not electronically mailed.

/s/ Kelly L. Easton
An employee of Sylvester & Polednak, Ltd.