_____
Honorable August B. Landis
United States Bankruptcy Judge



Entered on Docket
September 23, 2025

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

* * * * * *

| | |
|---|---|
| In re: | Case No.: 25-12285-abl |
| DUKE PARK, | Chapter 7 |
| Debtor. | Hearing Date: September 15, 2025 |
| | Hearing Time: 3:00 p.m. |

**ORDER DENYING MOTION FOR ENFORCEMENT OF DISCHARGE INJUNCTION AND FOR CONTEMPT SANCTIONS**

On September 15, 2025, the Court issued its oral ruling after consideration of a Motion to Enforce Discharge Injunction and for Contempt Sanctions Against The Swindle Family Trust and its Agents.[1] The Contempt Motion was filed by pro se debtor, Duke Park.[2] Creditor The Swindle Family Trust dated October 20, 1999[3] filed an opposition to the Contempt Motion.[4]

At the September 15, 2025 oral ruling, Debtor appeared telephonically in proper person. Attorney Ogonna M. Brown appeared telephonically on behalf of the Trust. No other apperances

---

[1] ECF No. 44, hereafter the "Contempt Motion." In this Order, all references to "ECF No." are to the numbers assigned to the documents filed in the bankruptcy case identified in the caption as they appear on the official court docket maintained by the Clerk of the Court.
[2] Hereafter, "Debtor."
[3] Hereafter the "Trust."
[4] ECF No. 66.

were noted on the record.

To the extent that the Court made findings of fact and conclusions of law in the course of its oral ruling on September 15, 2025, those findings of fact and conclusions of law are incorporated into this Order by this reference pursuant to Fed. R. Civ. P. 52, made applicable in this contested matter pursuant to Fed. R. Bankr. P. 9014(a) and (c) and 7052.

For the reasons stated on the record:

**IT IS ORDERED** that the Contempt Motion, and all relief requested therein, is **DENIED**.

Copies sent to all registered parties via CM/ECF Electronic Mail System.

Copy sent via BNC to:

DUKE PARK
1392 VIA MERANO ST
HENDERSON, NV 89052

# # #