_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
September 30, 2025

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

In re:

DUKE PARK,

        Debtor.

Case No.: 25-12285-abl

Chapter 7

Hearing Date: September 29, 2025
Hearing Time: 9:30 a.m.

**ORDER DENYING EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER**

On September 29, 2025, the Court issued its oral ruling after consideration of an Emergency Motion for Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction.[1] The TRO Motion was filed by pro se debtor, Duke Park.[2] Creditor The Swindle Family Trust dated October 20, 1999[3] filed an objection to the TRO Motion.[4] Debtor filed papers in reply.[5]

/ / /

---

[1] ECF No. 48, hereafter the "TRO Motion." In this Order, all references to "ECF No." are to the numbers assigned to the documents filed in the bankruptcy case identified in the caption as they appear on the official court docket maintained by the Clerk of the Court.
[2] Hereafter "Debtor."
[3] Hereafter the "Trust."
[4] See ECF Nos. 69, 70, and 71.
[5] See ECF Nos. 72 and 73.

At the September 29, 2025 oral ruling, Debtor appeared telephonically in proper person. Attorney Zaydee R. Stemmons appeared telephonically on behalf of the Trust. No other apperances were noted on the record.

To the extent that the Court made findings of fact and conclusions of law in the course of its oral ruling on September 29, 2025, those findings of fact and conclusions of law are incorporated into this Order by this reference pursuant to Fed. R. Civ. P. 52, made applicable in this contested matter pursuant to Fed. R. Bankr. P. 9014(a) and (c) and 7052.

For the reasons stated on the record:

**IT IS ORDERED** that the TRO Motion, and all relief requested therein, is **DENIED**.

Copies sent to all registered parties via CM/ECF Electronic Mail System.

Copy sent via BNC to:

DUKE PARK
1392 VIA MERANO ST
HENDERSON, NV 89052

# # #