Duke Park, Debtor – Pro Se

1392 Via Merano St.

Henderson, NV 89052

408-318-3700

dukepark@me.com

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:

DUKE PARK,

Debtor Pro Se

Case No.: 25-12285-abl

Chapter 7

SUPPLEMENT TO DOC. 64

This filing supplements Doc. 64 with supporting email correspondence.

Dated: October 2, 2025

Respectfully submitted,

_____

Duke Park, Debtor Pro Se

**Exhibit A**
Email correspondence regarding payoff residue (Oct. 10–13, 2023)

Case No. 25-12285-abl    Page 1 of 1

# Exhibit A

Email correspondence regarding payoff residue (Oct. 10–13, 2023)

From: Hee Kyung Kang joyce.kang@bankofhope.com
Subject: RE: [Payoff Residue]ALS Property Holdings LLC & EBH Management Co LLC
Date: October 13, 2023 at 4:25 PM
To: YOUNG PARK dukepark@me.com → DUKE PARK (dukepark@me.com)
Cc: BLC 6 Servicing BLC6_Servicing@bankofhope.com



확인 감사합니다. 사장님,
그리고 이 PO Residue금액은 저희 Payoff team 에서 다음 주 18-19일쯤 wire 보내신다고 하니 참고 하시기 바라며, wire transfer 가 되면 알려드리겠습니다.
감사합니다.

Thank you.

Best Regards,
**Hee Kyung "Joyce" Kang**
VP & Loan Portfolio Svcs Officer
Business Lending Center 6

**Bank of Hope**
*Bankers. Experts. Neighbors.*
6131 Orangethorpe Ave., Suite 305, Buena Park, CA 90620
Direct:  (562) 356-2389 x52389 I Fax: (714) 902-6686
joyce.kang@bankofhope.com I bankofhope.com



> Thank you for the confirmation, President.
>
> Also, please note that our Payoff team is scheduled to send the wire for the PO residue amount around the 18th or 19th of next week. We will inform you once the wire transfer has been completed.
>
> Thank you.

From: YOUNG PARK <dukepark@me.com> → DUKE PARK (dukepark@me.com)
Sent: Friday, October 13, 2023 3:57 PM
To: Hee Kyung Kang <joyce.kang@bankofhope.com>
Subject: Re: [Payoff Residue]ALS Property Holdings LLC & EBH Management Co LLC

네 맞습니다 감사합니다

Sent from my iPhone

> Yes, that's correct. Thank you.

On Oct 13, 2023, at 3:33 PM, Hee Kyung Kang <joyce.kang@bankofhope.com> wrote:

사장님,
잘 받았는데 가끔 어떤 은행들은 incoming wire에 대한 routing/ABA 번호가 check book 에 써 있는 것과 다른 경우가 있습니다.
Routing/ABA #122400779 으로 wire 해도 괜찮은지 다시 한 번 확인 부탁드립니다. 감사합니다.

Thank you.

Best Regards,
**Hee Kyung "Joyce" Kang**
VP & Loan Portfolio Svcs Officer

> President,
>
> We received it well, but please note that in some cases, certain banks use a different routing/ABA number for incoming wires than the one printed on the checkbook.
>
> Could you please confirm once again if it's okay to send the wire using Routing/ABA #122400779?
>
> Thank you.

Business Lending Center 6

**Bank of Hope**
***Bankers. Experts. Neighbors.***
6131 Orangethorpe Ave., Suite 305, Buena Park, CA 90620
Direct: (562) 356-2389 x52389 I Fax: (714) 902-6686
joyce.kang@bankofhope.com I bankofhope.com
<image001.png>

From: YOUNG PARK <dukepark@me.com> ⟶ DUKE PARK(dukepark@me.com)
Sent: Friday, October 13, 2023 3:29 PM
To: Hee Kyung Kang <joyce.kang@bankofhope.com>
Subject: Re: [Payoff Residue]ALS Property Holdings LLC & EBH Management Co LLC

감사합니다

<image002.jpg>
Sent from my iPhone

---

| Hello, Duke Park SJN, | On Oct 13, 2023, at 1:55 PM, Hee Kyung Kang <joyce.kang@bankofhope.com> wrote: |

Hello, Duke Park SJN,

We have just received the final payoff amount of $1,012,553.18 for this loan from Lawyers Title. Since this amount included interest through October 31st, it resulted in an overpayment of $1,699.78.

We would like to return this amount to you via wire transfer, so if possible, please provide us with your wire instructions.

If you have any questions, please feel free to contact us.

Thank you.

---

안녕하세요. Duke Park SJN,

저희가 조금 전에 Lawyers Title 로 부터 이 대출의 final payoff amount $1,012,553.18을 받았는데 이 금액은 이자가 10월 31일까지 포함되어 있었기 때문에 $1,699.78이 overpaid 되었습니다. 그래서 저희가 wire 로 이 금액을 반환해 드리려고 하는데 가능하다면 wire instructions을 제공해 주시면 감사하겠습니다.

혹시 궁금하신 점 있으시면 연락 주시기 바랍니다. 감사합니다.
Thank you.

Best Regards,
**Hee Kyung "Joyce" Kang**
VP & Loan Portfolio Svcs Officer
Business Lending Center 6

**Bank of Hope**
***Bankers. Experts. Neighbors.***
6131 Orangethorpe Ave., Suite 305, Buena Park, CA 90620
Direct: (562) 356-2389 x52389 I Fax: (714) 902-6686
joyce.kang@bankofhope.com I bankofhope.com
<image001.png>

**From:** Hee Kyung Kang
**Sent:** Tuesday, October 10, 2023 4:25 PM
**To:** Hong Jun EOM <amongjun1@gmail.com> ⟶ EOM HONG JUN
BK:24-10844-abl
(ALS / EBH / Sea Fox Manager)
(Ahn Lee soo's son)

Case 25-12285-abl, Doc. 64, entered 08/21/25, p.146 of 269

> Since we have already received the signed form, there is no need for you to send us another one.
>
> And as you've also confirmed via email, we will proceed with the payoff.
>
> Thank you for your prompt response. Wishing you continued peace and good health always.
>
> Thank you.

Cc: Nan Y. Hong <nanyoung.hong@bankofhope.com>; BLC 6 Servicing <BLC6_Servicing@bankofhope.com>
**Subject:** RE: FW: REMINDER: [Payoff Demand] Escrow #31230978-JZ, 4409 Spencer ST., Las Vegas, NV 89119, ALS Property Holdings LLC & EBH Management Co LLC

저희가 signed form을 이미 받았기 때문에 따로 보내주실 form은 없으세요.
그리고 이메일로도 확인해 주셨으니 저희가 payoff를 진행하겠습니다.
빠른 답변 감사드리며 언제나 평안하시고 강건하시기를 바랍니다. 감사합니다.

Thank you.

Best Regards,
**Hee Kyung "Joyce" Kang**
VP & Loan Portfolio Svcs Officer
Business Lending Center 6

**Bank of Hope**
*Bankers. Experts. Neighbors.*
6131 Orangethorpe Ave., Suite 305, Buena Park, CA 90620
Direct:  (562) 356-2389 x52389 I Fax: (714) 902-6686
joyce.kang@bankofhope.com I bankofhope.com
<image001.png>

**From:** Hong Jun EOM <amongjun1@gmail.com>  →  EOM HONG JUN BK:24-10844-abl (ALS / EBH / Sea Fox Manager) (Ahn Lee soo's son)
**Sent:** Tuesday, October 10, 2023 4:10 PM
**To:** Hee Kyung Kang <joyce.kang@bankofhope.com>
**Subject:** Re: FW: REMINDER: [Payoff Demand] Escrow #31230978-JZ, 4409 Spencer ST., Las Vegas, NV 89119, ALS Property Holdings LLC & EBH Management Co LLC

네 맞습니다 작성해서 보내드려야할 폼이 따로 있나요?
있으면 보내주시기 바랍니다.

> Yes, that's correct. Is there a specific form I need to fill out and send?
>
> If so, please send it to me.

On Wed, Oct 11, 2023 at 8:08 AM Hee Kyung Kang <joyce.kang@bankofhope.com> wrote:

> 안녕하세요. Eom SJN,
>
> 대출 #178675942에 대한 Payoff Demand 요청을 저희가 받았는데 이 것의 진행을 위해 이메일로 확인해 주시면 대단히 감사하겠습니다.
>
> Dear Eom SJN,
>
> We'd appreciate it if you could confirm the email to proceed with the Payoff Demand request for loan #178675942.
>
> If you have any questions please don't hesitate to contact us.
> Thank you.
>
> Best Regards,
> **Hee Kyung "Joyce" Kang**

EOM HONG JUN
BK:24-10844-abl
(ALS / EBH / Sea Fox Manager)
(Ahn Lee soo's son)