United States Bankruptcy Court
District of Nevada

| | |
|---|---|
| In re: | Case No. 25-12285-abl |
| DUKE PARK | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0978-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 30, 2025 | Form ID: pdf928 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2025:**

**Recip ID         Recipient Name and Address**
db              + DUKE PARK, 1392 VIA MERANO ST, HENDERSON, NV 89052-4094

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 02, 2025          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2025 at the address(es) listed below:

**Name                 Email Address**

AKKE LEVIN
                     on behalf of Creditor LEE SOO AHN akke.levin@gtlaw.com flintza@gtlaw.com;akke-levin-0887@ecf.pacerpro.com

AKKE LEVIN
                     on behalf of Plaintiff ALS PROPERTY HOLDINGS  LLC akke.levin@gtlaw.com,
                     flintza@gtlaw.com;akke-levin-0887@ecf.pacerpro.com

AKKE LEVIN
                     on behalf of Plaintiff SEA FOX MANAGEMENT  LLC akke.levin@gtlaw.com,
                     flintza@gtlaw.com;akke-levin-0887@ecf.pacerpro.com

AKKE LEVIN
                     on behalf of Plaintiff BOK HYUN EYM akke.levin@gtlaw.com flintza@gtlaw.com;akke-levin-0887@ecf.pacerpro.com

AKKE LEVIN
                     on behalf of Interested Party Bok Hyun Eum akke.levin@gtlaw.com flintza@gtlaw.com;akke-levin-0887@ecf.pacerpro.com

| | | |
|---|---|---|
| District/off: 0978-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 30, 2025 | Form ID: pdf928 | Total Noticed: 1 |

AKKE LEVIN
    on behalf of Plaintiff LEE SOO AHN akke.levin@gtlaw.com  flintza@gtlaw.com;akke-levin-0887@ecf.pacerpro.com

AKKE LEVIN
    on behalf of Plaintiff EBH MANAGEMENT CO. LLC akke.levin@gtlaw.com, flintza@gtlaw.com;akke-levin-0887@ecf.pacerpro.com

AKKE LEVIN
    on behalf of Creditor BOK HYUN EUM akke.levin@gtlaw.com  flintza@gtlaw.com;akke-levin-0887@ecf.pacerpro.com

AKKE LEVIN
    on behalf of Interested Party Lee Soo Ahn akke.levin@gtlaw.com  flintza@gtlaw.com;akke-levin-0887@ecf.pacerpro.com

ALLYSON JOHNSON
    on behalf of Interested Party MPSN Holdings No. 1 LP allyson@sylvesterpolednak.com, kellye@sylvesterpolednak.com

BENJAMIN B. CHILDS, SR.
    on behalf of Interested Party BENJAMIN B. CHILDS LTD ben@benchilds.com, sandy@benchilds.com;childsbb@gmail.com;anahuac@benchilds.com

BENJAMIN B. CHILDS, SR.
    on behalf of Creditor BENJAMIN B. CHILDS LTD ben@benchilds.com, sandy@benchilds.com;childsbb@gmail.com;anahuac@benchilds.com

KARA B. HENDRICKS
    on behalf of Plaintiff EBH MANAGEMENT CO. LLC hendricksk@gtlaw.com, escobargaddie@gtlaw.com;kara-hendricks-7977@ecf.pacerpro.com;flintza@gtlaw.com

KARA B. HENDRICKS
    on behalf of Interested Party Lee Soo Ahn hendricksk@gtlaw.com escobargaddie@gtlaw.com;kara-hendricks-7977@ecf.pacerpro.com;flintza@gtlaw.com

KARA B. HENDRICKS
    on behalf of Interested Party Bok Hyun Eum hendricksk@gtlaw.com escobargaddie@gtlaw.com;kara-hendricks-7977@ecf.pacerpro.com;flintza@gtlaw.com

KARA B. HENDRICKS
    on behalf of Plaintiff ALS PROPERTY HOLDINGS LLC hendricksk@gtlaw.com, escobargaddie@gtlaw.com;kara-hendricks-7977@ecf.pacerpro.com;flintza@gtlaw.com

KARA B. HENDRICKS
    on behalf of Plaintiff SEA FOX MANAGEMENT LLC hendricksk@gtlaw.com, escobargaddie@gtlaw.com;kara-hendricks-7977@ecf.pacerpro.com;flintza@gtlaw.com

KARA B. HENDRICKS
    on behalf of Plaintiff BOK HYUN EYM hendricksk@gtlaw.com escobargaddie@gtlaw.com;kara-hendricks-7977@ecf.pacerpro.com;flintza@gtlaw.com

KARA B. HENDRICKS
    on behalf of Plaintiff LEE SOO AHN hendricksk@gtlaw.com escobargaddie@gtlaw.com;kara-hendricks-7977@ecf.pacerpro.com;flintza@gtlaw.com

KAREN M. AYARBE
    on behalf of Creditor Villagio Property Owners Association kayarbe@lkglawfirm.com gakltd@kernltd.com;ncooper@lkglawfirm.com

MATTHEW I KNEPPER
    on behalf of Debtor DUKE PARK mknepper@nvbankruptcyattorneys.com ecf@nvbankruptcyattorneys.com;fhqxmnna@mailparser.io;NevadaBankruptcyAttorneysLLC@jubileebk.net;Knepper.MatthewB146287@notify.bestcase.com;lu@nvbankruptcyattorneys.com;matthew.knepper@ecf.courtdrive.com;8076479420@filing

OGONNA M. BROWN
    on behalf of Creditor The Swindle Family Trust dated October 20 1999 Ogonna.Brown@wbd-us.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;klopez@lewisroca.com,Renee.Creswell@wbd-us.com

ROBERT E. ATKINSON
    Robert@ch7.vegas TrusteeECF@ch7.vegas;ecf.alert+atkinson@titlexi.com

U.S. TRUSTEE - LV - 7
    USTPRegion17.LV.ECF@usdoj.gov

TOTAL: 24

_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
September 30, 2025

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

In re: ) Case No.: 25-12285-abl
)
DUKE PARK, ) Chapter 7
)
Debtor. )
) Hearing Date: September 29, 2025
) Hearing Time: 9:30 a.m.
)
)

**ORDER DENYING EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER**

On September 29, 2025, the Court issued its oral ruling after consideration of an Emergency Motion for Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction.[1] The TRO Motion was filed by pro se debtor, Duke Park.[2] Creditor The Swindle Family Trust dated October 20, 1999[3] filed an objection to the TRO Motion.[4] Debtor filed papers in reply.[5]

/ / /

---

[1] ECF No. 48, hereafter the "TRO Motion." In this Order, all references to "ECF No." are to the numbers assigned to the documents filed in the bankruptcy case identified in the caption as they appear on the official court docket maintained by the Clerk of the Court.
[2] Hereafter "Debtor."
[3] Hereafter the "Trust."
[4] See ECF Nos. 69, 70, and 71.
[5] See ECF Nos. 72 and 73.

At the September 29, 2025 oral ruling, Debtor appeared telephonically in proper person. Attorney Zaydee R. Stemmons appeared telephonically on behalf of the Trust. No other apperances were noted on the record.

To the extent that the Court made findings of fact and conclusions of law in the course of its oral ruling on September 29, 2025, those findings of fact and conclusions of law are incorporated into this Order by this reference pursuant to FED. R. CIV. P. 52, made applicable in this contested matter pursuant to FED. R. BANKR. P. 9014(a) and (c) and 7052.

For the reasons stated on the record:

**IT IS ORDERED** that the TRO Motion, and all relief requested therein, is **DENIED**.

Copies sent to all registered parties via CM/ECF Electronic Mail System.

Copy sent via BNC to:

DUKE PARK
1392 VIA MERANO ST
HENDERSON, NV 89052

### #