Duke Park, Debtor – Pro Se

1392 Via Merano St.

Henderson, NV 89052

408-318-3700

dukepark@me.com

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:

DUKE PARK,

Debtor Pro Se

Case No.: 25-12285-abl

Chapter 7

SUPPLEMENTAL EXHIBIT TO DOC. 93

Debtor respectfully submits this supplemental exhibit in further support of Doc. 93 (Supplement to Doc. 64).

Attached hereto as **Exhibit B** is the public deed record evidencing the $1,000,000 loan executed in 2022 under the names of **ALS Property Holdings, LLC and EBH Management Co., LLC**.

Dated: October 3, 2025

Respectfully submitted,

_____

Duke Park, Debtor Pro Se

**EXHIBIT B**
Public Deed Record (2022 Loan)
**ALS Property Holdings, LLC & EBH Management Co., LLC**

# EXHIBIT B
Public Deed Record (2022 Loan)
**ALS Property Holdings, LLC & EBH Management Co., LLC**

Inst #: 20220412-0001816
Fees: $42.00
RPTT: $0.00  Ex #: 003
04/12/2022 12:54:10 PM
Receipt #: 4957783
Requestor:
FNTG NCS Las Vegas
Recorded By: CHERIE   Pgs: 6
Debbie Conway
CLARK COUNTY RECORDER
Src: ERECORD
Ofc: ERECORD

APN: 162-23-207-001
Affix R.P.T.T. exempt - 3

WHEN RECORDED MAIL TO and
MAIL TAX STATEMENT TO:

EBH Management Co., LLC,
ALS Property Holdings LLC
782 Glistening Light Ct.
Henderson, NV 89052

ESCROW NO: 4251040E-420-DM3

4205104O-TOB1

# GRANT, BARGAIN, SALE DEED

THIS INDENTURE WITNESSETH: That

**ALS Property Holdings LLC, a Nevada limited liability company, as to an undivided 55% interest and EBH Management Co., LLC, a Nevada limited liability company, as to an undivided 45% interest as tenants in common, who acquired title as ALS Property Holdings LLC, a Nevada limited liability company, as to an undivided 55% interest and EBH Management LLC, a Nevada limited liability company, as to an undivided 45% interest as tenants in common**

in consideration of $10.00 and other valuable consideration, the receipt of which is hereby acknowledged, do hereby Grant, Bargain, Sell and Convey to

**ALS Property Holdings LLC, a Nevada limited liability company, as to an undivided 55% interest and EBH Management Co., LLC, a Nevada limited liability company, as to an undivided 45% interest as tenants in common**

all that real property situated in the County of Clark, State of Nevada, bounded and described as follows:

**SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF.**

Subject to:
1. Taxes for the current fiscal year, paid current.
2. Conditions, covenants, restrictions, reservations, rights, rights of way and easements now of record, if any.

Together with all and singular the tenements, hereditaments and appurtenances thereunto belonging or in anywise appertaining.

Witness my/our hand(s) this 6th day of ~~March~~ April, 2022.

**ALS Property Holdings LLC,**
**a Nevada limited liability company**

By: Hong Jun Eom, Manager

Hong Jun Eom

**EBH Management Co., LLC,**
**a Nevada limited liability company**

By: Bok Hyun Eum, Manager

Bok Hyun Eum

STATE OF NEVADA      } ss:
COUNTY OF CLARK

On this _____
appeared before me, a Notary Public,

_____

_____
personally known or proven to me to
be the person(s) whose name(s) is/are
subscribed to the above instrument,
who acknowledged that he/she/they
executed the instrument for the
purposes therein contained.

_____
Notary Public

My commission expires: _____

**NOTARY JURAT FOR GRANT, BARGAIN, SALE DEED**
**FOR ESCROW NO.: 4251040E-420DM3**

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**  CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California  
County of ___Orange___ }

On ___April 6th, 2022___ before me, ___Yunju Choi, Notary Public___,
  Date                                                                 Here Insert Name and Title of the Officer

personally appeared ___Hong Jun Eom___
                                    Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

```
YUNJU CHOI
Notary Public - California
Los Angeles County
Commission # 2242720
My Comm. Expires May 14, 2022
```

Signature _____
                    Signature of Notary Public

*Place Notary Seal and/or Stamp Above*

──────────── **OPTIONAL** ────────────

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: _____
Document Date: _____ Number of Pages: _____
Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____  
☐ Corporate Officer – Title(s): _____  
☐ Partner – ☐ Limited ☐ General  
☐ Individual          ☐ Attorney in Fact  
☐ Trustee             ☐ Guardian of Conservator  
☐ Other: _____  
Signer is Representing: _____

Signer's Name: _____  
☐ Corporate Officer – Title(s): _____  
☐ Partner – ☐ Limited ☐ General  
☐ Individual          ☐ Attorney in Fact  
☐ Trustee             ☐ Guardian of Conservator  
☐ Other: _____  
Signer is Representing: _____

©2017 National Notary Association

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**  CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California  
County of __Orange__ }

On __April 6th, 2022__ before me, __Yunju Choi, Notary Public__,
      Date                                         Here Insert Name and Title of the Officer

personally appeared __Bok Hyun Eum__
                                        Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

[Notary Seal:  
YUNJU CHOI  
Notary Public - California  
Los Angeles County  
Commission # 2242720  
My Comm. Expires May 14, 2022]

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____  
                             Signature of Notary Public

Place Notary Seal and/or Stamp Above

———————————— **OPTIONAL** ————————————

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**  
Title or Type of Document: _____  
Document Date: _____ Number of Pages: _____  
Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

| Signer's Name: _____ | Signer's Name: _____ |
|---|---|
| ☐ Corporate Officer – Title(s): _____ | ☐ Corporate Officer – Title(s): _____ |
| ☐ Partner – ☐ Limited ☐ General | ☐ Partner – ☐ Limited ☐ General |
| ☐ Individual ☐ Attorney in Fact | ☐ Individual ☐ Attorney in Fact |
| ☐ Trustee ☐ Guardian of Conservator | ☐ Trustee ☐ Guardian of Conservator |
| ☐ Other: _____ | ☐ Other: _____ |
| Signer is Representing: _____ | Signer is Representing: _____ |

©2017 National Notary Association

Order No. 42051040-421-421-BB1

# EXHIBIT A
# LEGAL DESCRIPTION

THE LAND REFERRED TO HEREIN BELOW IS SITUATED LAS VEGAS, IN THE COUNTY OF CLARK, STATE OF NEVADA, AND IS DESCRIBED AS FOLLOWS:

The North Half (N ½) of the East Half (E ½) of Government Lot Fifty-three (53) in Section 23, Township 21 South, Range 61 East, M.D.M.

Excepting therefrom the North Thirty (30.00) feet, the East Forty (40.00) feet and that certain spandrel area located in the Northeast corner thereof as conveyed to Clark County by Deed recorded October 03, 1989 in Book 891003 as Document No. 00769, Official Records.

APN: **162-23-207-001**

*This page is only a part of a 2016 ALTA® Commitment for Title Insurance issued by Chicago Title Insurance Company. This Commitment is not valid without the Notice; the Commitment to Issue Policy; the Commitment Conditions; Schedule A; Schedule B, Part I—Requirements; and Schedule B, Part II—Exceptions; and a counter-signature by the Company or its issuing agent that may be in electronic form.*

72C165 Commitment for Title Insurance (Adopted 6-17-06 Revised 08-01-2016)                                    Page 2

**Copyright American Land Title Association. All rights reserved.** The use of this Form is restricted to ALTA licensees and ALTA members in good standing as of the date of use. All other uses are prohibited. Reprinted under license from the American Land Title Association.



# STATE OF NEVADA
# DECLARATION OF VALUE FORM

1. Assessor Parcel Number(s)
   a. 162-23-207-001
   b. _____
   c. _____
   d. _____

2. Type of Property:
   a. ☐ Vacant Land         b. ☐ Single Fam. Res.
   c. ☐ Condo/Twnhse        d. ☐ 2-4 Plex
   e. ☐ Apt. Bldg           f. ☒ Comm'l/Ind'l
   g. ☐ Agricultural        h. ☐ Mobile Home
   i. Other _____

   FOR RECORDERS OPTIONAL USE ONLY
   Book _____ Page _____
   Date of Recording: _____
   Notes:

3. a. Total Value/Sales Price of Property:                 $ _____
   b. Deed in Lieu of Foreclosure Only (value of property) $ _____
   c. Transfer Tax Value:                                  $ _____
   d. Real Property Transfer Tax Due:                      $ 0.00

4. **If Exemption Claimed**
   a. Transfer Tax Exemption, per NRS 375.090, Section   3
   b. Explain Reason for Exemption:   Transfer without consideration to correct name of vested owner

5. Partial Interest: Percentage being transferred: 100 %

The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060 and NRS 375.110, that the information provided is correct to the best of their information and belief, and can be supported by documentation if called upon to substantiate the information provided herein. Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature  *Daniela Miteva*                Capacity   Grantor -- Agent
Signature  _____                 Capacity   Grantee

| SELLER (GRANTOR) INFORMATION (REQUIRED) | BUYER (GRANTEE) INFORMATION (REQUIRED) |
|---|---|
| Print Name: **ALS Property Holdings LLC, a Nevada limited liability company and EBH Management Co., LLC, a Nevada limited liability company** | Print Name: **ALS Property Holdings LLC, a Nevada limited liability company and EBH Management Co., LLC, a Nevada limited liability company** |
| Address: 782 Glistening Light Ct | Address: 782 Glistening Light Ct |
| City: Henderson | City: Henderson |
| State: NV  Zip: 89052 | State: NV  Zip: 89052 |

**COMPANY/PERSON REQUESTING RECORDING (Required if not Seller or Buyer)**

| Print Name: Fidelity National Title Group | Escrow No.: 4251040E-420-DM3 |
|---|---|
| Address: 8363 W Sunset Road, Suite 100 | |
| City, State, Zip: Las Vegas, NV 89113 | |

AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED