Duke Park, Debtor – Pro Se
1392 Via Merano St.
Henderson, NV 89052
408-318-3700
dukepark@me.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:
DUKE PARK,
Debtor.

Case No.: 25-12285-abl
Chapter 7

SUPPLEMENTAL TO DOC. 62 – EAST WEST BANK LOAN PAYOFFS

*(APRIL–AUGUST 2023)*

Submitted as additional evidence related to Doc. 62 for the Court's review.

This filing includes correspondence and payoff-related records concerning four East West Bank

HELOC loans under *ALS Property Holdings LLC* between April and August 2023.

**DATED:** October 6, 2025

Respectfully submitted,

Duke Park, Debtor Pro Se

**EXHIBIT A – EAST WEST BANK LOAN PAYOFF EVIDENCE**
(ALS Property Holdings LLC – April to August 2023)

This composite exhibit includes:

- **A-1.** HOA Demand and escrow correspondence (April 2023)
- **A-2.** Authorization letter signed by Lee Soo Ahn designating Hong Jun Eom as third-party contact (May 5, 2023)
- **A-3.** East West Bank payoff statements and related email correspondence (May 2023)
- **A-4.** Follow-up escrow and loan servicing emails (July–August 2023)

**From:** Zeigler, Joanne Joanne.Zeigler@fnf.com
**Subject:** RE: 6255 .w Arby 370 closing Statement
**Date:** May 12, 2023 at 1:29 PM
**To:** Hong Jun EOM amongjun1@gmail.com, YOUNG PARK dukepark@me.com, frasunny11@gmail.com, Hong Jun EOM alsholdings@live.com

thanks

Joanne Zeigler
Escrow Officer, Lawyers Title of Nevada

10801 W. Charleston Blvd
Suite 225
Las Vegas, NV 89135
Direct Line: (702)693-5128
Fax: (702) 973-1557
Email: jzeigler@ltic.com
Please consider the environment before printing this e-mail.

**Records indicate that Hong Jun Eom has used the following two email addresses: alsholdings@live.com. and amongjun1@gmail.com**

**Hong Jun Eom, the defendant in the civil case and the son of Lee Soo Ahn**

**Soyeon Eum, the defendant in the civil case and the daughter of Lee Soo Ahn**

-----Original Message-----
From: Hong Jun EOM <amongjun1@gmail.com>
Sent: Friday, May 12, 2023 1:23 PM
To: Zeigler, Joanne <joanne.zeigler@fnf.com>; YOUNG PARK <dukepark@me.com>; frasunny11@gmail.com; Hong Jun EOM <alsholdings@live.com>
Subject: 6255 .w Arby 370 closing Statement

IMPORTANT NOTICE - This message sourced from an external mail server outside of the Company.

hello this is closing statement from EastWest Bank for the property at 6255 W.Arby Ave. #370 Let me know , if you have any concern.
Thanks

NOTICE: The information contained in this message is proprietary and/or confidential and may be privileged. If you are not the intended recipient of this communication, you are hereby notified to: (i) delete the message and all copies; (ii) do not disclose, distribute or use the message in any manner; and (iii) notify the sender immediately.

---------------------------------------------------------------------

This message was secured by Zix(R).



**From:** Lee Soo Ahn Alsholdings@live.com 🖉
**Subject:** Re: Action Required - Upfront Payment Required for HOA Demand: 31230581 / 6255 W. Arby Ave # 370 Las Vegas, NV 89118-4661-Tripoly at Warm Springs South
**Date:** May 5, 2023 at 6:26 PM
**To:** Zeigler, Joanne joanne.zeigler@fnf.com, Lee Soo Ahn alsholdings@live.com, 엄홍준한국폰 amongjun1@gmail.com, frasunny11@gmail.com
**Cc:** randy santa rsanta25@yahoo.com, YOUNG PARK dukepark@me.com

**Hong Jun Eom, the defendant in the civil case and the son of Lee Soo Ahn**
**BK:24-10844-abl (ALS / EBH / Sea Fox Manager)**

Loan statement for 6255 W. Arby Ave #370
Please let me know, if you have any further issue.
Thanks

**Soyeon Eum, the defendant in the civil case and the daughter of Lee Soo Ahn**

On May 4, 2023, at 3:11 PM, Zeigler, Joanne <joanne.zeigler@fnf.com> wrote:

This message was sent securely using Zix®

Hi there. There is an hoa lien on the property. Please pay the below so we can get the hoa demand for closing. thanks so much

## Joanne Zeigler
Escrow Officer, Lawyers Title of Nevada





# Lawyers Title
# Goes Greener
™

10801 W. Charleston Blvd
Suite 525
Las Vegas, NV 89135
Direct Line: (702)693-5128
Fax. (702) 973-1557
Email: jzeigler@ltic.com
Please consider the environment before printing this e-mail.

**From:** EPUI HOA Desk <NVEPUIHOA@fntg.com>
**Sent:** Thursday, May 4, 2023 9:02 AM
**To:** Zeigler, Joanne <joanne.zeigler@fnf.com>
**Subject:** Action Required - Upfront Payment Required for HOA Demand: 31230581 / 6255 W. Arby Ave # 370 Las Vegas, NV 89118-4661-Tripoly at Warm Springs South

IMPORTANT NOTICE - This message sourced from an external mail server outside of the Company.

This message was sent securely using Zix®



NO AGENTS OR SELLER EMAIL

Hello,

We are working with Homewise Docs to obtain the HOA demand; in order for us to acquire this document, the Homeowners Association requires an upfront payment of **$165.00**.

To avoid a delay in closing, please complete the steps below at your earliest convenience.  The turn time to receive the requested demand can be as much 10 days from receipt of payment.

**Payment Instructions:**

1. **Go to website** www.homewisedocs.com
2. **Enter the confirmation number, in this case "K5M4RTXMP" and then Hit Enter**
3. **Scroll to the bottom of page and Hit "pay now".**
4. **Enter in Credit Card information and confirm payment**

Once the payment is complete, we will receive an email confirmation.

Please don't hesitate to call me should you have any questions at all.

Thanks!

Joanne Zeigler, Escrow Officer

**Lawyers Title of Nevada, Inc**
10801 W Charleston Blvd Suite 225 Las Vegas, NV 89135
**t:** (702)693-5128  **f:** (702)973-1557 **Team Email:** Jzeigler@ltic.com

From:  **Eva Chapa - NVSTEP**
            NVEPUIHOA@fntg.com
            702-822-8127

**This transaction involves:**
            Opened Date:  **Wednesday, May 3 2023 11:24 AM PT**
            Project Name:  **Jzeigler@ltic.com**
            Customer Ref:
                Property:  **6255 W. Arby Ave # 370 #370, Las Vegas NV 89118-4661**
                    Buyer:  **Duke Park**
                    Seller:  **ALS Property Holdings LLC Ahn Lee Soo**
External Order Number:  **SoftPro - 31230581**
    Internal Order Number:  **38 823 914**

This message was secured by Zix[tm]

NOTICE: The information contained in this message is proprietary and/or confidential and may be privileged. If you are not the intended recipient of this communication, you are hereby notified to: (i) delete the message and all copies, (ii) do not disclose, distribute or use the message in any manner; and (iii) notify the sender immediately.

.................................................................................

This message was secured by Zix[tm].

6255 W Arby Ave # 370 - 4.12.23
Statement.pdf

From: **Zeigler, Joanne** jzeigler@ltic.com  
Subject: FW: Recording Order 31230402 has been filed with harris
Date: April 25, 2023 at 3:56 PM
To: randy santa rsanta25@yahoo.com, YOUNG PARK dukepark@me.com
Cc: frasunny@naver.co, Soyeon Eum frasunny11@gmail.com

**Soyeon Eum, the defendant in the civil case and the daughter of Lee Soo Ahn**

Congratulations!!  You have officially recorded!!  I'll be balancing out the file shortly.  Thanks so much for the opportunity to close your transaction.  I hope to work with you again shortly!!!

-----Original Message-----
From: VC Recording <VCRecording@valuecheck.com>
Sent: Tuesday, April 25, 2023 3:54 PM
To: Zeigler, Joanne <jzeigler@ltic.com>
Subject: Recording Order 31230402 has been filed with harris

IMPORTANT NOTICE - This message sourced from an external mail server outside of the Company.

Escrow Officer: Joanne Zeigler

NOTICE: The information contained in this message is proprietary and/or confidential and may be privileged. If you are not the intended recipient of this communication, you are hereby notified to: (i) delete the message and all copies; (ii) do not disclose, distribute or use the message in any manner; and (iii) notify the sender immediately.

----------------------------------------------------------------------

This message was secured by Zix(R).

**Deed.PDF**            **Deed of Trust.PDF**

**Recording Summary.PDF** 

ValueCheck
8822 S. Ridgeline Blvd., Suite 100
Highlands Ranch, CO 80129

## 31230402 Invoice

Filed By:
Lawyers Title of Nevada Charleston
10801 W Charleston Blvd
Las Vegas, NV 89135

| | |
|---|---|
| Date: | 4/25/2023 |
| Receipt# | 5275825 |
| Customer Reference | 31230402 |
| Cost Center | 03412.420338 |

# ALS PROPERTY HOLDINGS LLC.

**May 5, 2023**

TO. EASTWEST BANK LOAN SUPPORT    DEPARTMENT

HELOC Loan#: 00009182155,  00009182153,

                 00009182146,  00009178900

3rd Party Contact Information: Hong Jun EOM  ⟶

**EOM HONG JUN**
**BK:24-10844-abl**
**(ALS / EBH / Sea Fox Manager)**
**(Ahn Lee soo's son)**

782 Glistening Light Ct. Henderson, Nv 89052

702 328 2053,  Amongjun1@gmail.com, ALSHoldings@live.com

A Passcode to Validate the 3rd party When he/she calls in: 7021

I , Leesoo Ahn, consent to Discuss loan matters in my absence with Hong jun EOM.

So, Please allow him to discuss about any matters about those loan accounts mentioned above.

SINCERELY,

LEESOO AHN

May 5, 2023

782 Glistening light Ct. Henderson, NV 89052

# ALS PROPERTY HOLDINGS LLC.

## May 5, 2023

TO. EASTWEST BANK LOAN SUPPORT    DEPARTMENT

HELOC Loan#: 00009182155,  00009182153,

00009182146,  00009178900

3rd Party Contact Information: Hong Jun EOM

782 Glistening Light Ct. Henderson, Nv 89052

702 328 2053,  Amongjun1@gmail.com, ALSHoldings@live.com

A Passcode to Validate the 3rd party When he/she calls in: 7021

I , Leesoo Ahn, consent to Discuss loan matters in my absence with Hong jun EOM.

So, Please allow him to discuss about any matters about those loan accounts mentioned above.


SINCERELY,

LEESOO AHN

안 이수

May 5 . 2023

Plaintiff

782 Glistening light Ct. Henderson, NV 89052



EAST WEST BANK

May 11, 2023


ALS PROPERTY HOLDINGS LLC
LEE AHN
501 SHORT CREST CT
HENDERSON NV 89052


Re: Loan no:    9182155
Collateral:    297 GINDERBREAD ST, HENDERSON NV 89012

To Whom It May Concern:

The above referenced loan number was closed or paid in full on April 26, 2023.

If your loan was secured by real estate, the document(s) to release the lien(s) on the property was sent to the County Recorder's Office for recording.  You should receive the original recorded document(s) from the County Recorder's Office within 5 to 6 weeks.

Enclosed is a Refund for:

| X | Refund Check # | 187032837 | Amount | $308.88 | Dated | 4/27/2023 |
|---|---|---|---|---|---|---|
|   | Refund DDA# |  | Amount |  | Dated |  |
|   |  |  | Amount |  | Dated |  |

Please inform your insurance agent to eliminate our name as a loss payee/mortgagee from the insurance policy and /or your taxing authority to determine the next tax payment that is due.

Thank you for financing with East West Bank.  We appreciate the opportunity in being your business partner and we hope that you will consider financing with us again in the future.

If you should have any questions or should need additional information, please do not hesitate to call our Customer Service Line (877) 392-6868, and an associated will be happy to assist you.

Sincerely,

East West Bank
Loan Servicing Department


P.O. Box 60020, City of Industry, CA 91716, Tel. 877.392.6868 Fax 626.242.9570 • Nasdaq: EWBC    Plaintiff

CONFIDENTIAL NOTICE: The information contained in this facsimile message is a privileged and confidential information intended for the use of the addressee of this Page 1150 of 12915

**HELOC Payoff Statement**    EAST WEST BANK
*Your financial bridge*   

| | | |
|---|---|---|
| LAWYERS TITLE | Date | : 04/25/2023 |
| 10801 W CHARLESTON BLVD | Loan No | : ████2155 |
| SUITE 225 | Borrower | : ALS PROPERTY HOLDINGS LLC |
| LAS VEGAS  NV  89135 | | |
| United States | | |
| Phone# 702-693-5128 | | |
| Email: joanne.zigler@fnf.com | | |

| | | | |
|---|---|---|---|
| Attn | : JOANNE ZEIGLER | Property | : 297 GINGERBREAD STREET, |
| Escrow No | : 31230402-JZ | | HENDERSON, NV 89012 |

Pursuant to your request we hereby provide you with the payoff amount of the above-reference loan. We will not be responsible for any costs in connection with this transaction. We reserve the right to amend or withdraw this demand at any time.

| | | |
|---|---|---|
| Principle Balance | | $229,873.00 |
| Interest | 04/25/2023 | $6,392.35 |
| Late Charge | | $229.39 |
| Inspection Fee | | $25.00 |
| Statement Fee | | $30.00 |
| Reconveyance Fee | | $45.00 |
| Recording Fee | | $42.00 |
| Annual Fee | | $100.00 |
| **Amount to pay loan in full** | | **$236,736.74** |

| | |
|---|---|
| Next payment due date* | 02/18/2023 |
| * Per diem interest: | **$56.68** |
| Late charge   $82.15 to be assessed on or after | 04/28/2023 |

***If payoff funds are received after the interest due to date, you will be required to add the interest per diem referenced above.**

**ALL FIGURES LISTED ABOVE ARE SUBJECT TO CHANGE. PLEASE CALL ON THE DAY OF PAYOFF TO RECEIVE AN ACCURATE PAYOFF QUOTE. *NOTE: A late charge will be assessed 10 days after next payment due date.**

If the account is being closed due to the sale of property securing the account, the Early Closure Fee will be waived. A copy of the closing statement reflecting old/new borrowers will be required to support the waiver.

This statement expires 05/25/2023. Funds must be in our office by 1.00 P.M. or interest will be charged through the next business day. Please calculate interest accordingly. THERE IS A $15.00 CHARGE FOR EACH UPDATED DEMAND. Any discrepancy between our calculation and yours may result in the accrual of additional interest. Issuance of this statement does not suspend the contract requirement to make the monthly payments when due.

Please remit funds by WIRE TRANSFER to East West Bank, 135 N. Los Robles Ave., Pasadena, CA 91101. ABA No. ████0381, & credit to Account #████4-230 (Attention: Mortgage Division Incoming Wires, referencing the Loan number & Property Address)

The Full Reconveyance will be sent for recording after you have complied with our instructions and the required funds have been received and processed.

East West Bank
Loan Servicing Department

# OWNER'S AFFIDAVIT
(continued)

5. <u>Bankruptcy</u>:  There are no proceedings in bankruptcy or receivership that have been instituted by or against the owner of the subject property (and if a partnership, against the general partner(s) thereof), no assignment for the benefit of creditors has been made by the undersigned owner.  The undersigned acknowledges that bankruptcy of the undersigned will not discharge any liabilities to the Company which arise out of false or fraudulent representation in this affidavit.

6. <u>Off-Record Matters</u>:  The undersigned knows of no unrecorded easements or claims of easements, no disputes, discrepancies or encroachments affecting a setback or boundary line, and no contracts, options or rights to purchase other than in the transaction for which this affidavit is given.  There are no unrecorded judgments, liens, mortgages or other claims against the above property.

7. <u>Civil Liability</u>:  The undersigned is liable to the Company for (1) payment of unpaid debts or liens on the property not disclosed above, and (2) attorney's fees and expenses incurred in enforcing such liability.

8. <u>Criminal Liability</u>:  The undersigned has been notified that a false or fraudulent representation knowingly made by the undersigned in this affidavit constitutes a felony.

9. <u>Parties in Possession</u>:  The undersigned knows of no parties in possession that have the right to be in possession of said premises or any interest therein, including oil, gas or other minerals, other than (i) tenants shown as having such an interest set forth in the Preliminary Title Report, issued by Fidelity National Title Group, or (ii) tenants identified on the annexed Rent Roll, all having rights as tenants only, none of which have an option to purchase or right of first refusal affecting the premises and all of which tenants have leases containing automatic subordination to landlord's deeds of trust.

10. <u>Covenants and Restrictions</u>:  To the knowledge of the undersigned, (a) the undersigned has received no notice of past or present violations of any effective covenants, conditions or restrictions set forth in the Preliminary Title Report (the CC&R's) and (b) any charge or assessment provided for in any of the CC&R's has been duly paid.

11. <u>Indemnity</u>:  The undersigned acknowledge that they have read the foregoing and fully understand the legal aspects of any misrepresentations and/or untrue statements made herein and indemnify and hold harmless Lawyers Title of Nevada, Inc against liability occasioned by reason of reliance upon the statements made herein.

IN WITNESS WHEREOF, the undersigned have executed this document on the date(s) set forth below.

ALS Property Holdings LLC

BY: _____

~~Soo Ahn Lee, Managing Member~~

So Yeon Eum, Authorized Signor

State of NEVADA

County of CLARK

This instrument was acknowledged before me on this 18th day of April, 2023 by

So Yeon Eum, Authorized Signor

_____
Notary Public

[SEAL]

JOANNE ZEIGLER
Notary Public, State of Nevada
No. 98-36928-1
My Appt. Exp. Nov. 20, 2025

## SIGNATURE AND NOTARY ACKNOWLEDGMENT FOR
## GRANT BARGAIN SALE DEED

Dated: 4. 18. 23

ALS Property Holdings LLC

BY: _____

~~Soo Ahn Lee, Managing Member~~

So Yeon Eum, Authorized Signer

State of NEVADA

County of CLARK

This instrument was acknowledged before me on this 18th day of April, 2023, by

So Yeon Eum, Authorized Signer

_____
Notary Public

[SEAL]

JOANNE ZEIGLER
Notary Public, State of Nevada
No. 98-36926-1
My Appt. Exp. Nov. 20, 2025

Grant Bargain and Sale Deed
SCA0002454.doc / Updated: 07.19.22

NV-CW-FXDH-03412.420338-31230402

# EXHIBIT "A"
## Legal Description

Order No.: 31230402

**For APN/Parcel ID(s):  178-21-411-040**

PARCEL ONE (1):

LOT FIFTEEN (15) IN BLOCK THREE (3) OF INCO PARCEL, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 71 OF PLATS, PAGE 38, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

PARCEL TWO (2):

A NON-EXCLUSIVE EASEMENT FOR ACCESS, INGRESS, EGRESS, USE AND ENJOYMENT IN, TO AND OVER THE COMMON ELEMENTS, WHICH EASEMENT IS APPURTENANT TO PARCEL ONE (1).

LLC Consent Form
NVD1066.doc / Updated:  07.07.20                Page 3                Printed:  04.17.23 @ 09:06 AM by JZ
NV-CW-FXDH-2312-4203841230402

Page 838 of 7987

DocuSign Envelope ID: ABFDF282-E340-426C-8215-94C603217412

## CERTIFICATE OF LIMITED LIABILITY COMPANY
## STATUS AND AUTHORITY OF ALS PROPERTY HOLDINGS LLC

**Escrow No.:**    31230402-JZ
**Seller:**    ALS Property Holdings LLC
**Buyer:**    Duke Park
**Property:**    297 Gingerbread St, Henderson, NV 89012-3296
**Sales Price:**    $500,000.00

This certificate is made for the benefit of Lawyers Title of Nevada, Inc, as an Escrow Agent and as a Title insurance policy issuing agent for Commonwealth Land Title Insurance Company. Any Title Insurance Company issuing assurance of title (title insurance) in connection with this certificate, may rely on the statements and information contained herein as being true and correct.

As a condition precedent to the issuance of assurance of title in connection with that real property commonly known as: 297 Gingerbread St, Henderson, NV 89012-3296.

APN: 178-21-411-040

SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF

The following statements are made:

1. The name of this limited liability company is: ALS Property Holdings LLC.

2. This limited liability company is organized under the laws of the State of Nevada.

3. This limited liability company conducts its business at: 5012 Short Crest Ct, Henderson, NV 89052.

4. That all of the Managers are:

   Soyeon Eum, Authorized Signer

5. That the Operating Agreement presented to Lawyers Title of Nevada, Inc with this certificate is a full and complete copy containing all amendments, modifications and/or revisions.

6. That the limited liability company is in existence and has not been terminated.

7. That there is no pending action by any member seeking relief, dissolutionment or any other cause of action against the limited liability company and/or its managers/members thereof, except:

_____

(If none, so state)

8. The undersigned have entered into an agreement to the real property hereinbefore mentioned. The terms and conditions of that transaction are set out in escrow instructions to Lawyers Title of Nevada, Inc. Each of the undersigned has read these escrow instructions and agrees that they conform to this action. Each of the undersigned approves and ratifies this action and all agreements and escrow instructions prepared in connection therewith.

9. Each of the undersigned states that all actions taken, or contemplated to be taken, in connection with this certificate are within the scope, power and authority of the limited liability company and its managers/members are this certificate shall be construed as being a Limited Liability Company Resolution and Authorization.

LLC Consent Form
NVD1066.doc / Updated: 07.07.20                    Page 1                    Printed: 04.17.23 @ 09:06 AM by JZ
                                                                             NV-CW-FXDH-03712.420338/31230402

Page 839 of 7987

DocuSign Envelope ID: ABFDF282-E340-426C-8215-94C603217412

## CERTIFICATE OF LIMITED LIABILITY COMPANY
## STATUS AND AUTHORITY OF ALS PROPERTY HOLDINGS LLC
(continued)

10. That the following member/manager(s) is hereby authorized to execute any and all instruments and/or agreements, including, if necessary instruments of conveyance, on behalf of the limited liability company for the purposes in connection with this certificate:

Soyeon Eum, Authorized Signer

NOTE:  If all manager/members are required to sign, write "ALL MANAGERS/MEMBERS MUST SIGN"

11. The limited company executing this certificate understands that Lawyers Title of Nevada, Inc, by its acceptance of this certificate, is not obligated to issue the requested assurance of title.

The undersigned limited liability company, and each of the managers/members individually, hereby indemnifies Lawyers Title of Nevada, Inc, and any Title Insurance Company issuing assurance of title (title insurance) in connection with this certificate, against any and all claims, damages, lawsuits and attorney's fees which it may sustain in its reliance and acceptance of this certificate.

This certificate may be executed in any number of counterparts each of which shall be considered as an original and effective as such.

IN WITNESS WHEREOF, the undersigned have executed this document on the date(s) set forth below.

ALS Property Holdings LLC

BY: _____

Soyeon Eum, Authorized Signer

DocuSigned by:

Soo Ahn Lee Managing Member 04/13/2023
D66AB629EAE14FE...

Soo Ahn Lee, Managing Member

State of NEVADA

County of CLARK

This instrument was acknowledged before me on this _____ day of _____, _____ by

_____.

_____
Notary Public

[SEAL]

## ATTACH A FULL COPY OF YOUR OPERATING
## AGREEMENT TO THIS CERTIFICATE

## CERTIFICATE OF LIMITED LIABILITY COMPANY
## STATUS AND AUTHORITY OF ALS PROPERTY HOLDINGS LLC
### (continued)

10. That the following member/manager(s) is hereby authorized to execute any and all instruments and/or agreements, including, if necessary instruments of conveyance, on behalf of the limited liability company for the purposes in connection with this certificate:

<u>Soyeon Eum, Authorized Signer</u>

NOTE: If all manager/members are required to sign, write "ALL MANAGERS/MEMBERS MUST SIGN"

11. The limited company executing this certificate understands that Lawyers Title of Nevada, Inc, by its acceptance of this certificate, is not obligated to issue the requested assurance of title.

The undersigned limited liability company, and each of the managers/members individually, hereby indemnifies Lawyers Title of Nevada, Inc, and any Title Insurance Company issuing assurance of title (title insurance) in connection with this certificate, against any and all claims, damages, lawsuits and attorney's fees which it may sustain in its reliance and acceptance of this certificate.

This certificate may be executed in any number of counterparts each of which shall be considered as an original and effective as such.

IN WITNESS WHEREOF, the undersigned have executed this document on the date(s) set forth below.

ALS Property Holdings LLC

BY: _____          _____

Soyeon Eum, Authorized Signer                        Soo Ahn Lee, Managing Member


State of NEVADA

County of CLARK

This instrument was acknowledged before me on this 18th day of April, 2023 by
So Yeon Eum, Authorized Signor

_____
Notary Public

[SEAL]

JOANNE ZEIGLER
Notary Public, State of Nevada
No. 98-36926-1
My Appt. Exp. Nov. 20, 2025

### ATTACH A FULL COPY OF YOUR OPERATING
### AGREEMENT TO THIS CERTIFICATE

LLC Consent Form
NVD1066.doc / Updated: 07.07.20                    Page 2                    Printed: 04.17.23 @ 09:06 AM by JZ
NV-CW-FXDH-9812.120350-N1230402

Page 837 of 7987

DocuSign Envelope ID: ABFDF282-E340-426C-8215-94C603217412

# EXHIBIT "A"
## Legal Description

Order No.:  31230402

**For APN/Parcel ID(s):  178-21-411-040**

PARCEL ONE (1):

LOT FIFTEEN (15) IN BLOCK THREE (3) OF INCO PARCEL, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 71 OF PLATS, PAGE 38, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

PARCEL TWO (2):

A NON-EXCLUSIVE EASEMENT FOR ACCESS, INGRESS, EGRESS, USE AND ENJOYMENT IN, TO AND OVER THE COMMON ELEMENTS, WHICH EASEMENT IS APPURTENANT TO PARCEL ONE (1).

LLC Consent Form
NVD1066.doc / Updated:  07.07.20

Page 3

Printed: 04.17.23 @ 09:06 AM by JZ
NV-CW-FXDH-03712_4203383N30402

Page 841 of 7987

**OWNER'S AFFIDAVIT**

To:                                Lawyers Title of Nevada, Inc
Preliminary Report No.:   31230402 (The "Prelim")
Issued On:
Trustor:                          ALS Property Holdings LLC

PROPERTY COMMONLY KNOWN AS: 297 Gingerbread St, Henderson, NV 89012-3296
PARCEL NO.:  178-21-411-040
(THE "PROPERTY")

The undersigned affiant(s), after being duly sworn hereby state(s) under oath that the following information is true and correct:

1.  <u>Purpose of Affidavit</u>:  This affidavit is made to Lawyers Title of Nevada, Inc, a Nevada Corporation (hereinafter "the Company") as an inducement to them to complete a transaction in connection with the above described property.   The undersigned acknowledges that the Company and other persons are relying upon the representations in this affidavit as being true and correct and that the transaction would not be consummated without this affidavit being executed.   The undersigned represents that he or she is the person whose signatures is affixed below and, if applicable, that he or she is duly authorized and qualified to execute this affidavit.

2.  <u>Debts of Liens</u>:  Except as indicated below, there are no:  (a) loans; (b) actions or proceedings relating to the above described property in any State or Federal Court in the United States; (c) State or Federal Judgments or any Federal Liens of any kind or nature whatever which now constitutes a lien or charge upon the subject real property; (d) unrecorded liens, mortgages, tax liens; or (e) other estate liens on the above described property:  (if none, state None)

_____ *Eastwest bank* _____

_____

_____

3.  <u>Improvement Debts or Liens</u>:   Except as indicated below, there are no financing statements, chattel mortgages, conditional bills of sale or retention of title agreements affecting any fixtures located on the above property, unpaid debts including, but not limited to, on any of the following items which may be remaining on the property:  plumbing fixtures, water heaters, floor furnaces, air conditioners, radio or television antennae, carpeting and/or rugs, lawn sprinkling systems, venetian blinds, window shades, draperies, electric appliances, fences, street paving or any personal property or fixtures that are attached to or part of the subject property described above, and there are no security interest on such property secured by financing statements, security agreements or otherwise, nor any bills or contracts outstanding for materials furnished and labor performed in connection with any construction or improvements on the above property with the exception of the following:  (if none, state None)

_____ *None* _____

_____

_____

4.  <u>Homeowner Association ("HOA") and Special Improvement Liens</u>:  Affiant has received no notice of either delinquent HOA assessments or Special Improvement Liens outstanding against the property other than those assessed under ___*Spirit Ranch*___ and knows of no petitions for the paving, widening or other improvements to streets, alleys or sidewalks adjoining this property.

# OWNER'S AFFIDAVIT
## (continued)

5. <u>Bankruptcy</u>:  There are no proceedings in bankruptcy or receivership that have been instituted by or against the owner of the subject property (and if a partnership, against the general partner(s) thereof), no assignment for the benefit of creditors has been made by the undersigned owner.  The undersigned acknowledges that bankruptcy of the undersigned will not discharge any liabilities to the Company which arise out of false or fraudulent representation in this affidavit.

6. <u>Off-Record Matters</u>:  The undersigned knows of no unrecorded easements or claims of easements, no disputes, discrepancies or encroachments affecting a setback or boundary line, and no contracts, options or rights to purchase other than in the transaction for which this affidavit is given.  There are no unrecorded judgments, liens, mortgages or other claims against the above property.

7. <u>Civil Liability</u>:  The undersigned is liable to the Company for (1) payment of unpaid debts or liens on the property not disclosed above, and (2) attorney's fees and expenses incurred in enforcing such liability.

8. <u>Criminal Liability</u>:  The undersigned has been notified that a false or fraudulent representation knowingly made by the undersigned in this affidavit constitutes a felony.

9. <u>Parties in Possession</u>:  The undersigned knows of no parties in possession that have the right to be in possession of said premises or any interest therein, including oil, gas or other minerals, other than (i) tenants shown as having such an interest set forth in the Preliminary Title Report, issued by Fidelity National Title Group, or (ii) tenants identified on the annexed Rent Roll, all having rights as tenants only, none of which have an option to purchase or right of first refusal affecting the premises and all of which tenants have leases containing automatic subordination to landlord's deeds of trust.

10. <u>Covenants and Restrictions</u>:  To the knowledge of the undersigned, (a) the undersigned has received no notice of past or present violations of any effective covenants, conditions or restrictions set forth in the Preliminary Title Report (the CC&R's) and (b) any charge or assessment provided for in any of the CC&R's has been duly paid.

11. <u>Indemnity</u>:  The undersigned acknowledge that they have read the foregoing and fully understand the legal aspects of any misrepresentations and/or untrue statements made herein and indemnify and hold harmless Lawyers Title of Nevada, Inc against liability occasioned by reason of reliance upon the statements made herein.

IN WITNESS WHEREOF, the undersigned have executed this document on the date(s) set forth below.

ALS Property Holdings LLC

BY: _____

~~Soo Ahn Lee, Managing Member~~

So Yeon Eum, Authorized Signor

State of NEVADA

County of CLARK

This instrument was acknowledged before me on this 18th day of April 2023 by

So Yeon Eum, Authorized Signor

_____
Notary Public

[SEAL]

JOANNE ZEIGLER
Notary Public, State of Nevada
No. 98-36928-1
My Appt. Exp. Nov. 20, 2025

## DISBURSEMENT OF PROCEEDS/WIRE
## TRANSFER INSTRUCTIONS
## (SELLER)
### (continued)

IN WITNESS WHEREOF, the undersigned have executed this document on the date(s) set forth below.

ALS Property Holdings LLC

BY: _____          _4.18 23_____

    Soo Ahn Lee, Managing Member                      Date

So Yeon Eum

Mailing Address for Closing Package:

_1297 Autumn Wind Way_

_Henderson NV 89052_

Phone: _702 712 9870_

Email: _frasunny11@gmail.com_

Mailing Address for Future Correspondence:

_____

_____

**(FOR INTERNAL PURPOSES ONLY)**

Received in Person From: _So Yeon Eum_

Spoke To: _____

Company/Party: _____

Phone No.: _____

Reason for Change: _____

Date/Time: _4-18   /   10am_

Confirmed By: _____

EI - Disbursement
SSCORPD1895.doc / Updated: 01.11.23                    Page 2

Printed: 04.14.23 @ 09:40 AM by JZ
NV-CW-FXDH-04112.4203861230402
PL-LTN

Page 634 of 7987

**STATE OF NEVADA**
**DECLARATION OF VALUE**

1.  Assessor's Parcel Number(s)
    a. 178-21-411-040
    b. _____
    c. _____
    d. _____

2.  Type of Property:
    a. ☐ Vacant Land          b. ☒ Single Fam. Res.
    c. ☐ Condo/Twnhse       d. ☐ 2-4 Plex
    e. ☐ Apt. Bldg             f. ☐ Comm'l/Ind'l
    g. ☐ Agricultural          h. ☐ Mobile Home
       ☐ Other _____

| FOR RECORDERS OPTIONAL USE ONLY |
|---|
| Book _____ Page: _____ |
| Date of Recording: _____ |
| Notes: |

3.  a. Total Value/Sales Price of Property        $ 500,000.00
    b. Deed in Lieu of Foreclosure Only (value of property)  ( _____ )
    c. Transfer Tax Value:                          $ 500,000.00
    d. Real Property Transfer Tax Due               $ 2,550.00

4.  **If Exemption Claimed:**
    a. Transfer Tax Exemption per NRS 375.090, Section   NONE
    b. Explain Reason for Exemption: _____
       _____

5.  Partial Interest: Percentage being transferred:   100.00%
The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060
and NRS 375.110, that the information provided is correct to the best of their information and belief,
and can be supported by documentation if called upon to substantiate the information provided herein.
Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of
additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant
to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature _____   Capacity: Grantor

Signature _____   Capacity: Grantee

**SELLER (GRANTOR) INFORMATION**            **BUYER (GRANTEE) INFORMATION**
**(REQUIRED)**                                   **(REQUIRED)**

Print Name:  ALS Property Holdings LLC        Print Name:  Duke Park
Address:  5012 Short Crest Ct                 Address:  1297 Autumn Wind Way
City: Henderson                               City: Henderson
State: NV            Zip: 89052               State: NV            Zip: 89012

**COMPANY/PERSON REQUESTING RECORDING (Required if not seller or buyer)**
Print Name: Lawyers Title of Nevada, Inc      Escrow #   31230402
Address:    10801 W Charleston Blvd, Suite 225
City:      Las Vegas                          State: NV           Zip: 89135

AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED

# ALS PROPERTY HOLDINGS LLC.

## May 5, 2023

TO. EASTWEST BANK LOAN SUPPORT    DEPARTMENT

HELOC Loan#: 00009182155,  00009182153,

00009182146,  00009178900

3rd Party Contact Information: Hong Jun EOM

782 Glistening Light Ct. Henderson, Nv 89052

702 328 2053,  Amongjun1@gmail.com, ALSHoldings@live.com

A Passcode to Validate the 3rd party When he/she calls in: 7021

I , Leesoo Ahn, consent to Discuss loan matters in my absence with Hong jun EOM.

So, Please allow him to discuss about any matters about those loan accounts mentioned above.


SINCERELY,

LEESOO AHN

782 Glistening light Ct. Henderson, NV 89052



**EAST WEST BANK**

June 6, 2023

ALS PROPERTY HOLDINGS LLC
LEE AHN
501 SHORT CREST CT
HENDERSON NV 89052

Re: Loan no:    9182153
Collateral:    6255 W ARBY AVE # 370, LAS VEGAS NV 89118

To Whom It May Concern:

The above referenced loan number was closed or paid in full on May 22, 2023.

If your loan was secured by real estate, the document(s) to release the lien(s) on the property was sent to the County Recorder's Office for recording.  You should receive the original recorded document(s) from the County Recorder's Office within 5 to 6 weeks.

Enclosed is a Refund for:

| X | Refund Check # | 187033001 | Amount | $169.37 | Dated | 5/24/2023 |
|---|---|---|---|---|---|---|
|   | Refund DDA# |  | Amount |  | Dated |  |
|   |  |  | Amount |  | Dated |  |

Please inform your insurance agent to eliminate our name as a loss payee/mortgagee from the insurance policy and /or your taxing authority to determine the next tax payment that is due.

Thank you for financing with East West Bank.  We appreciate the opportunity in being your business partner and we hope that you will consider financing with us again in the future.

If you should have any questions or should need additional information, please do not hesitate to call our Customer Service Line (877) 392-6868, and an associated will be happy to assist you.

Sincerely,

East West Bank
Loan Servicing Department

P.O. Box 60020, City of Industry, CA 91716, Tel. 877.392.6868 Fax 626.242.9570 • Nasdaq: EWBC    **Plaintiff**

CONFIDENTIAL NOTICE: The information contained in this facsimile message is a privileged and confidential information intended for the use of the individual or entity    **Page 10793 of 12915**

**HELOC Payoff Statement**



**EAST WEST BANK**
Your financial bridge®

ALS PROPERTY HOLDINGS LLC

Phone#
Email: AngelaH.Lee@eastwestbank.com
Fax# N/A

Attn        :    Angela H Lee
Escrow No  :

| | | |
|---|---|---|
| Date | : | 05/10/2023 |
| Loan No | : | ▇2153 |
| Borrower | : | ALS PROPERTY HOLDINGS LLC |

| | | |
|---|---|---|
| Property | : | 6255 W ARBY AVENUE #370, , LAS VEGAS, NV 89118 |

Pursuant to your request we hereby provide you with the payoff amount of the above-reference loan. We will not be responsible for any costs in connection with this transaction. We reserve the right to amend or withdraw this demand at any time.

| | | |
|---|---|---|
| Principal Balance | | $97,888.83 |
| Interest | 05/10/2023 | $1,379.16 |
| Escrow Balance | | $994.86 |
| Late Charge | | $216.28 |
| Misc Fee | | $9,541.06 |
| Annual Fee | | $100.00 |
| Reconveyance Fee | | $45.00 |
| Recording Fee | | $42.00 |
| **Amount to pay loan in full** | | **$110,207.19** |

| | |
|---|---|
| Next payment due date* | 05/03/2023 |
| **\* Per diem interest:** | **$24.14** |
| Late charge   $41.37 to be assessed on or after | 05/15/2023 |

**\*If payoff funds are received after the interest due to date, you will be required to add the interest per diem referenced above.**

**ALL FIGURES LISTED ABOVE ARE SUBJECT TO CHANGE. PLEASE CALL ON THE DAY OF PAYOFF TO RECEIVE AN ACCURATE PAYOFF QUOTE. \*NOTE: A late charge will be assessed 15 days after next payment due date.**

If the account is being closed due to the sale of property securing the account, the Early Closure Fee will be waived.
A copy of the closing statement reflecting old/new borrowers will be required to support the waiver.

**This statement expires 06/09/2023 . Funds must be in our office by 1.00 P.M. or interest will be charged through the next business day. Please calculate interest accordingly. THERE IS A $15.00 CHARGE FOR EACH UPDATED DEMAND. Any discrepancy between our calculation and yours may result in the accrual of additional interest. Issuance of this statement does not suspend the contract requirement to make the monthly payments when due.**

Please remit funds by WIRE TRANSFER to East West Bank, 135 N. Los Robles Ave., Pasadena, CA 91101. ABA No. ▇▇▇0381, & credit to Account #▇▇▇4-230 (Attention: Mortgage Division Incoming Wires, referencing the Loan number & Property Address)

The Full Reconveyance will be sent for recording after you have complied with our instructions and the required funds have been received and processed.

East West Bank
Loan Servicing Department

PL - LTN

9300 Flair Drive 3rd Floor, El Monte, CA  91731, Tel. 877-392-6868 Fax 626-962-9598
Email:  HelocDemandRequest@eastwestbank.com

**Zeigler, Joanne**

| | |
|---|---|
| **From:** | Angela H. Lee <AngelaH.Lee@eastwestbank.com> |
| **Sent:** | Friday, May 12, 2023 1:37 PM |
| **To:** | Zeigler, Joanne |
| **Subject:** | RE: 6255 .w Arby 370 closing Statement |

IMPORTANT NOTICE - This message sourced from an external mail server outside of the Company.

Hi Joanne,

I won't be able to send the statement to you, but I can confirm that your attachment appears to be the same statement that I emailed to Mr. Eom.

Best Regards,

Angela

Angela H. Lee

Asset Resolution Specialist

Consumer Spec Asset & Mod

Main:
626.986.2320

Fax:
  626.242.9533

AngelaH.Lee@eastwestbank.com

East West Bank
Loan Support Department
PO BOX 60020
City of Industry, CA 91716-0020

Read our Digital Magazine Reach Further

1

PLEASE READ: The foregoing is neither an offer nor acceptance concerning any existing agreement.  No offer or acceptance is valid as against the Bank unless signed in ink by an authorized officer of the Bank.  No email from the Bank shall be deemed to constitute an offer or acceptance concerning any agreement.  The Bank intends that there shall be no claims of estoppel and that no person shall change position in reliance upon this correspondence.  Nothing in this correspondence is to be construed as a waiver, limitation, or release of any and all rights and remedies of the Bank.

-----Original Message-----
From: Zeigler, Joanne <joanne.zeigler@fnf.com>
Sent: Friday, May 12, 2023 1:28 PM
To: Angela H. Lee <AngelaH.Lee@eastwestbank.com>
Subject: FW: 6255 .w Arby 370 closing Statement

[You don't often get email from joanne.zeigler@fnf.com. Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

CAUTION: This email is from an external sender. Don't click links or open attachments unless you recognize the sender and know the content is safe.

Hi Angela, can you please confirm that this is a valid payoff for loan ██████2153.  Or send one directly to me thanks

Joanne Zeigler
Escrow Officer, Lawyers Title of Nevada

10801 W. Charleston Blvd
Suite 225
Las Vegas, NV  89135
Direct Line: (702)693-5128
Fax: (702) 973-1557
Email: jzeigler@ltic.com
Please consider the environment before printing this e-mail.

.

-----Original Message-----
From: Hong Jun EOM <amongjun1@gmail.com>
Sent: Friday, May 12, 2023 1:23 PM
To: Zeigler, Joanne <joanne.zeigler@fnf.com>; YOUNG PARK <dukepark@me.com>; frasunny11@gmail.com; Hong Jun EOM <alsholdings@live.com>
Subject: 6255 .w Arby 370 closing Statement

IMPORTANT NOTICE - This message sourced from an external mail server outside of the Company.

hello this is closing statement from EastWest Bank for the property at 6255 W.Arby Ave. #370 Let me know , if you have any concern.

PL - LTN
Page 1840 of 7987

Thanks

_____
 NOTICE: The information contained in this message is proprietary and/or confidential and may be privileged. If you are not the intended recipient of this communication, you are hereby notified to: (i) delete the message and all copies; (ii) do not disclose, distribute or use the message in any manner; and (iii) notify the sender immediately.

-----------------------------------------------------------------------

This message was secured by Zix(R).

_____

PLEASE READ: The information contained in this e-mail is confidential and intended for the named recipient(s) only. If you are not an intended recipient of this e-mail you must not copy, distribute or take any further action in reliance upon it and you should delete it and notify the sender immediately. E-mail is not a secure method of communication. East West Bank cannot accept responsibility for the accuracy or completeness of this message or any attachment(s). This e-mail is intended for information purposes only and is not a solicitation or offer to buy or sell securities or related financial instruments.

If you are a California resident, you may have certain rights under the California Consumer Privacy Act regarding your Personal Information. You can learn more about these rights by reviewing our CCPA Notice at Collection on our website at Eastwestbank.com/ca-notice-at-collection<https://nam04.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.eastwestbank.com%2Fca-notice-at-collection&data=05%7C01%7Cjoanne.zeigler%40fnf.com%7Cf258271fa37f4c82b07a08db5328a30f%7C8a807b9b02da47f3a903791a42a2285c%7C0%7C0%7C638195206236203957%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&sdata=Fj0GvQjh4p4ZFdev6X%2BWA5upQShAbKuTyyzjgsDTYKE%3D&reserved=0>

928-0000000 EAST WEST BANK        REV. CREDIT STATEMENT            04-12-23    PAGE    79

```
                                    Statement Date         Apr 12, 2023
                                    Payment Due Date        May 03, 2023
                                    Account/Note Number         2153
                                    New Statement Balance      $99,589.63
                                    Fees Charged/Unpaid             $0.00
                                    Past Due Amount             $1,006.30
                                    Minimum Payment Due         $2,032.42


                                    Please send your payment to:
                                    EAST WEST BANK
                                    P.O. BOX 60021
                                    CITY OF INDUSTRY, CA 91716-0021

    ALS PROPERTY HOLDINGS, LLC           928
    501 SHORT CREST CT                         Amount Enclosed
    HENDERSON NV 89052
                                           A late fee of $41.37 will be
                                           imposed if payment is not received
                                           by 05/15/23.
```

```
Your checking account          7614 will be charged for this payment.  Retain this statement for
your records.

Account Number:         2153                              Page 1 of 2
Maturity Date: 04/09/48
Statement Date: 04/12/23        Payment Due Date: 05/03/23
```

| Available<br>Credit | Fees<br>Charged/Unpaid | Current<br>Amount Due | Past Due<br>Amount | Minimum<br>Payment Due |
|---|---|---|---|---|
| $4,111.17 | $0.00 | $1,026.12 | $1,006.30 | $2,032.42 |

```
    ------------------------------------------------------------------------
    |------------------------------ Transactions --------------------------|
    ------------------------------------------------------------------------
```

| Trans<br>Date | Post<br>Date | Description | Advances/Debits<br>Interest Charge | Payments/<br>Credits | Balance<br>Subject to<br>Interest Rate |
|---|---|---|---|---|---|
| 03/13 | | Principal Balance at the Beginning of the Cycle | | | $97,888.83 |
| 03/13 | 03/13 | Payment | $872.48 | | $97,888.83 |
| | | Loan Portion of Payment | | $706.67 | $97,888.83 |
| | | Interest Portion: | $706.67 | | |
| | | ESC Portion of Payment | $165.81 | | |

```
    ------------------------------------------------------------------------
    |--------------------------------- Fees -------------------------------|
    ------------------------------------------------------------------------
```

| | | | | | |
|---|---|---|---|---|---|
| 04/12 | 04/12 | Assessed - LATE FEE | $32.85 | | |
| 04/12 | 04/12 | Assessed - ANNUAL FEE $100 | $100.00 | | |
| 04/12 | 04/12 | Fee Assessed      $100.00 | | | |
| | | TOTAL FEES FOR THIS PERIOD | $132.85 | | |

```
    ------------------------------------------------------------------------
    |---------------------------- Interest Charged ------------------------|
    ------------------------------------------------------------------------
```

| | | | | |
|---|---|---|---|---|
| 04/12 | 04/12 | Interest Charge | $727.46 | |
| | | TOTAL INTEREST FOR THIS PERIOD | $727.46 | |

```
        ------------------------------------------------------
        |                2023 Totals Year-to-Date            |
        |----------------------------------------------------|
        | Total fees charged in 2023           $198.29       |
        | Total interest charged in 2023     $2,348.64       |
        ------------------------------------------------------
```

| Previous<br>Statement<br>Balance | Plus<br>Advances/<br>Debits | Minus<br>Payments/<br>Credits | Plus<br>Interest<br>Charge | Plus<br>Other<br>Charges | Equals Current<br>Statement<br>Balance |
|---|---|---|---|---|---|
| $99,435.99 | $0.00 | $706.67 | $727.46 | $132.85 | $99,589.63 |

928-0000000 EAST WEST BANK                          REV. CREDIT STATEMENT  ████████  04-12-23  PAGE    80

Page 2 of 2

ALS PROPERTY HOLDINGS, LLC              928
501 SHORT CREST CT
HENDERSON NV 89052

Account Number:  ████153████

CURRENT CYCLE INTEREST CHARGE INFORMATION
*There were 31 days in this cycle*
Your **INTEREST CHARGE** is $727.46 and the **ANNUAL PERCENTAGE RATE** is 8.75000 percent.
Balance Subject to Interest Rate: We figure the Interest Charge on your account by applying the
daily periodic rate of 0.0239726 percent to all the daily balances of your account.  The annual
percentage rate may vary.
To get the daily balances, we take the beginning Principal Balance of your account each day, add
any new advances and subtract any payments or credits.

For Customer Assistance Contact:
EAST WEST BANK
P.O. BOX 60021
CITY OF INDUSTRY, CA 91716-0021
877-392-6868

**Zeigler, Joanne**

| | |
|---|---|
| **From:** | Young, Jeanette |
| **Sent:** | Wednesday, May 17, 2023 2:47 PM |
| **To:** | Zeigler, Joanne |
| **Subject:** | RE: Document Delivery Notice - Order # Ref 1: 6255 W. Arby Ave # 370 #370, Las Vegas NV 89118-4661 Ref 2: |

approved Soyeon Eum,. authorized signor

## _In order to enable me to prioritize your request, please include the estimated closing date in your requests_

Jeanette Young
Title Officer
License No. 60424
500 N. Rainbow Boulevard, Suite 105
Las Vegas, NV 89107
Jeanette.young@fntg.com
Office: 702-632-5915

**\*\*Be aware!  Online banking fraud is on the rise.  If you receive an email containing WIRE TRANSFER INSTRUCTIONS call your escrow officer immediately to verify the information prior to sending funds.\*\***

NOTICE: The information contained in this message is proprietary and/or confidential and may be privileged. If you are not the intended recipient of this communication, you are hereby notified to: (i) delete the message and all copies; (ii) do not disclose, distribute or use the message in any manner; and (iii) notify the sender immediately.

**From:** Joanne Zeigler <joanne.zeigler@fnf.com>
**Sent:** Wednesday, May 17, 2023 11:37 AM
**To:** Young, Jeanette <Jeanette.Young@fntg.com>
**Subject:** Document Delivery Notice - Order # Ref 1: 6255 W. Arby Ave # 370 #370, Las Vegas NV 89118-4661 Ref 2:

IMPORTANT NOTICE - This message sourced from an external mail server outside of the Company.

This message was sent securely using Zix®



## SIGNATURE AND NOTARY ACKNOWLEDGMENT FOR
## GRANT BARGAIN SALE DEED

Dated: 5/17/23

ALS Property Holdings LLC, a Nevada limited liabillity company

BY: _____

So Yon Eum, Authorized Signer

State of NEVADA

County of CLARK

This instrument was acknowledged before me on this 17th day of May, 2023, by So Yon Eum, Authorized Signer

_____
Notary Public

[SEAL]

JOANNE ZEIGLER
Notary Public, State of Nevada
No. 98-36926-1
My Appt. Exp. Nov. 20, 2025

Grant Bargain and Sale Deed
SCA0002454.doc / Updated:  07.19.22

NV-CW-FXDH-03412.420338-31230581

**SIGNATURE AND NOTARY ACKNOWLEDGMENT FOR
GRANT BARGAIN SALE DEED**

Dated: 5/17/23

ALS Property Holdings LLC, a Nevada limited liabillity company

BY: _____

    So Yon Eum, Authorized Signer

State of NEVADA

County of CLARK

This instrument was acknowledged before me on this 17th day of May, 2023, by

So Yon Eum, Authorized Signer

_____
Notary Public

[SEAL]

JOANNE ZEIGLER
Notary Public, State of Nevada
No. 98-36926-1
My Appt. Exp. Nov. 20, 2025

Grant Bargain and Sale Deed
SCA0002454.doc / Updated: 07.19.22                    NV-CW-FXDH-03412.420338-31230581

**STATE OF NEVADA**
**DECLARATION OF VALUE**

1.  Assessor's Parcel Number(s)
    a. 176-02-810-018
    b. _____
    c. _____
    d. _____
2.  Type of Property:
    a. ☐ Vacant Land     b. ☒ Single Fam. Res.
    c. ☐ Condo/Twnhse    d. ☐ 2-4 Plex
    e. ☐ Apt. Bldg       f. ☐ Comm'l/Ind'l
    g. ☐ Agricultural    h. ☐ Mobile Home
       ☐ Other

| FOR RECORDERS OPTIONAL USE ONLY |
|---|
| Book_____ Page: _____ |
| Date of Recording: _____ |
| Notes: |

3.  a.  Total Value/Sales Price of Property          $ 290,000.00
    b.  Deed in Lieu of Foreclosure Only (value of property)   ( _____ )
    c.  Transfer Tax Value:                          $ 290,000.00
    d.  Real Property Transfer Tax Due               $ 1,479.00
4.  **If Exemption Claimed:**
    a.  Transfer Tax Exemption per NRS 375.090, Section   NONE
    b.  Explain Reason for Exemption: _____

5.  Partial Interest: Percentage being transferred:   100.00%
The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060
and NRS 375.110, that the information provided is correct to the best of their information and belief,
and can be supported by documentation if called upon to substantiate the information provided herein.
Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of
additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant
to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature _____   Capacity: Grantor _____

Signature _____   Capacity: Grantee _____

**SELLER (GRANTOR) INFORMATION**          **BUYER (GRANTEE) INFORMATION**
**(REQUIRED)**                              **(REQUIRED)**

Print Name:  ALS Property Holdings LLC, a Nevada    Print Name:  Duke Park
             limited liabillity company
Address:  PO Box 94292                             Address:  1297 Autumn Wind Way
City:  Las Vegas                                   City:  Henderson
State:  NV          Zip: 89193                     State:  NV      Zip: 89052

**COMPANY/PERSON REQUESTING RECORDING (Required if not seller or buyer)**
Print Name: Lawyers Title of Nevada, Inc           Escrow #   31230581
Address:    10801 W Charleston Blvd, Suite 225
City:       Las Vegas                              State: NV          Zip: 89135

AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED

## CERTIFICATE OF LIMITED LIABILITY COMPANY
## STATUS AND AUTHORITY OF ALS PROPERTY HOLDINGS LLC, A NEVADA LIMITED LIABILLITY COMPANY
### (continued)

10. That the following member/manager(s) is hereby authorized to execute any and all instruments and/or agreements, including, if necessary instruments of conveyance, on behalf of the limited liability company for the purposes in connection with this certificate:

So Yeon Eum, Authorized Signer

NOTE:  If all manager/members are required to sign, write "ALL MANAGERS/MEMBERS MUST SIGN"

11. The limited company executing this certificate understands that Lawyers Title of Nevada, Inc, by its acceptance of this certificate, is not obligated to issue the requested assurance of title.

The undersigned limited liability company, and each of the managers/members individually, hereby indemnifies Lawyers Title of Nevada, Inc, and any Title Insurance Company issuing assurance of title (title insurance) in connection with this certificate, against any and all claims, damages, lawsuits and attorney's fees which it may sustain in its reliance and acceptance of this certificate.

This certificate may be executed in any number of counterparts each of which shall be considered as an original and effective as such.

IN WITNESS WHEREOF, the undersigned have executed this document on the date(s) set forth below.

ALS Property Holdings LLC, a Nevada limited liabillity company

BY: _____

Lee Soo Ahn, Manager

_____
So Yeon Eum, Authorized Signer

State of NEVADA

County of CLARK

This instrument was acknowledged before me on this _____ day of _____, _____ by

_____.

_____
Notary Public

[SEAL]

### ATTACH A FULL COPY OF YOUR OPERATING
### AGREEMENT TO THIS CERTIFICATE

LLC Consent Form
NVD1066.doc / Updated:  07.07.20                    Page 2                    Printed:  05.17.23 @ 10:17 AM by JZ
NV-CW-FXDH-03P1_4203887830581

Page 1645 of 7987

**To:**      Lawyers Title of Nevada, Inc
**Preliminary Report No.:**   31230581 (The "Prelim")
**Issued On:**
**Trustor:**        ALS Property Holdings LLC, a Nevada limited liabillity company

PROPERTY COMMONLY KNOWN AS: 6255 W. Arby Ave # 370, Las Vegas, NV 89118-4661
PARCEL NO.:   176-02-810-018
(THE "PROPERTY")

The undersigned affiant(s), after being duly sworn hereby state(s) under oath that the following information is true and correct:

1. <u>Purpose of Affidavit</u>: This affidavit is made to Lawyers Title of Nevada, Inc, a Nevada Corporation (hereinafter "the Company") as an inducement to them to complete a transaction in connection with the above described property. The undersigned acknowledges that the Company and other persons are relying upon the representations in this affidavit as being true and correct and that the transaction would not be consummated without this affidavit being executed. The undersigned represents that he or she is the person whose signatures is affixed below and, if applicable, that he or she is duly authorized and qualified to execute this affidavit.

2. <u>Debts of Liens</u>: Except as indicated below, there are no: (a) loans; (b) actions or proceedings relating to the above described property in any State or Federal Court in the United States; (c) State or Federal Judgments or any Federal Liens of any kind or nature whatever which now constitutes a lien or charge upon the subject real property; (d) unrecorded liens, mortgages, tax liens; or (e) other estate liens on the above described property: (if none, state None)

                 *East west Bank*

3. <u>Improvement Debts or Liens</u>: Except as indicated below, there are no financing statements, chattel mortgages, conditional bills of sale or retention of title agreements affecting any fixtures located on the above property, unpaid debts including, but not limited to, on any of the following items which may be remaining on the property: plumbing fixtures, water heaters, floor furnaces, air conditioners, radio or television antennae, carpeting and/or rugs, lawn sprinkling systems, venetian blinds, window shades, draperies, electric appliances, fences, street paving or any personal property or fixtures that are attached to or part of the subject property described above, and there are no security interest on such property secured by financing statements, security agreements or otherwise, nor any bills or contracts outstanding for materials furnished and labor performed in connection with any construction or improvements on the above property with the exception of the following: (if none, state None)

                 *None*

4. <u>Homeowner Association ("HOA") and Special Improvement Liens</u>: Affiant has received no notice of either delinquent HOA assessments or Special Improvement Liens outstanding against the property other than those assessed under _____ and knows of no petitions for the paving, widening or other improvements to streets, alleys or sidewalks adjoining this property.

Affidavit (Owner's)
NVD1084.doc / Updated: 08.26.21           Page 1           Printed: 05.17.23 @ 10:23 AM by JZ
                                                           NV-CW-FXDH-03412.420338-31230581

PL - LTN
Page 1649 of 7987

(continued)

5. <u>Bankruptcy</u>:  There are no proceedings in bankruptcy or receivership that have been instituted by or against the owner of the subject property (and if a partnership, against the general partner(s) thereof), no assignment for the benefit of creditors has been made by the undersigned owner.  The undersigned acknowledges that bankruptcy of the undersigned will not discharge any liabilities to the Company which arise out of false or fraudulent representation in this affidavit.

6. <u>Off-Record Matters</u>:  The undersigned knows of no unrecorded easements or claims of easements, no disputes, discrepancies or encroachments affecting a setback or boundary line, and no contracts, options or rights to purchase other than in the transaction for which this affidavit is given.  There are no unrecorded judgments, liens, mortgages or other claims against the above property.

7. <u>Civil Liability</u>:  The undersigned is liable to the Company for (1) payment of unpaid debts or liens on the property not disclosed above, and (2) attorney's fees and expenses incurred in enforcing such liability.

8. <u>Criminal Liability</u>:  The undersigned has been notified that a false or fraudulent representation knowingly made by the undersigned in this affidavit constitutes a felony.

9. <u>Parties in Possession</u>:  The undersigned knows of no parties in possession that have the right to be in possession of said premises or any interest therein, including oil, gas or other minerals, other than (i) tenants shown as having such an interest set forth in the Preliminary Title Report, issued by Fidelity National Title Group, or (ii) tenants identified on the annexed Rent Roll, all having rights as tenants only, none of which have an option to purchase or right of first refusal affecting the premises and all of which tenants have leases containing automatic subordination to landlord's deeds of trust.

10. <u>Covenants and Restrictions</u>:  To the knowledge of the undersigned, (a) the undersigned has received no notice of past or present violations of any effective covenants, conditions or restrictions set forth in the Preliminary Title Report (the CC&R's) and (b) any charge or assessment provided for in any of the CC&R's has been duly paid.

11. <u>Indemnity</u>:  The undersigned acknowledge that they have read the foregoing and fully understand the legal aspects of any misrepresentations and/or untrue statements made herein and indemnify and hold harmless Lawyers Title of Nevada, Inc against liability occasioned by reason of reliance upon the statements made herein.

IN WITNESS WHEREOF, the undersigned have executed this document on the date(s) set forth below.

ALS Property Holdings LLC, a Nevada limited liability company

BY: _____

    So Yon Eum, Authorized Signer


State of NEVADA

County of CLARK

This instrument was acknowledged before me on this 17th day of May, 2023 by

So Yon Eum, Authorized Signer

_____
Notary Public

[SEAL]

JOANNE ZEIGLER
Notary Public, State of Nevada
No. 98-36926-1
My Appt. Exp. Nov. 20, 2025

Affidavit (Owner's)
NVD1084.doc / Updated:  08.26.21

Page 2

Printed:  05.17.23 @ 10:23 AM by JZ
NV-CW-FXDH-03412.420338-31230581

PL - LTN
Page 1650 of 7987

DocuSign Envelope ID: ABFDF282-E340-426C-8215-94C603217412

## CERTIFICATE OF LIMITED LIABILITY COMPANY
## STATUS AND AUTHORITY OF ALS PROPERTY HOLDINGS LLC
### (continued)

10. That the following member/manager(s) is hereby authorized to execute any and all instruments and/or agreements, including, if necessary instruments of conveyance, on behalf of the limited liability company for the purposes in connection with this certificate:

__Soyeon Eum, Authorized Signer__

NOTE: If all manager/members are required to sign, write "ALL MANAGERS/MEMBERS MUST SIGN"

11. The limited company executing this certificate understands that Lawyers Title of Nevada, Inc, by its acceptance of this certificate, is not obligated to issue the requested assurance of title.

The undersigned limited liability company, and each of the managers/members individually, hereby indemnifies Lawyers Title of Nevada, Inc, and any Title Insurance Company issuing assurance of title (title insurance) in connection with this certificate, against any and all claims, damages, lawsuits and attorney's fees which it may sustain in its reliance and acceptance of this certificate.

This certificate may be executed in any number of counterparts each of which shall be considered as an original and effective as such.

IN WITNESS WHEREOF, the undersigned have executed this document on the date(s) set forth below.

ALS Property Holdings LLC

BY: _____                 _Soo Ahn Lee Managing Member 04/17/2023_
                                                 D66AB629EAE14FE...

Soyeon Eum, Authorized Signer                    Soo Ahn Lee, Managing Member

State of NEVADA

County of CLARK

This instrument was acknowledged before me on this _____ day of _____, _____ by

_____.

_____
Notary Public

[SEAL]

### ATTACH A FULL COPY OF YOUR OPERATING
### AGREEMENT TO THIS CERTIFICATE

## CERTIFICATE OF LIMITED LIABILITY COMPANY
## STATUS AND AUTHORITY OF ALS PROPERTY HOLDINGS LLC, A NEVADA LIMITED LIABILLITY COMPANY
### (continued)

10. That the following member/manager(s) is hereby authorized to execute any and all instruments and/or agreements, including, if necessary instruments of conveyance, on behalf of the limited liability company for the purposes in connection with this certificate:

<u>So Yeon Eum, Authorized Signer</u>

NOTE: If all manager/members are required to sign, write "ALL MANAGERS/MEMBERS MUST SIGN"

11. The limited company executing this certificate understands that Lawyers Title of Nevada, Inc, by its acceptance of this certificate, is not obligated to issue the requested assurance of title.

The undersigned limited liability company, and each of the managers/members individually, hereby indemnifies Lawyers Title of Nevada, Inc, and any Title Insurance Company issuing assurance of title (title insurance) in connection with this certificate, against any and all claims, damages, lawsuits and attorney's fees which it may sustain in its reliance and acceptance of this certificate.

This certificate may be executed in any number of counterparts each of which shall be considered as an original and effective as such.

IN WITNESS WHEREOF, the undersigned have executed this document on the date(s) set forth below.

ALS Property Holdings LLC, a Nevada limited liabillity company

BY: _____

    Lee Soo Ahn, Manager

_____
  So Yeon Eum, Authorized Signer

State of NEVADA

County of CLARK

This instrument was acknowledged before me on this _____ day of _____, _____ by

_____.

_____
Notary Public

[SEAL]

### ATTACH A FULL COPY OF YOUR OPERATING AGREEMENT TO THIS CERTIFICATE

LLC Consent Form
NVD1066.doc / Updated: 07.07.20             Page 2           Printed: 05.17.23 @ 10:17 AM by JZ
NV-CW-FXDH-034 / 1420318-TIN30581

Page 1731 of 7987



**PRELIMINARY REPORT APPROVAL**

So Yon Eum, Authorized Signer
ALS Property Holdings LLC, a Nevada limited liabiliity
   company
PO Box 94292
Las Vegas, NV 89193

**Escrow No.:** 31230581-JZ
**Esc. Officer:** Joanne Zeigler
**Property:** 6255 W. Arby Ave # 370
    Las Vegas, NV 89118-4661

I have read the Preliminary Report issued by Lawyers Title of Nevada, Inc, dated April 25, 2023, covering the property described in your above numbered escrow. I know of no other matters pertaining to the condition of title other than stated in this report. Further we approve the legal description as being the property which is the subject of this escrow.

I hereby acknowledge receipt of copy of said Preliminary Report.

IN WITNESS WHEREOF, the undersigned have executed this document on the date(s) set forth below.

**SELLER(S):**

ALS Property Holdings LLC, a Nevada limited liabiliity
company

BY: _____
  So Yon Eum, Authorized Signer

_5/17/23_
  Date

Preliminary Approval - Seller
SSCORPD1839.doc / Updated: 12.19.22     Page 1     Printed: 05.17.23 @ 10:23 AM by JZ

PL - LTN
Page 1825 of 7987



**SUBSTITUTE FORM 1099-S**

Proceeds from Real Estate Transactions as required by the Internal Revenue Service
*You are required by law to provide Lawyers Title of Nevada, Inc with your correct taxpayer identification number. If you do not provide your correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law.*

Branch Address
Lawyers Title of Nevada, Inc
10801 W Charleston Blvd, Suite 225
Las Vegas, NV 89135
County Clark

This is important tax information and is being furnished to the Internal Revenue Service, as required by section 1521 of the Tax Reform Act of 1986. If you are required to file a return, a negligence penalty or other sanction will be imposed if this income is taxable and the IRS determines that it has not been reported.

**Escrow No.:** 31230581

**Date of closing:** May 18, 2023

**PROPERTY ADDRESS OR LEGAL DESCRIPTION**
6255 W. Arby Ave # 370, Las Vegas NV 89118

Assessor's Parcel Number (APN) - 176-02-810-018

**PROCEEDS FOR THIS SALE WENT TO:** (MULTIPLE SELLERS - Use one form for each seller. Treat a couple that files a joint tax return as one seller unless requested otherwise, then separate forms must be used.)

1. _ALS property Holdings_
Sellers Name (First, MI, Last or Entity Name)

2. _____
Spouse or Personal Representative

Federal Tax ID# for this seller
(List only the Tax ID# for the seller listed on Line 1, spouse Tax ID# not required. Executor/Trustee should not list their name as the seller unless they are going to report the proceeds on their personal income tax return. Disregarded entities should provide the name and Tax ID# of the responsible person/entity.)

**TOTAL CONSIDERATION**

$_____ Total Consideration
_____ % Percentage of ownership for this seller
$_____ GROSS Allocated Proceeds
(Total consideration multiplied by percentage of ownership)

☐ Exchange (If checked)

$_____ Tax Credit to Seller (Real property tax credits to seller contained in the 400 series of the HUD-1 or comparable closing statement form.)

**MAILING ADDRESS AFTER CLOSE:**
_1297 Autumn Windway_
_Henderson. NV  89052_

☐ Check here if the address is outside of the U.S.A.

☐ Check here if you are a foreign person per IRS regulations (nonresident alien, foreign partnership, foreign estate, or foreign trust). Do not sign below.

Under penalties of perjury, I certify that I am a U.S. person or U.S. resident alien and the number shown on this statement is my correct taxpayer identification number.

_____
Transferor's Signature

_5/17/23_
Date

_____
Spouse

_____
Date

Retain for 4 years

1099-S (Substitution) (1099) (10-03) (Rev. 09-12)
SSCORPD0265.doc

Page 1

PL - LTN
Printed: 05.17.23 @ 10:23 AM by JZ
NDAW-EXD1-P583-31230581

Page 1753 of 7987

## GENERAL CONDITIONS OF ESCROW AND ESCROW INSTRUCTIONS
### (continued)

BUYER(S) AND SELLER(S), BY THEIR SIGNATURE BELOW, HEREBY EVIDENCE THEIR ACCEPTANCE AND APPROVAL, OF THE TERMS SET FORTH IN THIS FINAL PAGE TO ESCROW INSTRUCTIONS, AS WELL AS THE TERMS AND PROVISIONS CITED ON ALL PRECEDING PAGES OF THESE INSTRUCTIONS. THIS AGREEMENT IN ALL PARTS APPLIES TO, INURES TO THE BENEFIT OF, AND BINDS ALL PARTIES HERETO, THEIR HEIRS, LEGATEES, DEVISEES, ADMINISTRATORS, EXECUTORS, SUCCESSORS AND ASSIGNS, AND WHENEVER THE CONTEXT SO REQUIRES THE MASCULINE GENDER INCLUDES THE FEMININE AND NEUTER, AND THE SINGULAR NUMBER INCLUDES THE PLURAL. THESE INSTRUCTIONS AND ANY OTHER AMENDMENTS MAY BE EXECUTED IN ANY NUMBER OF COUNTERPARTS, EACH OF WHICH SHALL BE CONSIDERED AS AN ORIGINAL AND BE EFFECTIVE AS SUCH.

IN WITNESS WHEREOF, the undersigned have executed this document on the date(s) set forth below.

**BUYER(S):**

_____     _____
Duke Park                                                            Date

**SELLER(S):**

ALS Property Holdings LLC, a Nevada limited liability
company

BY: _____     _____
So Yon Eum, Authorized Signer                         Date

General Conditions Of Escrow and Escrow Instructions
NVD1029.doc / Updated: 08.30.22                    Page 10

Printed: 05.17.23 @ 10:22 AM by JZ
NV-CW-FXDH-03412.420338-31230581

PL - LTN
Page 1793 of 7987



**STATEMENT OF INFORMATION
MARITAL STATUS**

**Escrow No.:** 31230581-JZ

Please complete current Marital Status (place a check mark or X in the applicable box(es) below):

|  | Single | Never Married |
|---|---|---|
|  | Divorced | Contact Escrow Agent as we may need a copy of your divorce decree and party settlement agreement. |
|  | Married | If married, spouse must join in the execution of all documents or execute a quitclaim deed releasing possible community interest. |
|  | Widowed | Contact Escrow Agent as we may need a certified copy of the death certificate to complete an affidavit terminating joint tenancy.  (If title was not held as joint tenant, a probate order may be needed.) |

1.  Has your marital status changed since you acquired title to the subject property?
☐ Yes   ☐ No

2.  If you answered yes to question 1 above, please complete the appropriate information below:

| MARRIED | |
|---|---|
| Please provide name and social security number of present spouse: | |
| Will spouse join in signing documents or execute a quitclaim deed? | ☐ Yes   ☐ Quitclaim Deed |

| DIVORCED | |
|---|---|
| Please provide name of former spouse: | |
| Date Married: | |
| Date Divorced: | |

| WIDOWED | |
|---|---|
| Please provide name of deceased spouse: | |

| REGISTERED DOMESTIC PARTNERS | |
|---|---|
| Please provide name and social security number of present Registered Domestic Partner: | |
| Will Registered Domestic Partner join in signing documents or execute a quitclaim deed? | ☐ Yes   ☐ Quitclaim Deed |

Statement of Information - Marital Status
NVD1091.doc / Updated: 12.14.22

Page 1

Printed: 05.17.23 @ 10:23 AM by JZ
NV-CW-FXDH-03412-120338-31230581
PL - LTN

Page 1820 of 7987

# STATEMENT OF INFORMATION
## MARITAL STATUS
(continued)

The undersigned does hereby attest and certify that the above information is true and correct.

IN WITNESS WHEREOF, the undersigned have executed this document on the date(s) set forth below.

ALS Property Holdings LLC, a Nevada limited liability
company

BY: _____          5/17/23
    So Yon Eum, Authorized Signer                    Date

Statement of Information - Marital Status
NVD1091.doc / Updated:  12.14.22                    Page 2

Printed:  05.17.23 @ 10:23 AM by JZ
NV-CW-FXDH-034439 H20338-84830581
PL-LTN
Page 1821 of 7987

# ALS PROPERTY HOLDINGS LLC.

## May 5, 2023

TO. EASTWEST BANK LOAN SUPPORT    DEPARTMENT

HELOC Loan#: 00009182155,  00009182153,

00009182146,  00009178900

3rd Party Contact Information: Hong Jun EOM

782 Glistening Light Ct. Henderson, Nv 89052

702 328 2053,  Amongjun1@gmail.com, ALSHoldings@live.com

A Passcode to Validate the 3rd party When he/she calls in: 7021

I , Leesoo Ahn, consent to Discuss loan matters in my absence with Hong jun EOM.

So, Please allow him to discuss about any matters about those loan accounts mentioned above.

SINCERELY,

LEESOO AHN

May 5 , 2023

782 Glistening light Ct. Henderson, NV 89052



## EASTWESTBANK

August 18, 2023

ALS PROPERTY HOLDINGS LLC
LEE AHN
501 SHORT CREST CT
HENDERSON NV 89052

Re: Loan no:    9182146
Collateral:    10041 OAK CREEK CANYON AVE, LAS VEGAS NV 89147

To Whom It May Concern:

The above referenced loan number was closed or paid in full on August 3, 2023.

If your loan was secured by real estate, the document(s) to release the lien(s) on the property was sent to the County Recorder's Office for recording. You should receive the original recorded document(s) from the County Recorder's Office within 5 to 6 weeks.

Enclosed is a Refund for:

| X | Refund Check # | 187033477 | Amount | $391.89 | Dated | 8/8/2023 |
|---|---|---|---|---|---|---|
|  | Refund DDA# |  | Amount |  | Dated |  |
|  |  |  | Amount |  | Dated |  |

Please inform your insurance agent to eliminate our name as a loss payee/mortgagee from the insurance policy and /or your taxing authority to determine the next tax payment that is due.

Thank you for financing with East West Bank. We appreciate the opportunity in being your business partner and we hope that you will consider financing with us again in the future.

If you should have any questions or should need additional information, please do not hesitate to call our Customer Service Line (877) 392-6868, and an associated will be happy to assist you.

Sincerely,

East West Bank
Loan Servicing Department

P.O. Box 60020, City of Industry, CA 91716, Tel. 877.392.6868 Fax 626.242.9570 • Nasdaq: EWBC      **Plaintiff**

CONFIDENTIAL NOTICE: The information contained in this facsimile message is a privileged and confidential information intended for the use of the individual or entity      Page 1598 of 12915

**HELOC Payoff Statement**



**EAST WEST BANK**
Your financial bridge®

LAWYERS TITLE
10801 W CHARLESTON BLVD
SUITE 225
LAS VEGAS  NV  89135
Phone# 7026935128
Email: jzeigler@ltic.com

| | | |
|---|---|---|
| Date | : | 08/02/2023 |
| Loan No | : | ▇2146 |
| Borrower | : | ALS PROPERTY HOLDINGS LLC |

Attn    :   JOANNE ZEIGLER
Escrow No  :   31230956

Property   :    10041 OAK CREEK CANYON AVENUE, ,
LAS VEGAS, NV 89147

Pursuant to your request we hereby provide you with the payoff amount of the above-reference loan. We will not be responsible for any costs in connection with this transaction. We reserve the right to amend or withdraw this demand at any time.

| | | |
|---|---|---|
| Principal Balance | | $130,693.31 |
| Interest | 08/02/2023 | $2,163.57 |
| Late Charge | | $51.69 |
| Statement Fee | | $30.00 |
| Reconveyance Fee | | $45.00 |
| Recording Fee | | $42.00 |
| | | |
| **Amount to pay loan in full** | | **$133,025.57** |
| | | |
| Next payment due date* | | 07/19/2023 |
| * Per diem interest: | | $34.02 |
| Late charge   $51.69 to be assessed on or after | | 07/31/2023 |

**\*If payoff funds are received after the interest due to date, you will be required to add the interest per diem referenced above.**

ALL FIGURES LISTED ABOVE ARE SUBJECT TO CHANGE. PLEASE CALL ON THE DAY OF PAYOFF TO RECEIVE AN ACCURATE PAYOFF QUOTE. \*NOTE: A late charge will be assessed 10 days after next payment due date.

If the account is being closed due to the sale of property securing the account, the Early Closure Fee will be waived. A copy of the closing statement reflecting old/new borrowers will be required to support the waiver.

This statement expires 09/01/2023 . Funds must be in our office by 1.00 P.M. or interest will be charged through the next business day. Please calculate interest accordingly. THERE IS A $15.00 CHARGE FOR EACH UPDATED DEMAND. Any discrepancy between our calculation and yours may result in the accrual of additional interest. Issuance of this statement does not suspend the contract requirement to make the monthly payments when due.

Please remit funds by WIRE TRANSFER to East West Bank, 135 N. Los Robles Ave., Pasadena, CA 91101. ABA No. ▇0381, & credit to Account # ▇4-230 (Attention: Mortgage Division Incoming Wires, referencing the Loan number & Property Address)

The Full Reconveyance will be sent for recording after you have complied with our instructions and the required funds have been received and processed.

East West Bank
Loan Servicing Department

VERIFIED with Repetitive Wire List 8/3/23 by Jen Provance

PL - LTN

9300 Flair Drive 3rd Floor, El Monte, CA  91731, Tel. 877-392-6868 Fax 626-943-9919
Email: HelocDemandRequest@eastwestbank.com



# EAST WEST BANK

## Borrower's Instruction to Suspend and Close Equity Line of Credit

Lender: East West Bank

Borrower/s: ALS PROPERTY HOLDINGS, LLC _____

Account Number: ███2146 _____

Encumbered Property Address: 10041 OAK CREEK CANYON AVE; LAS VEGAS, NV   89147

Escrow or Settlement Agent Name, if applicable: LAWYERS TITLE _____

In connection with a sale or refinance of the above-referenced property, my Escrow Settlement Agent has requested a payoff demand statement for the above-described equity line of credit. I understand my ability to use this equity line of credit has been suspended for at least 30 days to accommodate this pending transaction. I understand that I cannot use any credit cards, debit cards, or checks associated with this equity line of credit while it is suspended and all amounts will be due and payable upon close of escrow. I also understand that when payment is made in accordance with the payoff demand statement, my equity line of credit will be closed. If any amounts remain due after the payment is made, I understand I will remain personally liable for those amounts even if the equity line of credit has been closed and the property released.

This is my written authorization and instruction that you are to close my equity line of credit and cause the secured lien against this property to be released when you are in receipt of both this instruction and payment in accordance with your payoff demand statement.

Date: 7/28/23 _____

Borrower' Signature _____

Date: _____

Borrower' Signature _____

## NOTE:  All borrowers must sign this form

9300 Flair Drive 3rd Floor, El Monte, CA  91731, Tel. 877-392-6868 Fax 626-242-9570
Email: HelocDemandRequest@eastwestbank.com

PL - LTN
Page 5326 of 7987



**OWNER INFORMATION REQUEST**

*IN ORDER TO EXPEDITE YOUR TRANSACTION, WE NEED INFORMATION ABOUT YOU AND YOUR PROPERTY. PLEASE COMPLETE, SIGN, AND RETURN THIS FORM AND THE ENCLOSED STATEMENT OF INFORMATION, IF APPLICABLE, TO OUR ESCROW OFFICE AS SOON AS POSSIBLE. IF ANY OF THE FOLLOWING IS NOT APPLICABLE, PLEASE INDICATE BY WRITING "NONE" OR "N/A." THANK YOU.*

TO:  Lawyers Title of Nevada, Inc                              Escrow No.: 31230956-JZ

Borrower Name:  ALS Properties LLC _____     TIN No. __ __ - __ __ __ __ __ __

**This property is my/our Primary Residence:**                            ☐ Yes    ☐ No

Current Address (if other than Property Address): _____

**My/Our Marital Status has changed since I/we acquired Title to the Property:** ☐ Yes   ☐ No

Spouse's Name: _____

The following items affect:  **10041 Oak Creek Canyon Avenue, Las Vegas, NV 89147-8053**

**1ST LOAN**        Name of Lender:  EAST WEST BANK_____
                    Address: _____
                    Phone: _____
                    Loan No.: ■■■_____ Approximate Unpaid Balance: $_____
                    Last Payment Date: _____
                    Have you entered into a forbearance* agreement or loan modification with this lender? ☐ Yes  ☐ No
                    Type of Loan:  ☐ FHA    ☐ VA    ☐ Cal Vet    ☐ Conventional    ☐ Other
                                   ☐ Payoff  ☐ Subordinate              ☐ Equity Line/Credit Line

**2ND LOAN**        Name of Lender: _____
                    Address: _____
                    Phone: _____
                    Loan No.: _____ Approximate Unpaid Balance: $_____
                    Last Payment Date: _____
                    Have you entered into a forbearance* agreement or loan modification with this lender? ☐ Yes  ☐ No
                    Type of Loan:  ☐ FHA    ☐ VA    ☐ Cal Vet    ☐ Conventional    ☐ Other
                                   ☐ Payoff  ☐ Subordinate              ☐ Equity Line/Credit Line

**HOMEOWNERS**      This property is affected by a "Community Association"  ☐ Yes  ☐ No
**ASSOCIATION/**
**MANAGEMENT**      Name of First: _____         ☐ Assoc ☐ Mgmt
                    Association Dues Payable: _____
**COMPANY**         Phone: _____      Fax: _____

                    Name of Second: _____        ☐ Assoc ☐ Mgmt
                    Association Dues Payable: _____
                    Phone: _____      Fax: _____

**WATER DISTRICT**  Name: _____
                    Phone: _____      Fax: _____

**Is the property in a gated community?** ☐ Yes ☐ No    Gate Code: _____

**FIRE INSURANCE**  Company: _____
                    Policy No.: _____ Premium Amount: $_____
                    Agent Name: _____
                    Phone: _____      Fax: _____
                    Email: _____      Expiration Date: _____

**PLEASE PROVIDE ANY ADDITIONAL INFORMATION ON THE REVERSE HEREOF.**

PL - LTN

## OWNER'S AUTHORIZATION

As may be specifically and properly required to complete my transaction described in the escrow instructions, Lawyers Title of Nevada, Inc is hereby authorized and instructed to obtain and comply with transfer instructions and payoff "demands" from the lenders and/or parties named above and to make payment(s) in full from funds accruing to my account at close of escrow including but not limited to, forwarding/service/transfer fees/payments/reconveyance fees, interest or prepayment charges as demanded by such instructions without my further approval.

<u>CREDIT LINE LOANS:</u>  This letter authorizes you to freeze the referenced credit line upon issuance of your demand.  If you require further authorization, please contact the undersigned immediately.  Furthermore, the undersigned authorize you to fax written confirmation of the account block/freeze at your earliest convenience to Lawyers Title of Nevada, Inc at Fax No. .

*Forbearance:  An agreement made between a mortgage lender and delinquent borrower in which the lender agrees not to foreclose on a mortgage and the borrower agrees to a mortgage repayment plan that will bring the borrower current on their payments.

IN WITNESS WHEREOF, the undersigned have executed this document on the date(s) set forth below.

ALS Properties LLC

BY: _____

Lee Soo Ahn

_____8|2|23_____
Date

Phone: _____ Fax: _____

Email: _____

PL - LTN

Owner Info Request
NVD1269.doc / Updated:  12.01.21

Page 2

Printed: 07-26-23 @ 09:43 AM by JZ
NV-FWET-IMP.IMP-23003536-230956

## DISBURSEMENT OF PROCEEDS/WIRE
## TRANSFER INSTRUCTIONS
## (BORROWER)
### (continued)

IN WITNESS WHEREOF, the undersigned have executed this document on the date(s) set forth below.

ALS Properties LLC

BY: _____
       Duke Park, Manager

_08.03.2023_
Date

Mailing Address for Closing Package:

_782 Glistening Light Ct_
_Henderson, NV 89052_

Phone: _(702) 722 4277_

Email: _____

Mailing Address for Future Correspondence:

_____

_____

**(FOR INTERNAL PURPOSES ONLY)**

Received in Person From: _DUKE PARK–ALSO MATCHES LAST 3 CLOSINGS_

Spoke To: _____

Company/Party: _____

Phone No.: _____

Reason for Change: _____

Date/Time: _8-3-22_   /   _9 AM_

Confirmed By: _JOANNE ZEIGLER_

EI - Disbursement
SSCORPD1895.doc / Updated: 06.23.23                    Page 2                    Printed: 08.03.23 @ 07:29 AM by JZ
NV-CW-FXDH-03412.420338-31230956

PL - LTN
Page 4956 of 7987

## DISBURSEMENT OF PROCEEDS/WIRE
## TRANSFER INSTRUCTIONS
## (BORROWER)
### (continued)

IN WITNESS WHEREOF, the undersigned have executed this document on the date(s) set forth below.

ALS Properties LLC

BY: _____
        Duke Park, Manager

_____  08·03·2023
                                        Date

Mailing Address for Closing Package:

_782 Glistening Light Ct_
_Henderson, NV 89052_

Phone: _____(702) 722 4277_____

Email: _____

Mailing Address for Future Correspondence:

_____

_____

**(FOR INTERNAL PURPOSES ONLY)**

Received in Person From: _____

Spoke To: _____

Company/Party: _____

Phone No.: _____

Reason for Change: _____

Date/Time: _____ / _____

Confirmed By: _____

EI - Disbursement
SSCORPD1895.doc / Updated:  06.23.23          Page 2          Printed:  08.03.23 @ 07:29 AM by JZ
                                                              NV-CW-FXDH-03412.420338-31230956

PL - LTN
Page 5333 of 7987

# OWNER'S AFFIDAVIT

**To:**                                   Lawyers Title of Nevada, Inc
**Preliminary Report No.:**   31230956 (The "Prelim")
**Issued On:** *8-3-2023*
**Trustor:**                           ALS Properties LLC

PROPERTY COMMONLY KNOWN AS: 10041 Oak Creek Canyon Avenue, Las Vegas, NV 89147-8053
PARCEL NO.:   163-18-310-028
(THE "PROPERTY")

The undersigned affiant(s), after being duly sworn hereby state(s) under oath that the following information is true and correct:

1. Purpose of Affidavit: This affidavit is made to Lawyers Title of Nevada, Inc, a Nevada Corporation (hereinafter "the Company") as an inducement to them to complete a transaction in connection with the above described property. The undersigned acknowledges that the Company and other persons are relying upon the representations in this affidavit as being true and correct and that the transaction would not be consummated without this affidavit being executed. The undersigned represents that he or she is the person whose signatures is affixed below and, if applicable, that he or she is duly authorized and qualified to execute this affidavit.

2. Debts of Liens: Except as indicated below, there are no: (a) loans; (b) actions or proceedings relating to the above described property in any State or Federal Court in the United States; (c) State or Federal Judgments or any Federal Liens of any kind or nature whatever which now constitutes a lien or charge upon the subject real property; (d) unrecorded liens, mortgages, tax liens; or (e) other estate liens on the above described property: (if none, state None)

   *1. East West Bank*

3. Improvement Debts or Liens: Except as indicated below, there are no financing statements, chattel mortgages, conditional bills of sale or retention of title agreements affecting any fixtures located on the above property, unpaid debts including, but not limited to, on any of the following items which may be remaining on the property: plumbing fixtures, water heaters, floor furnaces, air conditioners, radio or television antennae, carpeting and/or rugs, lawn sprinkling systems, venetian blinds, window shades, draperies, electric appliances, fences, street paving or any personal property or fixtures that are attached to or part of the subject property described above, and there are no security interest on such property secured by financing statements, security agreements or otherwise, nor any bills or contracts outstanding for materials furnished and labor performed in connection with any construction or improvements on the above property with the exception of the following: (if none, state None)

   *None*

4. Homeowner Association ("HOA") and Special Improvement Liens: Affiant has received no notice of either delinquent HOA assessments or Special Improvement Liens outstanding against the property other than those assessed under _____ and knows of no petitions for the paving, widening or other improvements to streets, alleys or sidewalks adjoining this property.

Affidavit (Owner's)
NVD1084.doc / Updated: 08.26.21                    Page 1                    Printed: 08.03.23 @ 07:29 AM by JZ
                                                                              NV-CW-FXDH-0341.42-31230956

Page 5347 of 7987

## OWNER'S AFFIDAVIT
(continued)

5. <u>Bankruptcy</u>:  There are no proceedings in bankruptcy or receivership that have been instituted by or against the owner of the subject property (and if a partnership, against the general partner(s) thereof), no assignment for the benefit of creditors has been made by the undersigned owner.  The undersigned acknowledges that bankruptcy of the undersigned will not discharge any liabilities to the Company which arise out of false or fraudulent representation in this affidavit.

6. <u>Off-Record Matters</u>:  The undersigned knows of no unrecorded easements or claims of easements, no disputes, discrepancies or encroachments affecting a setback or boundary line, and no contracts, options or rights to purchase other than in the transaction for which this affidavit is given.  There are no unrecorded judgments, liens, mortgages or other claims against the above property.

7. <u>Civil Liability</u>:  The undersigned is liable to the Company for (1) payment of unpaid debts or liens on the property not disclosed above, and (2) attorney's fees and expenses incurred in enforcing such liability.

8. <u>Criminal Liability</u>:  The undersigned has been notified that a false or fraudulent representation knowingly made by the undersigned in this affidavit constitutes a felony.

9. <u>Parties in Possession</u>:  The undersigned knows of no parties in possession that have the right to be in possession of said premises or any interest therein, including oil, gas or other minerals, other than (i) tenants shown as having such an interest set forth in the Preliminary Title Report, issued by Fidelity National Title Group, or (ii) tenants identified on the annexed Rent Roll, all having rights as tenants only, none of which have an option to purchase or right of first refusal affecting the premises and all of which tenants have leases containing automatic subordination to landlord's deeds of trust.

10. <u>Covenants and Restrictions</u>:  To the knowledge of the undersigned, (a) the undersigned has received no notice of past or present violations of any effective covenants, conditions or restrictions set forth in the Preliminary Title Report (the CC&R's) and (b) any charge or assessment provided for in any of the CC&R's has been duly paid.

11. <u>Indemnity</u>:  The undersigned acknowledge that they have read the foregoing and fully understand the legal aspects of any misrepresentations and/or untrue statements made herein and indemnify and hold harmless Lawyers Title of Nevada, Inc against liability occasioned by reason of reliance upon the statements made herein.

IN WITNESS WHEREOF, the undersigned have executed this document on the date(s) set forth below.

ALS Properties LLC

BY: _____
     Duke Park, Manager

State of NEVADA

County of CLARK

This instrument was acknowledged before me on this _03_ day of _August_ _2023_ by

_Duke Park_ .

_____
Notary Public

[SEAL]

RAUL A. OZUNA
Notary Public, State of Nevada
No. 09-10949-1
My Appt. Exp. Sept. 14, 2025

# GAP INDEMNITY AGREEMENT
### (continued)

In case such matters are removed from the title to said real estate (other than by the Company) to the reasonable satisfaction of the Company, then the above obligation to be void, otherwise to remain in full force and virtue.

If the policy or policies are issued through an agent, this agreement shall also run in favor of the agent.

THE UNDERSIGNED EXECUTES THIS AGREEMENT BECAUSE OF THE BENEFITS DIRECTLY AND INDIRECTLY ACCRUING TO IT BY REASON OF THE ISSUANCE OF SAID POLICIES.

IN WITNESS WHEREOF, the undersigned have executed this document on the date(s) set forth below.

ALS Properties LLC

BY:_____          08·03·2023
    Duke Park, Manager                              Date

Gap Indemnity Agreement
NVD1083.doc / Updated:  07.21.21

Page 2

Printed:  08.03.23 @ 07:30 AM by JZ
NV-CW-FXDH-03012.422031.NV230956

Page 5352 of 7987

# ALS PROPERTY HOLDINGS LLC.

## May 5, 2023

TO. EASTWEST BANK LOAN SUPPORT    DEPARTMENT

HELOC Loan#: 00009182155,  00009182153,

00009182146,  00009178900

3rd Party Contact Information: Hong Jun EOM

782 Glistening Light Ct. Henderson, Nv 89052

702 328 2053,  Amongjun1@gmail.com, ALSHoldings@live.com

A Passcode to Validate the 3rd party When he/she calls in: 7021

I , Leesoo Ahn, consent to Discuss loan matters in my absence with Hong jun EOM.

So, Please allow him to discuss about any matters about those loan accounts mentioned above.

SINCERELY,

LEESOO AHN

Plaintiff

782 Glistening light Ct. Henderson, NV 89052



# EAST WEST BANK

September 1, 2023

ALS PROPERTY HOLDINGS LLC
LEE AHN
501 SHORT CREST CT
HENDERSON NV 89052

Re: Loan no:    9178900
Collateral:     501 SHORT CREST CT, HENDERSON NV 89052

To Whom It May Concern:

The above referenced loan number was closed or paid in full on August 17, 2023.

If your loan was secured by real estate, the document(s) to release the lien(s) on the property was sent to the County Recorder's Office for recording.  You should receive the original recorded document(s) from the County Recorder's Office within 5 to 6 weeks.

Enclosed is a Refund for:

| | | | Amount | | Dated | |
|---|---|---|---|---|---|---|
| X | Refund Check # | 187033590 | Amount | $416.31 | Dated | 8/18/2023 |
| | Refund DDA# | | Amount | | Dated | |
| | | | Amount | | Dated | |

Please inform your insurance agent to eliminate our name as a loss payee/mortgagee from the insurance policy and /or your taxing authority to determine the next tax payment that is due.

Thank you for financing with East West Bank.  We appreciate the opportunity in being your business partner and we hope that you will consider financing with us again in the future.

If you should have any questions or should need additional information, please do not hesitate to call our Customer Service Line (877) 392-6868, and an associated will be happy to assist you.

Sincerely,

East West Bank
Loan Servicing Department

P.O. Box 60020, City of Industry, CA 91716, Tel. 877.392.6868 Fax 626.242.9570 • Nasdaq: EWBC
CONFIDENTIAL NOTICE: The information contained in this facsimile message is a privileged and confidential information intended for the use of the addressee only.

| | |
|---|---|
| **From:** | Donna Weaver <Donna.Weaver@EastWestBank.com> |
| **Sent:** | Wednesday, August 2, 2023 9:58 AM |
| **To:** | RMB-NVEPUIPayoffs |
| **Cc:** | Angie Ly; Michael Silva |
| **Subject:** | ██8900 - ESCROW # 31230977 |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |
| **Categories:** | David Kumar Chinchani |

IMPORTANT NOTICE - This message sourced from an external mail server outside of the Company.

HELLO TEAM,

We received your request for a payoff demand.

1. DUKE PARK signed your authorization. This person is not on the loan, nor is his name listed on LIMITED LIABILITY COMPANY RESOLUTION TO BORROW. We need authorization signed by LEE SOO AHN. Please resend.



Donna Weaver

Loan Servicing Specialist II

Loan Servicing - Mortgage

Donna.Weaver@EastWestBank.com

9300 Flair Dr., 3rd Fl.

El Monte, CA 91731

Read our Digital Magazine Reach Further

     

PLEASE READ: The information contained in this e-mail is confidential and intended for the named recipient(s) only. If you are not an intended recipient of this e-mail you must not copy, distribute or take any further action in reliance upon it and you should delete it and notify the sender immediately. E-mail is not a secure method of communication. East West Bank cannot accept responsibility for the accuracy or completeness of this message or any attachment(s). This e-mail is intended for information purposes only and is not a solicitation or offer to buy or sell securities or related financial instruments.

If you are a California resident, you may have certain rights under the California Consumer Privacy Act regarding your Personal Information. You can learn more about these rights by reviewing our CCPA Notice at Collection on our website at Eastwestbank.com/ca-notice-at-collection

PL - LTN

Page 6189 of 7987

| | |
|---|---|
| **From:** | * Loan Support <loansupport@eastwestbank.com> |
| **Sent:** | Friday, July 28, 2023 10:53 AM |
| **To:** | RMB-NVEPUIPayoffs |
| **Subject:** | Automatic reply: PAYOFF REQUEST: Order #31230977 / 501 Short Crest Court Henderson, NV 89052-2373 |

IMPORTANT NOTICE - This message sourced from an external mail server outside of the Company.

Hello,

Your request has been received. Please see below for the turnaround times for the below request types:

General Requests (eg. monthly statements and loan documents):
- 1-3 business days

Address changes:
- 3-5 business days

Payoff Demand Requests: (must include a wet signature)
- SFR/MFR Loans: 3-5 business days
- HELOC Loans: 5-7 business days
- Commercial Loans: Up to 10 business days

PLEASE READ: The information contained in this e-mail is confidential and intended for the named recipient(s) only. If you are not an intended recipient of this e-mail you must not copy, distribute or take any further action in reliance upon it and you should delete it and notify the sender immediately. E-mail is not a secure method of communication. East West Bank cannot accept responsibility for the accuracy or completeness of this message or any attachment(s). This e-mail is intended for information purposes only and is not a solicitation or offer to buy or sell securities or related financial instruments.

If you are a California resident, you may have certain rights under the California Consumer Privacy Act regarding your Personal Information. You can learn more about these rights by reviewing our CCPA Notice at Collection on our website at Eastwestbank.com/ca-notice-at-collection

**HELOC Payoff Statement**



**EAST WEST BANK**
Your financial bridge®

LAWYERS TITLE
10801 W CHARLESTON BLVD
SUITE 225
LAS VEGAS   NV   89135
Phone# 7026935128
Email: jzeigler@ltic.com
Fax# 702-973-1557

| | | |
|---|---|---|
| Date | : | 08/03/2023 |
| Loan No | : | ███8900 |
| Borrower | : | ALS PROPERTY HOLDINGS LLC |

Attn       :   JOANNE ZEIGLER
Escrow No  :   31230977

Property   :   501 SHORT CREST COURT, ,
                HENDERSON, NV 89052

Pursuant to your request we hereby provide you with the payoff amount of the above-reference loan. We will not be responsible for any costs in connection with this transaction. We reserve the right to amend or withdraw this demand at any time.

| | | |
|---|---|---|
| Principal Balance | | $199,949.11 |
| Interest | 08/03/2023 | $1,780.37 |
| Late Charge | | $153.59 |
| Statement Fee | | $30.00 |
| Reconveyance Fee | | $45.00 |
| Recording Fee | | $42.00 |
| **Amount to pay loan in full** | | **$202,000.07** |

Next payment due date* ................................ 08/18/2023
**\* Per diem interest:** .............................. **$52.04**
Late charge   $76.01 to be assessed on or after ...... 08/28/2023

*If payoff funds are received after the interest due to date, you will be required to add the interest per diem referenced above.

ALL FIGURES LISTED ABOVE ARE SUBJECT TO CHANGE. PLEASE CALL ON THE DAY OF PAYOFF TO RECEIVE AN ACCURATE PAYOFF QUOTE. *NOTE: A late charge will be assessed 10 days after next payment due date.

If the account is being closed due to the sale of property securing the account, the Early Closure Fee will be waived. A copy of the closing statement reflecting old/new borrowers will be required to support the waiver.

**This statement expires 09/02/2023** . Funds must be in our office by 1.00 P.M. or interest will be charged through the next business day. Please calculate interest accordingly. THERE IS A $15.00 CHARGE FOR EACH UPDATED DEMAND. Any discrepancy between our calculation and yours may result in the accrual of additional interest. Issuance of this statement does not suspend the contract requirement to make the monthly payments when due.

Please remit funds by WIRE TRANSFER to East West Bank, 135 N. Los Robles Ave., Pasadena, CA 91101. ABA No. ████0381, & credit to Account #█████4-230 (Attention: Mortgage Division Incoming Wires, referencing the Loan number & Property Address)

The Full Reconveyance will be sent for recording after you have complied with our instructions and the required funds have been received and processed.

East West Bank
Loan Servicing Department

PL - LTN



이 여권은 별도의 기재가 | This passport is valid
없는 한 모든 국가에서 | for all countries unless
유효함. | otherwise endorsed.

귀하의 안전을 위하여 해외여행 전에는 반드시 외교부 해외안전여행
홈페이지(http://www.0404.go.kr)를 방문하시기 바랍니다. 여행 목적지가
여행경보지역인 경우에는 해당되는 지침을 준수하시기 바랍니다.

소지인의 서명
Signature of bearer

대한민국 REPUBLIC OF KOREA

여권 PASSPORT    종류/Type    발행국/Issuing country    여권번호/Passport No.
                 PM          KOR
                 성/Surname
                 AHN (spouse of EUM)
                 이름/Given names
                 LEE SOO
                 국적/Nationality
                 REPUBLIC OF KOREA
                 생년월일/Date of birth        주민등록번호/Personal No.

                 성별/Sex
                 F
                 발급일/Date of issue
                                              발행관청/Authority
                                              MINISTRY OF FOREIGN AFFAIRS
                                              한글성명/
                                              안이수

PMKORAHN<<LEE<SOO<<<<<<<<<<<<<<<<<<<<<<<<<<<<<

## OWNER'S AUTHORIZATION

As may be specifically and properly required to complete my transaction described in the escrow instructions, Lawyers Title of Nevada, Inc is hereby authorized and instructed to obtain and comply with transfer instructions and payoff "demands" from the lenders and/or parties named above and to make payment(s) in full from funds accruing to my account at close of escrow including but not limited to, forwarding/service/transfer fees/payments/reconveyance fees, interest or prepayment charges as demanded by such instructions without my further approval.

<u>CREDIT LINE LOANS:</u>  This letter authorizes you to freeze the referenced credit line upon issuance of your demand.  If you require further authorization, please contact the undersigned immediately.  Furthermore, the undersigned authorize you to fax written confirmation of the account block/freeze at your earliest convenience to Lawyers Title of Nevada, Inc at Fax No. .

*Forbearance:  An agreement made between a mortgage lender and delinquent borrower in which the lender agrees not to foreclose on a mortgage and the borrower agrees to a mortgage repayment plan that will bring the borrower current on their payments.

IN WITNESS WHEREOF, the undersigned have executed this document on the date(s) set forth below.

ALS Properties LLC

BY: _____

Lee Soo Ahn

Date: 8|2|23

Phone: _____  Fax: _____

Email: _____

Owner Info Request
NVD1269.doc / Updated: 12.01.21

Page 2

PL - LTN
Printed: 07.26.23 @ 09:43 AM by JZ
Page 108 of 180



# OWNER INFORMATION REQUEST

*IN ORDER TO EXPEDITE YOUR TRANSACTION, WE NEED INFORMATION ABOUT YOU AND YOUR PROPERTY. PLEASE COMPLETE, SIGN, AND RETURN THIS FORM AND THE ENCLOSED STATEMENT OF INFORMATION, IF APPLICABLE, TO OUR ESCROW OFFICE AS SOON AS POSSIBLE.  IF ANY OF THE FOLLOWING IS NOT APPLICABLE, PLEASE INDICATE BY WRITING "NONE" OR "N/A." THANK YOU.*

TO:  Lawyers Title of Nevada, Inc                           Escrow No.: 31230977-JZ

Borrower Name:   ALS Property Holdings, LLC _____          TIN No. __ __ - __ __ __ __ __ __ __

## This property is my/our Primary Residence:                    ☐ Yes   ☐ No

Current Address (if other than Property Address): _____

## My/Our Marital Status has changed since I/we acquired Title to the Property: ☐ Yes   ☐ No

Spouse's Name: _____

The following items affect:  **501 Short Crest Court, Henderson, NV 89052-2373**

**1ST LOAN**      Name of Lender:  EAST WEST ANK_____
                  Address: _____
                  Phone: _____
                  Loan No.: ▉8900 _____ Approximate Unpaid Balance: $_____
                  Last Payment Date: _____
                  Have you entered into a forbearance* agreement or loan modification with this lender? ☐ Yes  ☐ No
                  Type of Loan:   ☐ FHA    ☐ VA    ☐ Cal Vet    ☐ Conventional    ☐ Other
                                  ☐ Payoff  ☐ Subordinate       ☐ Equity Line/Credit Line

**2ND LOAN**      Name of Lender: _____
                  Address: _____
                  Phone: _____
                  Loan No.: _____ Approximate Unpaid Balance: $_____
                  Last Payment Date: _____
                  Have you entered into a forbearance* agreement or loan modification with this lender? ☐ Yes  ☐ No
                  Type of Loan:   ☐ FHA    ☐ VA    ☐ Cal Vet    ☐ Conventional    ☐ Other
                                  ☐ Payoff  ☐ Subordinate       ☐ Equity Line/Credit Line

**HOMEOWNERS**    This property is affected by a "Community Association"  ☐ Yes ☐ No
**ASSOCIATION/**  Name of First: _____         ☐ Assoc ☐ Mgmt
**MANAGEMENT**    Association Dues Payable: _____
**COMPANY**       Phone: _____ Fax: _____
                  Name of Second: _____          ☐ Assoc ☐ Mgmt
                  Association Dues Payable: _____
                  Phone: _____ Fax: _____

**WATER DISTRICT**  Name: _____
                    Phone: _____ Fax: _____

**Is the property in a gated community?** ☐ Yes ☐ No        **Gate Code:** _____

**FIRE INSURANCE**  Company: _____
                    Policy No.: _____ Premium Amount: $_____
                    Agent Name: _____
                    Phone: _____ Fax: _____
                    Email: _____ Expiration Date: _____

**PLEASE PROVIDE ANY ADDITIONAL INFORMATION ON THE REVERSE HEREOF.**

PL - LTN

Page 6125 of 7987 by JZ
NV-CW-FXDH-03412.420338-31230977

                    **PRELIMINARY REPORT APPROVAL**

Duke Park, Managing Member
ALS Property Holdings, LLC
PO Box 94292
Las Vegas, NV 89193

**Escrow No.:** 31230977-JZ
**Esc. Officer:** Joanne Zeigler
**Property:** 501 Short Crest Court
Henderson, NV 89052-2373

I have read the Preliminary Report issued by Lawyers Title of Nevada, Inc, dated July 21, 2023, covering the property described in your above numbered escrow. I know of no other matters pertaining to the condition of title other than stated in this report. Further we approve the legal description as being the property which is the subject of this escrow.

I hereby acknowledge receipt of copy of said Preliminary Report.

IN WITNESS WHEREOF, the undersigned have executed this document on the date(s) set forth below.

**BORROWER(S):**

ALS Property Holdings, LLC

BY:_____          ___8/10/23___
    Duke Park, Managing Member                Date



10801 W Charleston Blvd, Suite 225
Las Vegas, NV 89135
Phone: (702)385-4141 / Fax:  702-973-1557

## GAP INDEMNITY AGREEMENT

**Date:**            August 15, 2023
**Escrow No.:**      31230977-JZ
**Escrow Officer:**  Joanne Zeigler
                     **Phone:** 7026935128 **Fax:** 702-973-1557
                     **Email:**   Joanne.Zeigler@fnf.com
**Property:**        501 Short Crest Court, Henderson, NV 89052-2373

WHEREAS, Commonwealth Land Title Insurance Company, (the Company) is about to issue its title insurance policy or policies upon the following described real estate:

> PROPERTY COMMONLY KNOWN AS: 501 Short Crest Court, Henderson, NV 89052-2373
> PARCEL NO.:    178-30-212-021

AND, WHEREAS, the Company, in its examination of the title to said real estate, has raised as exceptions to such title the following matters:

1.  Liens, encumbrances and any other matters affecting title which shall have intervened, or occurred, or become for the first time disclosed of record between the date of the last preliminary title report or commitment issued by the Company which respect to said real estate and the date of recording the instrument or instruments creating the estate, interest or lien to be insured.

AND, WHEREAS, the Company has been requested to issue such policies without taking exception to said matters, or, if they are excepted, to insure against certain loss caused thereby, whether by endorsement or otherwise;

AND, WHEREAS, the Company may hereafter in the ordinary course of its business issue another policy or other policies in the form or forms now or then commonly used by the Company, insuring in the manner set forth above.

NOW, THEREFORE, in consideration of the issuance of said title insurance policy, the undersigned covenants and agrees with the Company (1) to forever fully protect, defend and save harmless the Company from and against the above mentioned matters; (2) to forever fully protect, defend and save harmless the Company from any and all loss, costs, damages, attorneys' and solicitors' fees and expenses of every kind and nature which it may suffer, expend or incur under or by reason, or in consequence of or growing out of said matters, or any of them, or on account of the assertion or enforcement, or attempted assertion or enforcement thereof, or of any rights existing or hereafter arising, or which at any time be claimed to exist under or by reason, or in consequence of or growing out of said matters or of any of them; (3) to defend at undersigned's own costs and charges in behalf of and for the protection of the Company and of the parties insured, or who may be insured, against loss by it under its said title insurance policy or policies (but without prejudice to the right of the Company to defend at the reasonable expense of the undersigned if it so elects) any and every suit, action or proceeding in which any such matters may be asserted or attempted to be asserted, established or enforced in, to, upon, against or in respect to said real estate, or any part thereof, or interest therein; (4) that each and every provision hereof shall extend to and be in force concerning any and every other title insurance policy or policies which the Company may at any time or times hereafter issue, insuring against loss by reason of such matters in the manner described above; (5) to reimburse the Company for reasonable attorney's fees and other costs of enforcing this agreement. The Company shall have the right at any time hereafter, when it shall deem it necessary or expedient, in its reasonable discretion and upon prior written notice to the undersigned to pay, discharge, satisfy or remove from the title to said real estate the said matters or any of them and the undersigned covenant and agree to pay to the Company all amounts reasonably expended on demand.

Gap Indemnity Agreement
NVD1083.doc / Updated:  07.21.21                    Page 1                    Printed:  08.14.23 @ 02:00 PM by JZ
                                                                              NV-CW-FXDH-03P1-4203361N30977

Page 6141 of 7987

## GAP INDEMNITY AGREEMENT
### (continued)

In case such matters are removed from the title to said real estate (other than by the Company) to the reasonable satisfaction of the Company, then the above obligation to be void, otherwise to remain in full force and virtue.

If the policy or policies are issued through an agent, this agreement shall also run in favor of the agent.

THE UNDERSIGNED EXECUTES THIS AGREEMENT BECAUSE OF THE BENEFITS DIRECTLY AND INDIRECTLY ACCRUING TO IT BY REASON OF THE ISSUANCE OF SAID POLICIES.

IN WITNESS WHEREOF, the undersigned have executed this document on the date(s) set forth below.


ALS Property Holdings, LLC

BY: _____        _____
        Duke Park, Managing Member                            Date


Gap Indemnity Agreement
NVD1083.doc / Updated:  07.21.21

Page 2

Printed:  08.14.23 @ 02:00 PM by JZ
NV-CW-FXDH-03P.42033852.430977
PL-LTN

Page 6142 of 7987