Duke Park, Debtor – Pro Se
1392 Via Merano St.
Henderson, NV 89052
408-318-3700
dukepark@me.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:
DUKE PARK,
Debtor.

Case No.: 25-12285-abl
Chapter 7

**SUPPLEMENTAL DECLARATION**

*(Regarding Existence of Buyer and Timeline of Sale Activity*

*– Sea Fox Apartments, 4409 Spencer St)*

I, **Duke Park**, declare as follows:

1. At the hearing held on **October 8, 2025**, the Court inquired whether a bona fide sale was possible and whether an actual buyer existed for the property known as Sea Fox Apartments, located at 4409 Spencer Street, Las Vegas, Nevada.

2. I testified that a valid sales agreement existed and that a market-value transaction in the amount of **$3.9 million** was in progress.

3. Attached hereto as **Exhibit A** is a true and correct copy of email correspondence dated between **February and June 2024**, reflecting ongoing communications between the broker **CBRE (Ben Galles)** and **Fidelity National Title**, demonstrating that bona fide buyers were in place and that the sale process was actively moving forward.

4. On **February 16, 2024**, Fidelity National Title formally opened escrow for the sale of the Sea Fox Apartments, and the buyer's earnest money deposit was received.

5. From **March through early May 2024**, CBRE maintained continuous communications with buyers, processed addenda to the purchase agreement, and confirmed that the sale price was approximately **$3.9 million**.

6. On **May 1, 2024**, Ben Galles of CBRE confirmed via email, "We can proceed with our Buyer," clearly acknowledging that a qualified buyer was ready and able to complete the purchase.

7. On the same day, **Brian Gordon (Applied Analysis)**, acting as receiver, responded, "I have been appointed by the Court to manage the company, and Duke Park has no authority to transact business."

8. According to **Clark County Recorder's public records (Exhibit B)**, the *Breach & Election to Sell* was recorded on **February 14, 2024**, and the *Notice of Trustee Sale* was recorded on **May 16, 2024**.

   Under Nevada law, a statutory period of approximately 21 to 30 days follows such notice, during which the debtor or owner may still proceed with a lawful market sale.

9. The attached emails show that through **June 2024**, CBRE continued corresponding with buyers and reviewing transaction documents, confirming that a **market-value sale remained possible even after the notice of sale had been recorded.**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **October 9, 2025**, at **Las Vegas, Nevada.**

Duke Park, Debtor Pro Se

**Exhibits**

- **Exhibit A:** Email Chain (February–June 2024) — Correspondence among CBRE, Fidelity National Title, Applied Analysis, Ben Childs, Steve Park, and others.

- **Exhibit B:** Clark County Recorder Records —

  *Instrument #20240214000128 (Breach & Election to Sell),*

  *Instrument #20240516000186 (Notice of Trustee Sale).*

**Exhibit A:** Email Chain (February–June 2024) — Correspondence among CBRE, Fidelity National Title, Applied Analysis, Ben Childs, Steve Park, and others.

From: **Steve Park** steveparrk@gmail.com  📎
Subject: Fwd: 2nd Offer on Sea Fox
Date: June 10, 2024 at 11:14 AM
To: ben@benchilds.com
Cc: DUKE PARK dukepark@me.com

Hi Ben,

Attached is the 2nd offer we were going to move forward with before they interfered. I'll send you the rest of the docs as soon as I receive them.

Best regards,

Steve Park

---------- Forwarded message ---------
From: **Galles, Ben @ Reno** <Ben.Galles@cbre.com>
Date: Mon, Jun 10, 2024 at 11:04 AM
Subject: 2nd Offer on Sea Fox
To: steveparrk@Gmail.com <steveparrk@gmail.com>

Ben Galles | Senior Vice President | Nevada

CBRE | Capital Markets

7900 Rancharrah Pkwy, Suite 200, Reno, NV 89511

C +1 775 750 6429

ben.galles@cbre.com

NV License # S.47543

Details about the personal data CBRE collects and why, as well as your data privacy rights under applicable law, are available at **CBRE – Privacy Policy.**

**Buyer_Signed_PSA_3.22.2024 .pdf**
15.8 MB 

**From:** Ben Childs ben@benchilds.com
**Subject:** Re: 2nd Offer on Sea Fox
**Date:** June 19, 2024 at 8:16 AM
**To:** DUKE PARK dukepark@icloud.com

Thanks

BENJAMIN B. CHILDS, ESQ.
318 S. Maryland Parkway
Las Vegas, NV 89101
(702) 251 0000
Fax   385 1847
ben@benchilds.com

Important Notice: Privileged and/or confidential information, including attorney-client communication may be contained in this message. This message is intended only for the individual directed. Any dissemination, transmission, distribution, copying or other use, or taking any action in reliance on this message by persons or entities other than the intended recipient is prohibited and illegal.  If you receive this message in error, please delete.  Nothing herein is intended to constitute an electronic signature unless a specific statement to the contrary is included in this message.

**From:** DUKE PARK <dukepark@icloud.com>
**Sent:** Wednesday, June 19, 2024 8:07 AM
**To:** Ben Childs <ben@benchilds.com>
**Subject:** Fwd: 2nd Offer on Sea Fox

Begin forwarded message:

**From:** DUKE PARK <dukepark@icloud.com>
**Subject: Fwd: 2nd Offer on Sea Fox**
**Date:** June 19, 2024 at 8:03:40 AM PDT
**To:** ben Childs <ben@benchilds.com>

Begin forwarded message:

**From:** Steve Park <steveparrk@gmail.com>
**Subject: Fwd: 2nd Offer on Sea Fox**
**Date:** June 10, 2024 at 11:13:29 AM PDT
**To:** "ben@benchilds.com" <ben@benchilds.com>
**Cc:** DUKE PARK <dukepark@me.com>

Hi Ben,

Attached is the 2nd offer we were going to move forward with before they interfered. I'll send you the rest of the docs as soon as I receive them.

Best regards,

Steve Park

---------- Forwarded message ---------
From: Galles, Ben @ Reno <Ben.Galles@cbre.com>
Date: Mon, Jun 10, 2024 at 11:04 AM
Subject: 2nd Offer on Sea Fox
To: steveparrk@Gmail.com <steveparrk@gmail.com>

Ben Galles | Senior Vice President | Nevada

**From:** **Ben Childs** ben@benchilds.com
**Subject:** Re: 4409 Spencer St in Las Vegas, NV (Sea Fox Apartments)
**Date:** May 1, 2024 at 3:16 PM
**To:** DUKE PARK dukepark@me.com

He would be the seller.
What the buyer should do is file his own lawsuit seeking specific performance.   I can't do it, but I could refer.  Do you know the buyer?

Sent from my iPhone.  Please forgive any spelling errors.

On May 2, 2024, at 06:11, DUKE PARK <dukepark@me.com> wrote:

Good morning. Mr. Ben,
Steve says Brian Gordon can't intervene in the sale, so please refer to it.

Thanks.

On May 1, 2024, at 2:59 PM, Ben Childs <ben@benchilds.com> wrote:

Would be easier if he just included me in the email chain.
But you did the right thing, just let Gordon handle it.

Sent from my iPhone.  Please forgive any spelling errors.

On May 2, 2024, at 01:52, YOUNG PARK <dukepark@me.com> wrote:

Please see the forwarded email.
Thanks

Sent from my iPhone

Begin forwarded message:

From: Steve Park <steveparrk@gmail.com>
Date: May 1, 2024 at 10:10:21 AM PDT
To: DUKE PARK <dukepark@me.com>
Subject: Fwd: 4409 Spencer St in Las Vegas, NV (Sea Fox Apartments)

--------- Forwarded message ---------
From: Galles, Ben @ Reno <https://urldefense.proofpoint.com/v2/url?u=http-3A__Ben.Galles-
40cbre.com&d=DwIFaQ&c=euGZstcaTDllvimENBb7jXrwqOf-
v5A_CdpgnVfiiMM&r=zvZYMTO6NgaLSCqLTH2PnqNhZ8SVjJ1h5OeaeRljq9U&m=Z3Zu-
YtfR9yqPZfxCvp9siFcs2Py6yiwgEdvS1_l9sqElVM1Fe6fV9gG4XCVJk3h&s=cB7_T_QlSUu_q3KdHAfedrstp_Poa0RxkrSjpzAky_M
&e=>
Date: Wed, May 1, 2024 at 9:22 AM
Subject: RE: 4409 Spencer St in Las Vegas, NV (Sea Fox Apartments)
To: Brian Gordon <bgordon@appliedanalysis.com>
CC: steveparrk@Gmail.com <steveparrk@gmail.com>, Debra Poser <dposer@appliedanalysis.com>

Thanks for the clarification Brian. I am free either before 1230pm or after 3pm today or anytime tomorrow.
Ben Galles I Senior Vice President I Nevada
CBRE I Capital Markets
7900 Rancharrah Pkwy, Suite 200, Reno, NV 89511
C +1 775 750 6429
ben.galles@cbre.com
NV License # S.47543
From: Brian Gordon <bgordon@appliedanalysis.com>
Sent: Wednesday, May 1, 2024 9:20 AM
To: Galles, Ben @ Reno <https://urldefense.proofpoint.com/v2/url?u=http-3A__Ben.Galles-
40cbre.com&d=DwIFaQ&c=euGZstcaTDllvimENBb7jXrwqOf-
v5A_CdpgnVfiiMM&r=zvZYMTO6NgaLSCqLTH2PnqNhZ8SVjJ1h5OeaeRljq9U&m=Z3Zu-
YtfR9yqPZfxCvp9siFcs2Py6yiwgEdvS1_l9sqElVM1Fe6fV9gG4XCVJk3h&s=cB7_T_QlSUu_q3KdHAfedrstp_Poa0RxkrSjpzAky_M
&e=>
Cc: steveparrk@Gmail.com; Debra Poser <dposer@appliedanalysis.com>
Subject: RE: 4409 Spencer St in Las Vegas, NV (Sea Fox Apartments)
External
Ben – I'm afraid you have been misinformed.  I have been appointed by the court to manage the company that currently owns the
Sea Fox Apartments.  Please see the attached court order.  Duke Park and the other party he is in a dispute with have no authority
to transact business on behalf of the company.  Item six on page 4 of 7 states, "Pending Mr. Gordon's services as interim manager
and until further order by the Court, neither Park nor the defendants shall take any acts on behalf of the Companies, represent to
third-parties that they have authority to act on behalf of the Companies, sell, rent, mortgage, encumber, or otherwise take action
with respect to the Companies' properties, use the Companies' bank accounts, credit cards, or debit cards issued in the name of
the Companies."
I would like to talk, so I can better understand the current situation with a potential buyer.
I am copying my assistant, Debbie Poser, who can schedule a call.

Sincerely,
Brian

-----------------------------------------------------------------
Brian R. Gordon, CPA, Principal
Applied Analysis

6385 South Rainbow Blvd., Suite 105
Las Vegas, Nevada 89118 702.967.3333 I bgordon@appliedanalysis.com
https://urldefense.proofpoint.com/v2/url?u=http-3A__appliedanalysis.com&d=DwIFaQ&c=euGZstcaTDllvimEN8b7jXrwqOf-
v5A_CdpgnVfiiMM&r=zvZYMTO6NgaLSCqLTH2PnqNhZ8SVjJ1h5OeaeRljq9U&m=Z3Zu-
YfIR9yqPZfxCvp9siFcs2Py6yiwgEdvS1_I9sqElVM1Fe6fV9gG4XCVJk3h&s=YTna3gGKDGg1n_j7IJaTSCSigNVi4mahSG-
FkDnMIM8&e=
---------------------------------------
    From: Galles, Ben @ Reno <https://urldefense.proofpoint.com/v2/url?u=http-3A__Ben.Galles-
40cbre.com&d=DwIFaQ&c=euGZstcaTDllvimEN8b7jXrwqOf-
v5A_CdpgnVfiiMM&r=zvZYMTO6NgaLSCqLTH2PnqNhZ8SVjJ1h5OeaeRljq9U&m=Z3Zu-
YfIR9yqPZfxCvp9siFcs2Py6yiwgEdvS1_I9sqElVM1Fe6fV9gG4XCVJk3h&s=cB7_T_QlSUu_q3KdHAfedrstp_Poa0RxkrSjpzAky_M
&e=>
Sent: Wednesday, May 1, 2024 9:10 AM
To: Brian Gordon <bgordon@appliedanalysis.com>
Cc: steveparrk@Gmail.com
Subject: 4409 Spencer St in Las Vegas, NV (Sea Fox Apartments)
Morning Brian,
I called and left a voicemail for you earlier. Steve Park, Duke Parks son, gave me your contact information. I am representing Duke
on the sale of the apartments at 4409 Spencer St Las Vegas, NV (Sea Fox Apartments). They were having some ownership
disputes with another party but Steve said we can proceed on the sale of the property with our prospective Buyer regardless of
how the litigation ends. Are you able to provide any documentation on that? We will need to provide that to our Buyer. Feel free to
call me anytime today before 12:30 or after 3pm.
Ben Galles I Senior Vice President I Nevada
CBRE I Capital Markets
7900 Rancharrah Pkwy, Suite 200, Reno, NV 89511
C +1 775 750 6429
ben.galles@cbre.com
NV License # S.47543
Details about the personal data CBRE collects and why, as well as your data privacy rights under applicable law. are available at
CBRE – Privacy Policy.

**From:** **Steve Park** steveparrk@gmail.com  📎
**Subject:** Fwd: Cancelled / NCS 42055341 - Sea Fox Apartments / 4409 Spencer St
**Date:** October 8, 2025 at 10:29 PM
**To:** DUKE PARK dukepark@me.com

---------- Forwarded message ----------
From: Overton, Diane <Diane.Overton@fnf.com>
Date: Thu, Mar 28, 2024 at 2:40 PM
Subject: RE: Cancelled / NCS 42055341 - Sea Fox Apartments / 4409 Spencer St
To: Galles, Ben @ Reno <Ben.Galles@cbre.com>, steveparrk@Gmail.com <steveparrk@gmail.com>, Nancy Li
<nancy@nancylirealtyteam.com>, don9105397@gmail.com <don9105397@gmail.com>, broker@total-re.com <broker@total-re.com>,
Reagle, Laura <laura.reagle@ipx1031.com>, Remley, Sara <Sara.Remley@ipx1031.com>
CC: Seibold, Michele <Michele.Seibold@fnf.com>, Lake, Brandy <Brandy.Lake@fnf.com>, Overton, Diane <Diane.Overton@fnf.com>

| This message was sent securely using Zix® |
|---|

Please find the attached fully executed cancellation instructions. Escrow is now deemed cancelled and funds will be released as instructed.

Thank you!

## Diane Overton

*Senior Commercial Escrow Assistant to Michele Seibold, Esq*

(702) 952-8269 I Direct

(702) 938-8761 I Fax

6385 S. RAINBOW BLVD., STE. 130, LAS VEGAS, NV 89118



   **NATIONAL COMMERCIAL SERVICES**

# Fidelity National Title

---

NOTICE: The information contained in this message is proprietary and/or confidential and

may be privileged. If you are not the intended recipient of this communication, you are hereby notified to: (i) delete the message and all copies; (ii) do not disclose, distribute or use the message in any manner; and (iii) notify the sender immediately.

---

**From:** Overton, Diane <Diane.Overton@fnf.com>
**Sent:** Wednesday, March 20, 2024 4:58 PM
**To:** Galles, Ben @ Reno <Ben.Galles@cbre.com>; steveparrk@Gmail.com; Nancy Li <nancy@nancylirealtyteam.com>; don9105397@gmail.com; broker@total-re.com; Reagle, Laura <laura.reagle@ipx1031.com>; Remley, Sara <Sara.Remley@ipx1031.com>
**Cc:** Seibold, Michele <Michele.Seibold@fnf.com>; Lake, Brandy <Brandy.Lake@fnf.com>; Overton, Diane <Diane.Overton@fnf.com>
**Subject:** RE: NCS 42055341 - Sea Fox Apartments / 4409 Spencer St

Received. Please find our attached cancellation instructions for both parties to sign and return.

Thank you!

**Diane Overton**

*Senior Commercial Escrow Assistant to Michele Seibold, Esq*

(702) 952-8269 I Direct

(702) 938-8761 I Fax

6385 S. RAINBOW BLVD., STE. 130, LAS VEGAS, NV 89118





---

NOTICE: The information contained in this message is proprietary and/or confidential and may be privileged. If you are not the intended recipient of this communication, you are hereby notified to: (i) delete the message and all copies; (ii) do not disclose, distribute or use

the message in any manner; and (iii) notify the sender immediately.

**From:** Galles, Ben @ Reno <Ben.Galles@cbre.com>
**Sent:** Wednesday, March 20, 2024 4:53 PM
**To:** Overton, Diane <Diane.Overton@fnf.com>; steveparrk@Gmail.com; Nancy Li <nancy@nancylirealtyteam.com>; don9105397@gmail.com; broker@total-re.com; Reagle, Laura <laura.reagle@ipx1031.com>; Remley, Sara <Sara.Remley@ipx1031.com>
**Cc:** Seibold, Michele <Michele.Seibold@fnf.com>; Lake, Brandy <Brandy.Lake@fnf.com>
**Subject:** RE: NCS 42055341 - Sea Fox Apartments / 4409 Spencer St

IMPORTANT NOTICE - This message sourced from an external mail server outside of the Company.

Hi Diane,

I am sorry to say that the Buyer for our transaction has not approved of their due diligence and wish to cancel the transaction. See attachment for the fully signed cancelation. The Buyers earnest money deposit is to be returned to the Buyer.

Ben Galles | Senior Vice President | Nevada

CBRE | Capital Markets

7900 Rancharrah Pkwy, Suite 200, Reno, NV 89511

C +1 775 750 6429

ben.galles@cbre.com

NV License # S.47543

---

**From:** Overton, Diane <Diane.Overton@fnf.com>
**Sent:** Tuesday, March 19, 2024 12:13 PM
**To:** Galles, Ben @ Reno <Ben.Galles@cbre.com>; steveparrk@Gmail.com; Nancy Li <nancy@nancylirealtyteam.com>; don9105397@gmail.com; broker@total-re.com; Reagle, Laura <laura.reagle@ipx1031.com>; Remley, Sara <Sara.Remley@ipx1031.com>
**Cc:** Seibold, Michele <Michele.Seibold@fnf.com>; Lake, Brandy <Brandy.Lake@fnf.com>; Overton, Diane <Diane.Overton@fnf.com>
**Subject:** RE: NCS 42055341 - Sea Fox Apartments / 4409 Spencer St

External

This message was sent securely using Zix®

Please find the attached updated timeline for review, thank you!

## Diane Overton

*Senior Commercial Escrow Assistant to Michele Seibold, Esq*

(702) 952-8269 I Direct

(702) 938-8761 I Fax

6385 S. RAINBOW BLVD., STE. 130, LAS VEGAS, NV 89118



  **Fidelity National Title**

**NATIONAL COMMERCIAL SERVICES**

---

NOTICE: The information contained in this message is proprietary and/or confidential and may be privileged. If you are not the intended recipient of this communication, you are hereby notified to: (i) delete the message and all copies; (ii) do not disclose, distribute or use the message in any manner; and (iii) notify the sender immediately.

---

**From:** Galles, Ben @ Reno <Ben.Galles@cbre.com>
**Sent:** Monday, March 18, 2024 3:31 PM
**To:** Overton, Diane <Diane.Overton@fnf.com>; steveparrk@Gmail.com; Nancy Li <nancy@nancylirealtyteam.com>; don9105397@gmail.com; broker@total-re.com; Reagle, Laura <laura.reagle@ipx1031.com>; Remley, Sara <Sara.Remley@ipx1031.com>
**Cc:** Seibold, Michele <Michele.Seibold@fnf.com>; Lake, Brandy <Brandy.Lake@fnf.com>
**Subject:** RE: NCS 42055341 - Sea Fox Apartments / 4409 Spencer St

**IMPORTANT NOTICE - This message sourced from an external mail server outside of the Company.**

Hi all,

See attachment for the addendum 2 extending Buyers due diligence to on or before Wednesday March 20, 2024 at 5pm signed by both parties.

Ben Galles | Senior Vice President | Nevada

CBRE | Capital Markets

7900 Rancharrah Pkwy, Suite 200, Reno, NV 89511

C +1 775 750 6429

ben.galles@cbre.com

NV License # S.47543

**From:** Overton, Diane <Diane.Overton@fnf.com>
**Sent:** Wednesday, March 13, 2024 9:58 AM
**To:** Galles, Ben @ Reno <Ben.Galles@cbre.com>; steveparrk@Gmail.com; Nancy Li <nancy@nancylirealtyteam.com>; don9105397@gmail.com; broker@total-re.com; Reagle, Laura <laura.reagle@ipx1031.com>; Remley, Sara <Sara.Remley@ipx1031.com>
**Cc:** Seibold, Michele <Michele.Seibold@fnf.com>; Lake, Brandy <Brandy.Lake@fnf.com>; Overton, Diane <Diane.Overton@fnf.com>
**Subject:** RE: NCS 42055341 - Sea Fox Apartments / 4409 Spencer St

External

This message was sent securely using Zix®

Good morning,

This is a friendly reminder that the Due Diligence period expires on March 18, 2024. Please advise if we are still on track to close March 28th.

Thank you!

**Diane Overton**

*Senior Commercial Escrow Assistant to Michele Seibold, Esq*

(702) 952-8269 I Direct

(702) 938-8761 I Fax

6385 S. RAINBOW BLVD., STE. 130, LAS VEGAS, NV 89118



# Fidelity National Title

   **NATIONAL COMMERCIAL SERVICES**

NOTICE: The information contained in this message is proprietary and/or confidential and

**From:** **Steve Park** steveparrk@gmail.com
**Subject:** Fwd: Sea Fox Update
**Date:** March 18, 2024 at 12:10 AM
**To:** DUKE PARK dukepark@me.com

---------- Forwarded message ---------
From: **Galles, Ben @ Reno** <Ben.Galles@cbre.com>
Date: Sat, Mar 16, 2024 at 3:31 PM
Subject: RE: Sea Fox Update
To: Steve Park <steveparrk@gmail.com>

Steve,

Buyers had a few more questions:

1. can we get the tenants' applications?

2. can we get the tenants' property condition reports?

3. one of the lease agreements - unit 206 has missing pages (missing from P11-14). Missing P9 on Unit 110.. P9 on Unit 204..P3-14 on Unit 202. Would you double check and resend?

4. would you send us the history on work orders?

5. do you have Section 8 tenants? If so, what are their housing vouchers?

6. what's the deal the owner has with the unit that has the monitor for the cameras?

Ben Galles | Senior Vice President | Nevada

CBRE | Capital Markets

7900 Rancharrah Pkwy, Suite 200, Reno, NV 89511

C +1 775 750 6429

ben.galles@cbre.com

NV License # S.47543

**From:** Steve Park <steveparrk@gmail.com>
**Sent:** Thursday, March 14, 2024 10:52 PM
**To:** Galles, Ben @ Reno <Ben.Galles@cbre.com>
**Subject:** Re: Sea Fox Update

External

Hi Ben,

1. Please find the attached utility bills.

2. Here is the company and main contact for maintenance and repairs:

Vegas Zone Construction / 702-354-5757 (Kathy Yi)

3. We filled all vacancies through tenant referrals and never needed to advertise.

4. No current or pending litigation.

Best regards,

Steve Park

On Thu, Mar 14, 2024 at 3:07 PM Galles, Ben @ Reno <Ben.Galles@cbre.com> wrote:

Just getting things wrapped up with our existing Buyer and they asked the following:

Can they get copies of the last 2 utility bills from each utility service? Its easier for a Buyer to switch utilities when they have the account numbers.

They asked if they can chat with the guy you have doing building maintenance. They want to make sure they know where shut offs are ect.

They asked to see where you advertise your vacancies when they come up.

They also asked if you are aware of any current or pending litigation?

Thanks in advance and I should have the addendum back for us to sign and finalize in the next day.

Ben Galles | Senior Vice President | Nevada

CBRE | Capital Markets

7900 Rancharrah Pkwy, Suite 200, Reno, NV 89511

C +1 775 750 6429

ben.galles@cbre.com

NV License # S.47543

**From:** Steve Park <steveparrk@gmail.com>
**Sent:** Tuesday, March 12, 2024 9:43 AM
**To:** Galles, Ben @ Reno <Ben.Galles@cbre.com>
**Subject:** Re: Sea Fox Update

External

Thank you for the update, I'll look forward to hearing from you soon.

Best Regards,

Steve Park

On Tue, Mar 12, 2024 at 7:45 AM Galles, Ben @ Reno <Ben.Galles@cbre.com> wrote:

Steve,

I contacted all of the other groups that offered and sent the inspection report. I would suspect I will hear back today from at least a couple of these groups and I also reached out to a few groups that expressed interest since we have been in escrow. I'll keep you updated on how it goes.

Ben Galles | Senior Vice President | Nevada

CBRE | Capital Markets

7900 Rancharrah Pkwy, Suite 200, Reno, NV 89511

C +1 775 750 6429

ben.galles@cbre.com

NV License # S.47543

Details about the personal data CBRE collects and why, as well as your data privacy rights under applicable law, are available at **CBRE – Privacy Policy.**

NOTICE: The information contained in this message is proprietary and/or confidential and may be privileged. If you are not the intended recipient of this communication, you are hereby notified to: (i) delete the message and all copies; (ii) do not disclose, distribute or use the message in any manner; and (iii) notify the sender immediately.

**From:** Overton, Diane <Diane.Overton@fnf.com>
**Sent:** Monday, February 26, 2024 12:39 PM
**To:** Galles, Ben @ Reno <Ben.Galles@cbre.com>; steveparrk@Gmail.com; Nancy Li <nancy@nancylirealtyteam.com>; don9105397@gmail.com; broker@total-re.com; Reagle, Laura <laura.reagle@ipx1031.com>; Remley, Sara <Sara.Remley@ipx1031.com>
**Cc:** Seibold, Michele <Michele.Seibold@fnf.com>; Lake, Brandy <Brandy.Lake@fnf.com>; Overton, Diane <Diane.Overton@fnf.com>
**Subject:** RE: NCS 42055341 - Sea Fox Apartments / 4409 Spencer St

Good afternoon,

Please find the attached for your file:

1. Timeline
2. Title Report
3. Earnest Money Deposit Receipt
4. Purchase and Sale Agreement and Addendum
5. Third Party Deposit Instructions
6. Disclosure

Please advise if any changes need to be made to the timeline, otherwise we will reach out closer to the expiration of the Due Diligence period.

Thank you!

**Diane Overton**

*Senior Commercial Escrow Assistant to Michele Seibold, Esq*

(702) 952-8269 I Direct

(702) 938-8761 I Fax

6385 S. RAINBOW BLVD., STE. 130, LAS VEGAS, NV 89118



# Fidelity National Title

  **NATIONAL COMMERCIAL SERVICES**

NOTICE: The information contained in this message is proprietary and/or confidential and may be privileged. If you are not the intended recipient of this communication, you are hereby notified to: (i) delete the message and all copies; (ii) do not disclose, distribute or use the message in any manner; and (iii) notify the sender immediately.

**From:** Overton, Diane <Diane.Overton@fnf.com>
**Sent:** Friday, February 23, 2024 1:50 PM
**To:** Galles, Ben @ Reno <Ben.Galles@cbre.com>; steveparrk@Gmail.com; Nancy Li <nancy@nancylirealtyteam.com>; don9105397@gmail.com; broker@total-re.com; Reagle, Laura <laura.reagle@ipx1031.com>; Remley, Sara <Sara.Remley@ipx1031.com>
**Cc:** Seibold, Michele <Michele.Seibold@fnf.com>; Lake, Brandy <Brandy.Lake@fnf.com>; Overton, Diane <Diane.Overton@fnf.com>
**Subject:** RE: NCS 42055341 - Sea Fox Apartments / 4409 Spencer St

Please find the attached deposit receipt and third party deposit instructions, I'll send a timeline on Monday.

Thank you!

## Diane Overton

*Senior Commercial Escrow Assistant to Michele Seibold, Esq*

(702) 952-8269 I Direct

(702) 938-8761 I Fax

6385 S. RAINBOW BLVD., STE. 130, LAS VEGAS, NV 89118



# Fidelity National Title

   **NATIONAL COMMERCIAL SERVICES**

---

NOTICE: The information contained in this message is proprietary and/or confidential and may be privileged. If you are not the intended recipient of this communication, you are hereby notified to: (i) delete the message and all copies; (ii) do not disclose, distribute or use the message in any manner; and (iii) notify the sender immediately.

---

**From:** Overton, Diane <Diane.Overton@fnf.com>
**Sent:** Friday, February 23, 2024 12:25 PM
**To:** Galles, Ben @ Reno <Ben.Galles@cbre.com>; steveparrk@Gmail.com; Nancy Li <nancy@nancylirealtyteam.com>; don9105397@gmail.com; broker@total-re.com; Reagle, Laura <laura.reagle@ipx1031.com>; Remley, Sara <Sara.Remley@ipx1031.com>
**Cc:** Seibold, Michele <Michele.Seibold@fnf.com>; Lake, Brandy <Brandy.Lake@fnf.com>; Overton, Diane <Diane.Overton@fnf.com>
**Subject:** RE: NCS 42055341 - Sea Fox Apartments / 4409 Spencer St

Good afternoon,

We have received the deposit, I'll send a receipt and timeline shortly.

Thank you!

## Diane Overton

*Senior Commercial Escrow Assistant to Michele Seibold, Esq*

(702) 952-8269 I Direct

(702) 938-8761 I Fax

6385 S. RAINBOW BLVD., STE. 130, LAS VEGAS, NV 89118



Fidelity National Title



# Fidelity National Title

**NATIONAL COMMERCIAL SERVICES**

---

NOTICE: The information contained in this message is proprietary and/or confidential and may be privileged. If you are not the intended recipient of this communication, you are hereby notified to: (i) delete the message and all copies; (ii) do not disclose, distribute or use the message in any manner; and (iii) notify the sender immediately.

---

**From:** Overton, Diane <Diane.Overton@fnf.com>
**Sent:** Friday, February 16, 2024 3:34 PM
**To:** Galles, Ben @ Reno <Ben.Galles@cbre.com>; steveparrk@Gmail.com; Nancy Li <nancy@nancylirealtyteam.com>; don9105397@gmail.com; broker@total-re.com; Reagle, Laura <laura.reagle@ipx1031.com>; Remley, Sara <Sara.Remley@ipx1031.com>;
**Cc:** Seibold, Michele <Michele.Seibold@fnf.com>; Lake, Brandy <Brandy.Lake@fnf.com>; Overton, Diane <Diane.Overton@fnf.com>
**Subject:** NCS 42055341 - Sea Fox Apartments / 4409 Spencer St

Good afternoon,

We have opened Escrow; your file number is #55341. Please find the attached executed purchase agreement and title report. I will be sending the wire instructions to Laura and Sara via secured email.

If you need any assistance please reach out, I will distribute the EMD Receipt and Timeline once they are available.

Thank you!

## Diane Overton

*Senior Commercial Escrow Assistant to Michele Seibold, Esq*

(702) 952-8269 I Direct

(702) 938-8761 I Fax

6385 S. RAINBOW BLVD., STE. 130, LAS VEGAS, NV 89118



# Fidelity National Title

  **NATIONAL COMMERCIAL SERVICES**

NOTICE: The information contained in this message is proprietary and/or confidential and may be privileged. If you are not the intended recipient of this communication, you are hereby notified to: (i) delete the message and all copies; (ii) do not disclose, distribute or use the message in any manner; and (iii) notify the sender immediately.

--------------------------------------------------------------
This message was secured by **Zix**®.

Details about the personal data CBRE collects and why, as well as your data privacy rights under applicable law, are available at **CBRE – Privacy Policy.**

--------------------------------------------------------------
This message was secured by **Zix**®.

--------------------------------------------------------------
This message was secured by **Zix**&#174.


**Buyer signed CancellationInstructionsJin...**

CBRE | Capital Markets
7900 Rancharrah Pkwy, Suite 200, Reno, NV 89511
C +1 775 750 6429
ben.galles@cbre.com
NV License # S.47543

Details about the personal data CBRE collects and why, as well as your data privacy rights under applicable law, are available at **CBRE – Privacy Policy.**

**Exhibit B:** Clark County Recorder Records —

*Instrument #20240214000128 (Breach & Election to Sell)*,

*Instrument #20240516000186 (Notice of Trustee Sale)*.



# Clark County Recorder's Office
## RECORD SEARCH SYSTEM

SEARCH ▾    Help

## Document Details

| | |
|---|---|
| Certify? ☐ | Add To Cart |

< Search Results >

| Field | Value |
|---|---|
| Instrument Number | < 202402140000128 ∨ |
| Record Date | 2/14/2024 |
| Book Type | OR - OFFICIAL RECORDS |
| Book/Page | < / > |
| Instrument # | 202402140000128 |
| Number Of Pages | 6 |
| Doc Type | BETS - BREACH & ELECTION TO SELL |
| 1st Party | ALS PROPERTY HOLDINGS LLC EBH MANAGEMENT CO LLC |
| 2nd Party | NEVADA TRUST DEED SERVICES |
| Parcel # | 162-23-207-001 |

# Clark County Recorder's Office
## RECORD SEARCH SYSTEM



SEARCH ▾    Help

## Document Details

< Search Results >

| | |
|---|---|
| Certify? ☐ | **Add To Cart** |
| Instrument Number | < 20240516000186 > |
| Record Date | 5/16/2024 |
| Book Type | OR - OFFICIAL RECORDS |
| Book/Page | < / > |
| Instrument # | 20240516000186 |
| Number Of Pages | 2 |
| Doc Type | NTS - NOTICE OF TRUSTEE SALE |
| 1st Party | ALS PROPERTY HOLDINGS LLC<br>EBH MANAGEMENT CO LLC |
| 2nd Party | NEVADA TRUST DEED SERVICES |
| Parcel # | 162-23-207-001 |



cClaim Copyright 1999 - 2025. Harris Recording Solutions. All Rights Reserved.