_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
October 22, 2025

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

|  |  |
|---|---|
| In re: | Case No.: 25-12285-abl |
| DUKE PARK, | Chapter 7 |
| Debtor. | Hearing Date: October 20, 2025 |
|  | Hearing Time: 3:00 p.m. |

**ORDER DENYING MOTION TO CLARIFY JURISDICTION**

On October 20, 2025, the Court issued its oral ruling after consideration of a Motion to Clarify Jurisdiction Regarding LLC – Owned Property Lis Pendens and related Errata.[1] The Motion was filed by pro se debtor, Duke Park.[2] MPSN Holdings No.1, LP [3] filed a response to the Motion.[4] The Swindle Family Trust dated October 20, 1999[5] filed a reservation of rights and

---

[1] ECF Nos. 74 and 75; collectively hereafter the "Motion." In this Order, all references to "ECF No." are to the numbers assigned to the documents filed in the bankruptcy case identified in the caption as they appear on the official court docket maintained by the Clerk of the Court.
[2] Hereafter "Debtor."
[3] Hereafter "MPSN."
[4] ECF No. 82.
[5] Hereafter the "Trust."

objection in response to the Motion.[6] Debtor filed various papers in reply.[7]

At the October 20, 2025 oral ruling, Debtor appeared telephonically in proper person. Attorney Allyson R. Johnson appeared telephonically on behalf of MPSN. Attorney Zaydee R. Stemmons appeared telephonically on behalf of the Trust. No other appearances were noted on the record.

To the extent that the Court made findings of fact and conclusions of law in the course of its oral ruling on October 20, 2025, those findings of fact and conclusions of law are incorporated into this Order by this reference pursuant to FED. R. CIV. P. 52, made applicable in this contested matter pursuant to FED. R. BANKR. P. 9014(a) and (c) and 7052.

For the reasons stated on the record:

**IT IS ORDERED** that the Motion, and all relief requested therein, is **DENIED**.

Copies sent to all registered parties via CM/ECF Electronic Mail System.

Copy sent via BNC to:

DUKE PARK
1392 VIA MERANO ST
HENDERSON, NV 89052

# # #

---

[6] ECF No. 86.
[7] See ECF Nos. 83 and 87. Debtor also filed a "Supplemental Declaration" after the October 8, 2025, hearing on this contested Motion was held, and the record was closed. ECF No. 100.