United States Bankruptcy Court
District of Nevada

| | |
|---|---|
| In re: | Case No. 25-12285-abl |
| DUKE PARK | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0978-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 22, 2025 | Form ID: pdf928 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + DUKE PARK, 1392 VIA MERANO ST, HENDERSON, NV 89052-4094 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 24, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| AKKE LEVIN | on behalf of Creditor LEE SOO AHN akke.levin@gtlaw.com flintza@gtlaw.com;akke-levin-0887@ecf.pacerpro.com |
| AKKE LEVIN | on behalf of Plaintiff ALS PROPERTY HOLDINGS LLC akke.levin@gtlaw.com, flintza@gtlaw.com;akke-levin-0887@ecf.pacerpro.com |
| AKKE LEVIN | on behalf of Plaintiff SEA FOX MANAGEMENT LLC akke.levin@gtlaw.com, flintza@gtlaw.com;akke-levin-0887@ecf.pacerpro.com |
| AKKE LEVIN | on behalf of Plaintiff BOK HYUN EYM akke.levin@gtlaw.com flintza@gtlaw.com;akke-levin-0887@ecf.pacerpro.com |
| AKKE LEVIN | on behalf of Interested Party Bok Hyun Eum akke.levin@gtlaw.com flintza@gtlaw.com;akke-levin-0887@ecf.pacerpro.com |

District/off: 0978-2 User: admin Page 2 of 2
Date Rcvd: Oct 22, 2025 Form ID: pdf928 Total Noticed: 1

AKKE LEVIN
on behalf of Plaintiff LEE SOO AHN akke.levin@gtlaw.com flintza@gtlaw.com;akke-levin-0887@ecf.pacerpro.com

AKKE LEVIN
on behalf of Plaintiff EBH MANAGEMENT CO. LLC akke.levin@gtlaw.com, flintza@gtlaw.com;akke-levin-0887@ecf.pacerpro.com

AKKE LEVIN
on behalf of Creditor BOK HYUN EUM akke.levin@gtlaw.com flintza@gtlaw.com;akke-levin-0887@ecf.pacerpro.com

AKKE LEVIN
on behalf of Interested Party Lee Soo Ahn akke.levin@gtlaw.com flintza@gtlaw.com;akke-levin-0887@ecf.pacerpro.com

ALLYSON JOHNSON
on behalf of Interested Party MPSN Holdings No. 1 LP allyson@sylvesterpolednak.com, kellye@sylvesterpolednak.com

BENJAMIN B. CHILDS, SR.
on behalf of Interested Party BENJAMIN B. CHILDS LTD ben@benchilds.com, sandy@benchilds.com;childsbb@gmail.com;anahuac@benchilds.com

BENJAMIN B. CHILDS, SR.
on behalf of Creditor BENJAMIN B. CHILDS LTD ben@benchilds.com, sandy@benchilds.com;childsbb@gmail.com;anahuac@benchilds.com

KARA B. HENDRICKS
on behalf of Plaintiff EBH MANAGEMENT CO. LLC hendricksk@gtlaw.com, escobargaddie@gtlaw.com;kara-hendricks-7977@ecf.pacerpro.com;flintza@gtlaw.com

KARA B. HENDRICKS
on behalf of Interested Party Lee Soo Ahn hendricksk@gtlaw.com escobargaddie@gtlaw.com;kara-hendricks-7977@ecf.pacerpro.com;flintza@gtlaw.com

KARA B. HENDRICKS
on behalf of Interested Party Bok Hyun Eum hendricksk@gtlaw.com escobargaddie@gtlaw.com;kara-hendricks-7977@ecf.pacerpro.com;flintza@gtlaw.com

KARA B. HENDRICKS
on behalf of Plaintiff ALS PROPERTY HOLDINGS LLC hendricksk@gtlaw.com, escobargaddie@gtlaw.com;kara-hendricks-7977@ecf.pacerpro.com;flintza@gtlaw.com

KARA B. HENDRICKS
on behalf of Plaintiff SEA FOX MANAGEMENT LLC hendricksk@gtlaw.com, escobargaddie@gtlaw.com;kara-hendricks-7977@ecf.pacerpro.com;flintza@gtlaw.com

KARA B. HENDRICKS
on behalf of Plaintiff BOK HYUN EYM hendricksk@gtlaw.com escobargaddie@gtlaw.com;kara-hendricks-7977@ecf.pacerpro.com;flintza@gtlaw.com

KARA B. HENDRICKS
on behalf of Plaintiff LEE SOO AHN hendricksk@gtlaw.com escobargaddie@gtlaw.com;kara-hendricks-7977@ecf.pacerpro.com;flintza@gtlaw.com

KAREN M. AYARBE
on behalf of Creditor Villagio Property Owners Association kayarbe@lkglawfirm.com gakltd@kernltd.com;ncooper@lkglawfirm.com

MATTHEW I KNEPPER
on behalf of Debtor DUKE PARK mknepper@nvbankruptcyattorneys.com ecf@nvbankruptcyattorneys.com;fhqxmnna@mailparser.io;NevadaBankruptcyAttorneysLLC@jubileebk.net;Knepper.MatthewB146287@notify.bestcase.com;lu@nvbankruptcyattorneys.com;matthew.knepper@ecf.courtdrive.com;8076479420@filing

OGONNA M. BROWN
on behalf of Creditor The Swindle Family Trust dated October 20 1999 Ogonna.Brown@wbd-us.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;klopez@lewisroca.com,Renee.Creswell@wbd-us.com

ROBERT E. ATKINSON
Robert@ch7.vegas TrusteeECF@ch7.vegas;ecf.alert+atkinson@titlexi.com

U.S. TRUSTEE - LV - 7
USTPRegion17.LV.ECF@usdoj.gov

TOTAL: 24

_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
October 22, 2025

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| In re: | Case No.: 25-12285-abl |
| DUKE PARK, | Chapter 7 |
| Debtor. | Hearing Date: October 20, 2025<br>Hearing Time: 3:00 p.m. |

**ORDER DENYING MOTION TO CLARIFY JURISDICTION**

On October 20, 2025, the Court issued its oral ruling after consideration of a Motion to Clarify Jurisdiction Regarding LLC – Owned Property Lis Pendens and related Errata.[1] The Motion was filed by pro se debtor, Duke Park.[2] MPSN Holdings No.1, LP [3] filed a response to the Motion.[4] The Swindle Family Trust dated October 20, 1999[5] filed a reservation of rights and

---

[1] ECF Nos. 74 and 75; collectively hereafter the "Motion." In this Order, all references to "ECF No." are to the numbers assigned to the documents filed in the bankruptcy case identified in the caption as they appear on the official court docket maintained by the Clerk of the Court.

[2] Hereafter "Debtor."

[3] Hereafter "MPSN."

[4] ECF No. 82.

[5] Hereafter the "Trust."

objection in response to the Motion.[6] Debtor filed various papers in reply.[7]

At the October 20, 2025 oral ruling, Debtor appeared telephonically in proper person. Attorney Allyson R. Johnson appeared telephonically on behalf of MPSN. Attorney Zaydee R. Stemmons appeared telephonically on behalf of the Trust. No other appearances were noted on the record.

To the extent that the Court made findings of fact and conclusions of law in the course of its oral ruling on October 20, 2025, those findings of fact and conclusions of law are incorporated into this Order by this reference pursuant to FED. R. CIV. P. 52, made applicable in this contested matter pursuant to FED. R. BANKR. P. 9014(a) and (c) and 7052.

For the reasons stated on the record:

**IT IS ORDERED** that the Motion, and all relief requested therein, is **DENIED**.

Copies sent to all registered parties via CM/ECF Electronic Mail System.

Copy sent via BNC to:

DUKE PARK
1392 VIA MERANO ST
HENDERSON, NV 89052

# # #

---

[6] ECF No. 86.
[7] See ECF Nos. 83 and 87. Debtor also filed a "Supplemental Declaration" after the October 8, 2025, hearing on this contested Motion was held, and the record was closed. ECF No. 100.