UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

Duke Park, Debtor – Pro Se
1392 Via Merano St.
Henderson, NV 89052
408-318-3700
dukepark@me.com

In re:
DUKE PARK,
Debtor.

Case No.: 25-12285-abl
Chapter 7

MOTION FOR INJUNCTIVE RELIEF
TO PRESERVE PROPERTY PENDING RESOLUTION OF ADVERSARY PROCEEDING

## I. INTRODUCTION

Debtor, Duke Park ("Debtor"), appearing pro se, respectfully moves this Court for entry of an order preserving the status quo with respect to certain real property for which ownership remains at issue.

This Motion seeks only to temporarily restrict any transfer, sale, or encumbrance of the subject property pending resolution of the underlying dispute, in order to ensure that such resolution may proceed in an orderly and efficient manner.

## II. RELEVANT BACKGROUND

1. Debtor filed a voluntary petition under Chapter 7 on April 22, 2025.
2. An adversary proceeding (Adv. No. 25-01162-abl) is currently pending and involves, among other issues, disputes regarding ownership of assets associated with ALS Property Holdings, LLC and EBH Management Co., LLC.
3. The ownership of the subject property is currently at issue in the pending adversary proceeding.

1

## III. CURRENT STATUS OF THE PROPERTY

4. Debtor has identified that the subject property is currently being marketed for sale.
5. Evidence of such activity is attached as Exhibit A (Zillow listing and related materials).
6. The listing reflects that the property is being offered to the public while the ownership issue remains unresolved.

## IV. NEED TO PRESERVE STATUS QUO

7. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334 and 157.
8. The subject property remains subject to an unresolved ownership issue.
9. If the property is transferred to a third party at this stage:

- Resolution of the underlying dispute may be complicated;
- Third-party interests may be introduced; and
- The resulting circumstances may be difficult to unwind.

10. By contrast, maintaining the status quo for a limited period will not impose material prejudice on any party.

## V. REQUEST FOR RELIEF

WHEREFORE, Debtor respectfully requests that this Court:

1. Enter an order preserving the status quo with respect to the subject property;
2. Temporarily enjoin any marketing, sale, transfer, or encumbrance of the property pending resolution of the adversary proceeding; and
3. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

Signature: _____

Duke Park
Pro Se Debtor
1392 Via Merano St
Henderson, NV 89052
408-318-3700
dukepark@me.com

2

CERTIFICATE OF SERVICE

I hereby certify that on this date, I served the foregoing Motion via email upon:

Akke Levin, Esq.
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Email: akke.levin@gtlaw.com

Kara Hendricks, Esq.
GREENBERG TRAURIG, LLP
Email: hendricksk@gtlaw.com

Signature: _____

Duke Park

# EXHIBIT A

(Zillow Listing)

Screenshot of Zillow listing showing subject property actively marketed for sale as of April 21, 2026.

‹ Back to search

♥ Saved    ⬆ Share    ⊘ Hide    ∘∘∘ More



♥ Active









▦ See all 53 photos

# $1,199,900

782 Glistening Light Ct, Henderson, NV 89052

**5** beds    **5** baths    **3,680** sqft

Est.: **$6,667/mo** Get pre-qualified

🏠 Single Family Residence

🔨 Built in 2018

📐 5,227.2 Square Feet Lot

📈 $1,153,800 Zestimate®

📊 $326/sqft

🌿 $96/mo HOA

# What's special

**MODERN APPLIANCES**   **LOW-MAINTENANCE SYNTHETIC TURF**   **PUTTING GREEN**

**COMMERCIAL-GRADE COOKTOP**   **SEPARATE ICE MACHINE**   **PRIVATE BACKYARD**

Charming and well-maintained 5-bedroom, 4.5-bath home in Henderson. This spacious model is the largest available and features a Next-Gen suite downstairs with its own private entrance, as well as access