UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

Duke Park, Debtor – Pro Se
1392 Via Merano St.
Henderson, NV 89052
408-318-3700
dukepark@me.com

Hearing Date: May 26, 2026
Hearing Time: 10:00 A.M.

In re:
DUKE PARK,
Debtor.

Case No.: 25-12285-abl
Chapter 7

---

## REPLY IN SUPPORT OF MOTION FOR INJUNCTIVE RELIEF
## TO PRESERVE PROPERTY PENDING RESOLUTION
## OF ADVERSARY PROCEEDING

### I. INTRODUCTION

Debtor Duke Park respectfully submits this Reply in support of the Motion for Injunctive Relief to Preserve Property Pending Resolution of Adversary Proceeding (ECF No. 105). This Motion is a limited request to preserve the status quo during the pendency of the ongoing adversary proceeding ("AP"). The LLC-related properties continue to be actively marketed while the AP remains ongoing.

### II. THE AP REMAINS ACTIVE AND CONTINUES UNDER SURVIVING CLAIMS

Plaintiffs' Opposition primarily addresses prior proceedings and preclusion theories. However, the AP remains ongoing.

The AP has continued through:

- Scheduling Conference continued on 11/25/2025 (ECF No. 13),
- Discovery Plan filed by Plaintiffs on 12/17/2025 (ECF No. 15),
- Plaintiffs' Proposed Discovery Plan & Scheduling Order on 12/19/2025 (ECF No. 16),
- Continued hearings and scheduling conferences on 01/27/2026 (ECF Nos. 17 and 18),
- Continued scheduling conference on 02/13/2026 (ECF No. 19),

- Order Granting in Part and Denying in Part Motion to Dismiss on 02/25/2026 (ECF No. 20),
- Continued scheduling conference on 04/06/2026 (ECF No. 21),
- And Order Setting Pretrial Deadlines and Continuing Scheduling Conference on 04/10/2026 (ECF No. 22).

ECF No. 20(Order Granting in Part and Denying in Part Motion to Dismiss) granted portions of Defendant's Motion to Dismiss regarding:

- §523(a)(2)(A),
- and the §523(a)(4) fraud or defalcation while acting in a fiduciary capacity claims.

However, the following surviving claims remain active:

- §523(a)(4) embezzlement,
- §523(a)(4) larceny,
- and §523(a)(6) willful and malicious injury claims.

ECF No. 22(Order Setting Pretrial Deadlines and Continuing Scheduling Conference) further established:

- amendment deadlines,
- expert disclosure deadlines,
- discovery deadlines,
- and dispositive motion deadlines.

The amendment and expert disclosure deadlines have passed, while discovery and dispositive motion deadlines remain pending under the ongoing AP schedule.

As reflected in the Court's February 13, 2026 oral ruling and incorporated into ECF No. 20, the surviving claims continue to involve factual issues concerning:

- property owned by another,
- possession and control,
- entrusted property,
- appropriation,
- and injury to another's property.

Accordingly, ownership and control-related factual issues remain part of the ongoing AP.

The subject property is associated with ALS Property Holdings, LLC and EBH Management Co., LLC, and Sea Fox Management, LLC also remains part of the AP structure.

2

III. PROPERTY MARKETING REMAINS ACTIVE

The subject property continues to be actively marketed.

Plaintiffs' Opposition primarily addresses prior proceedings and preclusion theories.

Additional third-party interests may still arise while the AP remains pending.

IV. THE MOTION SEEKS ONLY TEMPORARY PRESERVATION

This Motion seeks limited and temporary relief only.

Defendant requests only that the status quo be maintained while the ongoing AP and surviving claims remain pending before this Court.

V. CONCLUSION

WHEREFORE, Debtor respectfully requests that this Court preserve the current status quo regarding the subject property pending resolution of the ongoing adversary proceeding and for such other and further relief as the Court deems just and proper.

DATED: May 13, 2026

Respectfully submitted,

Duke Park
Pro Se Debtor

1392 Via Merano St.
Henderson, NV 89052
408-318-3700
dukepark@me.com

3

CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2026, I served the foregoing Reply in Support of Motion for Injunctive Relief to Preserve Property Pending Resolution of Adversary Proceeding via electronic mail upon:

Akke Levin, Esq.
GREENBERG TRAURIG, LLP
akke.levin@gtlaw.com

Kara Hendricks, Esq.
GREENBERG TRAURIG, LLP
hendricksk@gtlaw.com

Duke Park
Pro Se Debtor

4