



—————————————————————
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
June 09, 2026

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

| | | |
|---|---|---|
| In re: | ) | Case No.: 25-12285-abl |
| | ) | |
| DUKE PARK, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| | ) | Hearing Date: June 8, 2026 |
| | ) | Hearing Time: 3:00 p.m. |
| | ) | |
| | ) | |

### ORDER DENYING MOTION FOR INJUNCTIVE RELIEF

On June 8, 2026, the Court issued its oral ruling after consideration of a contested Motion for Injunctive Relief to Preserve Property Pending Resolution of Adversary Proceeding.[1] The Injunction Motion was filed by pro se debtor, Duke Park.[2] Lee Soo Ahn, Bok Hyun Eum, ALS Property Holdings, LLC, EBH Management Co., LLC, and Sea Fox Management, LLC[3] filed an opposition to the Injunction Motion.[4] Debtor filed a reply.[5]

At the June 8, 2026 oral ruling, Debtor appeared telephonically in proper person. Attorney Akke Levin appeared telephonically on behalf of Plaintiffs. No other appearances were

---

[1] ECF No. 105, hereafter the "Injunction Motion." In this Order, all references to "ECF No." are to the numbers assigned to the documents filed in the bankruptcy case identified in the caption as they appear on the official court docket maintained by the Clerk of the Court.

[2] Hereafter "Debtor."

[3] Hereafter, collectively "Plaintiffs."

[4] ECF No. 108.

[5] ECF No. 109.

noted on the record.

To the extent that the Court made findings of fact and conclusions of law in the course of its oral ruling on June 8, 2026, those findings of fact and conclusions of law are incorporated into this Order by this reference pursuant to FED. R. CIV. P. 52, made applicable in this contested matter pursuant to FED. R. BANKR. P. 9014(a) and (c) and 7052.

For the reasons stated on the record:

**IT IS ORDERED** that the Injunction Motion is **DENIED** in its entirety.

Copies sent to all registered parties via CM/ECF Electronic Mail System.

Copy sent via BNC to:

DUKE PARK
1392 VIA MERANO ST
HENDERSON, NV 89052

# # #

2