United States Bankruptcy Court

District of Nevada

In re:                                                              Case No. 25-12285-abl

DUKE PARK                                                      Chapter 7
           Debtor

# CERTIFICATE OF NOTICE

District/off: 0978-2                         User: admin                            Page 1 of 2

Date Rcvd: Jun 09, 2026                   Form ID: pdf928                     Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol          Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2026:**

**Recip ID              Recipient Name and Address**
db                   +  DUKE PARK, 1392 VIA MERANO ST, HENDERSON, NV 89052-4094

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2026                        Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2026 at the address(es) listed below:**

**Name                          Email Address**

AKKE LEVIN
                       on behalf of Creditor LEE SOO AHN akke.levin@gtlaw.com  flintza@gtlaw.com;akke-levin-0887@ecf.pacerpro.com

AKKE LEVIN
                       on behalf of Plaintiff ALS PROPERTY HOLDINGS  LLC akke.levin@gtlaw.com,
                       flintza@gtlaw.com;akke-levin-0887@ecf.pacerpro.com

AKKE LEVIN
                       on behalf of Plaintiff SEA FOX MANAGEMENT  LLC akke.levin@gtlaw.com,
                       flintza@gtlaw.com;akke-levin-0887@ecf.pacerpro.com

AKKE LEVIN
                       on behalf of Plaintiff BOK HYUN EYM akke.levin@gtlaw.com  flintza@gtlaw.com;akke-levin-0887@ecf.pacerpro.com

AKKE LEVIN
                       on behalf of Interested Party Bok Hyun Eum akke.levin@gtlaw.com  flintza@gtlaw.com;akke-levin-0887@ecf.pacerpro.com

AKKE LEVIN

District/off: 0978-2                          User: admin                                    Page 2 of 2
Date Rcvd: Jun 09, 2026                       Form ID: pdf928                          Total Noticed: 1

|  |  |
|---|---|
|  | on behalf of Plaintiff LEE SOO AHN akke.levin@gtlaw.com  flintza@gtlaw.com;akke-levin-0887@ecf.pacerpro.com |
| AKKE LEVIN | on behalf of Plaintiff EBH MANAGEMENT CO.  LLC akke.levin@gtlaw.com, flintza@gtlaw.com;akke-levin-0887@ecf.pacerpro.com |
| AKKE LEVIN | on behalf of Creditor BOK HYUN EUM akke.levin@gtlaw.com  flintza@gtlaw.com;akke-levin-0887@ecf.pacerpro.com |
| AKKE LEVIN | on behalf of Interested Party Lee Soo Ahn akke.levin@gtlaw.com  flintza@gtlaw.com;akke-levin-0887@ecf.pacerpro.com |
| ALLYSON JOHNSON | on behalf of Interested Party MPSN Holdings No. 1  LP allyson@sylvesterpolednak.com, kellye@sylvesterpolednak.com |
| BENJAMIN B. CHILDS, SR. | on behalf of Interested Party BENJAMIN B. CHILDS  LTD ben@benchilds.com, sandy@benchilds.com;childsbb@gmail.com;anahuac@benchilds.com |
| BENJAMIN B. CHILDS, SR. | on behalf of Creditor BENJAMIN B. CHILDS  LTD ben@benchilds.com, sandy@benchilds.com;childsbb@gmail.com;anahuac@benchilds.com |
| KARA B. HENDRICKS | on behalf of Plaintiff EBH MANAGEMENT CO.  LLC hendricksk@gtlaw.com, escobargaddie@gtlaw.com;kara-hendricks-7977@ecf.pacerpro.com;flintza@gtlaw.com |
| KARA B. HENDRICKS | on behalf of Interested Party Lee Soo Ahn hendricksk@gtlaw.com escobargaddie@gtlaw.com;kara-hendricks-7977@ecf.pacerpro.com;flintza@gtlaw.com |
| KARA B. HENDRICKS | on behalf of Interested Party Bok Hyun Eum hendricksk@gtlaw.com escobargaddie@gtlaw.com;kara-hendricks-7977@ecf.pacerpro.com;flintza@gtlaw.com |
| KARA B. HENDRICKS | on behalf of Plaintiff ALS PROPERTY HOLDINGS  LLC hendricksk@gtlaw.com, escobargaddie@gtlaw.com;kara-hendricks-7977@ecf.pacerpro.com;flintza@gtlaw.com |
| KARA B. HENDRICKS | on behalf of Plaintiff SEA FOX MANAGEMENT  LLC hendricksk@gtlaw.com, escobargaddie@gtlaw.com;kara-hendricks-7977@ecf.pacerpro.com;flintza@gtlaw.com |
| KARA B. HENDRICKS | on behalf of Plaintiff BOK HYUN EYM hendricksk@gtlaw.com escobargaddie@gtlaw.com;kara-hendricks-7977@ecf.pacerpro.com;flintza@gtlaw.com |
| KARA B. HENDRICKS | on behalf of Plaintiff LEE SOO AHN hendricksk@gtlaw.com escobargaddie@gtlaw.com;kara-hendricks-7977@ecf.pacerpro.com;flintza@gtlaw.com |
| KAREN M. AYARBE | on behalf of Creditor Villagio Property Owners Association kayarbe@lkglawfirm.com gakltd@kernltd.com;ncooper@lkglawfirm.com |
| MATTHEW I KNEPPER | on behalf of Debtor DUKE PARK mknepper@nvbankruptcyattorneys.com ecf@nvbankruptcyattorneys.com;fhqxmnna@mailparser.io;NevadaBankruptcyAttorneysLLC@jubileebk.net;Knepper.MatthewB146287@notify.bestcase.com;lu@nvbankruptcyattorneys.com;matthew.knepper@ecf.courtdrive.com;8076479420@filing |
| OGONNA M. BROWN | on behalf of Creditor The Swindle Family Trust dated October 20  1999 Ogonna.Brown@wbd-us.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;klopez@lewisroca.com,Renee.Creswell@wbd-us.com |
| ROBERT E. ATKINSON | Robert@ch7.vegas  TrusteeECF@ch7.vegas;ecf.alert+atkinson@titlexi.com |
| U.S. TRUSTEE - LV - 7 | USTPRegion17.LV.ECF@usdoj.gov |

TOTAL: 24

_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
June 09, 2026

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

In re:                                             )       Case No.: 25-12285-abl
                                                   )
DUKE PARK,                                         )       Chapter 7
                                                   )
                      Debtor.                      )
                                                   )       Hearing Date: June 8, 2026
                                                   )       Hearing Time: 3:00 p.m.
                                                   )
                                                   )

**ORDER DENYING MOTION FOR INJUNCTIVE RELIEF**

On June 8, 2026, the Court issued its oral ruling after consideration of a contested Motion for Injunctive Relief to Preserve Property Pending Resolution of Adversary Proceeding.[1] The Injunction Motion was filed by pro se debtor, Duke Park.[2] Lee Soo Ahn, Bok Hyun Eum, ALS Property Holdings, LLC, EBH Management Co., LLC, and Sea Fox Management, LLC[3] filed an opposition to the Injunction Motion.[4] Debtor filed a reply.[5]

At the June 8, 2026 oral ruling, Debtor appeared telephonically in proper person. Attorney Akke Levin appeared telephonically on behalf of Plaintiffs. No other appearances were

---

[1] ECF No. 105, hereafter the "Injunction Motion." In this Order, all references to "ECF No." are to the numbers assigned to the documents filed in the bankruptcy case identified in the caption as they appear on the official court docket maintained by the Clerk of the Court.
[2] Hereafter "Debtor."
[3] Hereafter, collectively "Plaintiffs."
[4] ECF No. 108.
[5] ECF No. 109.

noted on the record.

To the extent that the Court made findings of fact and conclusions of law in the course of its oral ruling on June 8, 2026, those findings of fact and conclusions of law are incorporated into this Order by this reference pursuant to FED. R. CIV. P. 52, made applicable in this contested matter pursuant to FED. R. BANKR. P. 9014(a) and (c) and 7052.

For the reasons stated on the record:

**IT IS ORDERED** that the Injunction Motion is **DENIED** in its entirety.

Copies sent to all registered parties via CM/ECF Electronic Mail System.

Copy sent via BNC to:

DUKE PARK
1392 VIA MERANO ST
HENDERSON, NV 89052

# # #